# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-193 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| TERRY DAVIS | TERRY DAVIS | **FILED**<br>JUL 1 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:         PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

BANK FRAUD
THEFT IN THE FIRST DEGREE
FRAUD IN THE FIRST DEGREE
CRIMINAL FORFEITURE

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18: 1344; 22 D.C. Code §§ 3211(b)(2), 3212(a); 3221(a), 3222(a)(1); and 18: 982

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>U.S. MAGISTRATE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>6/29/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>6/29/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/29/06 | Reporting<br>Fitzgerald, Derrick DUSM | Reporting |
| DATE EXECUTED<br>7/12/06 | | |