UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                                  Case No. 06-193 (RBW)

TERRY DAVIS,

    Defendant.
_____/

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice of intent to introduce evidence pursuant to Fed. R. Evid. 902(11).

The Federal Rules of Evidence allow for business records to be admitted at trial without testimony by a custodian of records regarding authenticity. Fed. R. of Evid. 902(11), which went into effect on December 1, 2000, provides that extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to:

> (11) Certified domestic records of regularly conducted activity. — The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record —
>
> > (A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

    (B) was kept in the course of the regularly conducted activity; and

    (C) was made by the regularly conducted activity as a regular practice.

 A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

 Pursuant to Rule 902(11), the government hereby gives written notice of its intention to introduce evidence consisting of business records from the following entities:

Bank of America
First Union Bank
Industrial Bank
Phi Beta Sigma, Inc.

 All of the business records the government seeks to introduce pursuant to this Rule have been designated and made available to the defendants during discovery. The government is presently obtaining the necessary declarations and will furnish those to the defendants prior to trial. By seeking to admit evidence pursuant to Rule 902(11), the government anticipates that this will decrease the total number of witnesses and shorten the length of this trial.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY


    BY: _____
       JOHN ROTH
       ASSISTANT UNITED STATES ATTORNEY

DATED: September 22, 2006