UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 06-193 (RBW) |
| : | |
| TERRY DAVIS, : | |
| : | |
| Defendant. : | |

**ORDER**

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure and for good cause shown, it is this ____ day of _____, 2006, **ORDERED**:

That the United States may issue Rule 17(c) subpoenas <u>duces tecum</u> to the following entities requiring the production of the indicated records in advance of trial:

1. To Bank of America, copies of all checks under $500 from the account of Terry and and Rhonda Davis, number 0041 1906 1004, from January 1, 2001 to December 31, 2003..

2. To Capital One, collections department, for all records relating to account number 4121742120081701, in the name of Terry Davis.

The United States shall inform the defense promptly of its receipt of these records, and shall make them available for inspection at that time.

_____
Reggie B. Walton
United States District Judge