UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 06-193 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| **TERRY DAVIS** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**O R D E R**

Upon consideration of Defendant Terry Davis's Motion to Compel Election Among Multiplicitous Counts and For a Bill of Particulars, the government's Response thereto, and the entire record in this matter, it is this _____ day of _____, 2006, hereby

**ORDERED,** that defendant Motion is **GRANTED**; and it is further

**ORDERED**, that, from Counts One through Ten alleging federal offenses, and Counts Eleven and Twelve alleging local offenses, the government shall elect to proceed upon the federal offenses or upon a local offense; and it is further

**ORDERED,** that if proceeding upon either local offense, the government shall identify the precise checks that are the subject of Counts Eleven and Twelve and the dates of the acts comprising Counts Eleven and Twelve.

**SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE