

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 27, 2006

Tony Axam, Jr., Esq.
Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, DC 20004

Re: <u>United States v. Terry Davis</u>
06-193 (RBW)

Dear Mr. Axam:

Pursuant to Fed. R. Crim. P. 16(a), the government provides the following discovery materials and information in this matter.

**Documents and Objects:** The government may seek to introduce the materials listed in the attachment in its case-in-chief or in rebuttal. Please note that the account numbers listed are the last four digits of the relevant bank account. Please contact me to arrange for inspection and copying of those records.

I expect to use several summary charts at trial pursuant to Fed. R. Evid. 1006. We will insure that you have these charts in advance of trial and we will identify the underlying documents and their admissibility.

We plan to introduce business records pursuant to Fed. R. Evid. 902(11). We will file formal notice with the court.

I expect to provide additional materials in the near future in advance of trial.

**Rule 16(a) Statements:**

<u>Oral Statements</u>: At this time, we are unaware of any statements made to your client discoverable under Rule 16(a)(1) – that is, statements made by the defendant in response to interrogation by a person the defendant knew was a government agent. Please note that this representation does not encompass any oral statements your client may have made to third parties – including statements made to or by co-schemers or coconspirators (including any unindicted

Mr. Tony Axam, Jr.
July 26, 2006
Page 2

co-schemers or co-conspirators) -- or any other statements not encompassed by the terms of Rule 16(a). The government reserves its full right to introduce any and all such statements in its case-in-chief and elsewhere in trial without advance notice.

<u>Written or recorded statements</u>: The government does not have in its possession any written or recorded statements of the defendant.

**Expert Testimony**:

The government may seek to qualify an expert pursuant to Fed. R. Evid. 702 who will provide a comprehensive financial analysis of relevant bank accounts and financial transactions. If we choose to do so, we will provide a CV and a summary of the expert's testimony as required by the rule.

**FRE 404(b) Evidence**:

Currently, we are not in possession of any evidence we wish to introduce under FRE 404(b). If that changes, we will file formal notice with the Court at the appropriate time.

**Defendant's Prior Record**:

At this time, we are not aware of any criminal convictions of your client.

**Identification**:

The government used no identification procedures in this investigation. Any witnesses who identified your client knew him from repeated personal contact.

<u>**Brady issues:**</u> We are currently unaware of any <u>Brady</u> or <u>Giglio</u> material. We recognize our continuing duty to disclose, and will do so in the event that we receive any such information.

If your client has an interest in resolving this matter short of trial, please let me know as soon as possible. We are willing to negotiate in good faith to minimize your client's exposure under the Federal Sentencing Guidelines, assuming this is done early in the process.

At this time, the government formally requests all defense discovery materials pursuant to Fed. R. Crim. P. 16(b) including, but not limited to, any and all documents or tangible evidence which you intend to use at trial, any expert testimony you intend to use at trial, and any tests or examinations performed on behalf of the defendant.

Mr. Tony Axam, Jr.
July 26, 2006
Page 3

      Please contact me if you have any questions or need any additional information.

                        Sincerely yours,

                        KENNETH L. WAINSTEIN
                        UNITED STATES ATTORNEY

      By:

                        John Roth
                        Assistant United States Attorney
                        (202) 514-6961

Enclosures

7/25/2006 4:42 PM

## Documents

| Full Name | Date | Author(s) |
|---|---|---|
| BOA 1004 Terry and Rhonda Davis Bank of America monthly statement | Thu 12/28/2000 - Mon 12/29/2003 | Bank of America |
| BOA 1004 Terry Davis Bank of America checks | Tue 01/02/2001 - Thu 01/23/2003 | Bank of America |
| BOA 1004 Terry Davis Bank of America deposit items | Mon 01/01/2001 - Fri 09/05/2003 | Bank of America |
| BOA 1004 Terry Davis Bank of America Signature Card | Mon 09/20/1999 | Bank of America |
| BOA 5352 Rhonda Davis Bank of America monthly statements | Wed 04/16/2003 - Wed 03/17/2004 | Bank of America |
| BOA 7823 Terry Davis Bank of America Monthly Statements | Fri 12/22/2000 - Tue 12/23/2003 | Bank of America |
| BOA 8581 Terry Davis Bank of America savings account | Fri 12/22/2000 - Tue 12/23/2003 | Bank of America |
| BOA6200 Rhonda and Terry Davis Bank of America monthly statements | Thu 12/28/2000 - Mon 12/29/2003 | Bank of America |
| BOA7823 Terry Davis Bank of America deposit items | Mon 09/17/2001 - Mon 04/15/2002 | Bank of America |
| FUN6673 PBS First Union checks | Tue 06/19/2001 - Mon 10/29/2001 | First Union Bank |
| FUN6673 PBS First Union monthly statements | Sat 12/30/2000 - Mon 12/31/2001 | First Union Bank |
| IND 5212 PBS Industrial Bank Payroll Account statements, check and deposit items | Sat 12/30/2000 - Tue 09/30/2003 | Industrial Bank |
| loss summary | Not Applicable | FBI |

Confidential Attorney Work Product. Do Not Reproduce.

davis checks to cash.xls

| date of check | PBS Account | check number | amount | cosigner | Deposited into Davis BoA acct no. | memo line |
|---|---|---|---|---|---|---|
| 1/22/01 | industrial bank | 2001 | $1,000.00 | Adams | 1004 (1/22 $700 cash deposit) | |
| 1/29/01 | industrial bank | 2003 | $1,500.00 | Adams | 1004 | transfer |
| 7/28/01 | industrial bank | 2043 | $3,500.00 | Adams | 1004 (7/31 $2,200 cash deposit) | |
| 8/27/01 | industrial bank | 2055 | $1,500.00 | none | 1004 | travel president |
| 8/24/01 | industrial bank | 2056 | $2,000.00 | none | 1004 | transfer to payroll |
| 12/20/01 | industrial bank | 2066 | $1,500.00 | Adams | 1004 | |
| 12/20/01 | industrial bank | 2067 | $1,000.00 | Adams | 1004 | Hawaii trip reimbursement |
| 8/24/01 | industrial bank | 2071 | $1,000.00 | Adams | 1004 (8/23 $1,200 cash deposit) | transfer |
| 9/17/01 | industrial bank | 2074 | $1,000.00 | none | 1004 | |
| 9/24/01 | industrial bank | 2081 | $1,000.00 | none | 1004 | |
| 12/20/01 | industrial bank | 2086 | $1,500.00 | Adams | 1004 (1/2 $1500 cash) | payroll transfer |
| 10/12/01 | industrial bank | 2087 | $1,000.00 | Adams | 1004 | |
| 10/22/01 | industrial bank | 2089 | $2,000.00 | none | 1004 | |
| 11/4/01 | industrial bank | 2091 | $1,500.00 | Adams | 1004 | |
| 11/15/01 | industrial bank | 2101 | $1,350.00 | Adams | 1004 (11/19 $650, 12/7 $700 cash) | transfer to payroll |
| 1/14/02 | industrial bank | 2147 | $3,000.00 | Thomas | 1004 | life membership |
| 1/10/02 | industrial bank | 2162 | $2,000.00 | Thomas | 1004 | travel trips Art/Sidney |
| 1/23/02 | industrial bank | 2171 | $2,000.00 | Thomas | 1004 | payroll tax transfer |
| 1/15/02 | industrial bank | 2173 | $2,000.00 | Thomas | 1004 | payroll tax transfer |
| 3/1/02 | industrial bank | 2185 | $2,500.00 | Thomas | 7823 | |
| 3/3/02 | industrial bank | 2186 | $2,500.00 | Thomas | 1004 | Gboard Travel |
| 2/4/02 | industrial bank | 2190 | $2,000.00 | Thomas | 1004 | xfer tax deposit |
| 2/18/02 | industrial bank | 2192 | $2,500.00 | Thomas | 1004 | tax deposit |
| 3/12/02 | industrial bank | 2206 | $2,500.00 | Thomas | 7823 | |
| 3/15/02 | industrial bank | 2209 | $2,500.00 | Thomas | 1004 | |
| 3/25/02 | industrial bank | 2212 | $2,000.00 | Thomas | 1004 | |
| 4/2/02 | industrial bank | 2235 | $2,500.00 | none | 1004 | |
| 4/8/02 | industrial bank | 2237 | $2,500.00 | Thomas | 1004 | tax deposit |
| 5/14/02 | industrial bank | 2238 | $2,000.00 | Thomas | 1004 | general fund transfer |
| 5/7/02 | industrial bank | 2239 | $2,000.00 | Thomas | 1004 | |
| 5/30/02 | industrial bank | 2241 | $1,500.00 | Thomas | 1004 | tax deposit |

davis checks to cash.xls

| Date | Bank | Check # | Amount | Payee | Acct | Memo |
|---|---|---|---|---|---|---|
| 4/30/02 | industrial bank | 2246 | $2,500.00 | Thomas | 1004 | tax deposit |
| 4/17/02 | industrial bank | 2247 | $3,000.00 | Thomas | 1004 | tax transfer |
| 5/22/02 | industrial bank | 2248 | $1,500.00 | Thomas | 1004 | |
| 4/12/02 | industrial bank | 3001 | $2,000.00 | Thomas | 1004 | |
| 6/4/02 | industrial bank | 3052 | $2,000.00 | Thomas | 1004 | payroll tax transfer |
| 6/6/02 | industrial bank | 3054 | $2,000.00 | Thomas | 1004 | travel fund transfer |
| 6/11/02 | industrial bank | 3055 | $2,000.00 | Thomas | 1004 | tax deposit |
| 6/14/02 | industrial bank | 3057 | $2,500.00 | Thomas | 1004 | |
| 6/22/02 | industrial bank | 3078 | $2,500.00 | Thomas | 1004 | |
| 6/30/02 | industrial bank | 3081 | $1,500.00 | Thomas | 1004 | travel funds transfer |
| 7/8/02 | industrial bank | 3083 | $1,500.00 | Thomas | 1004 | |
| 7/22/02 | industrial bank | 3088 | $1,500.00 | Thomas | 1004 | travel fund trans |
| 7/15/02 | industrial bank | 3089 | $2,000.00 | Thomas | 1004 | payroll transfer |
| 7/17/02 | industrial bank | 3090 | $2,000.00 | Thomas | 1004 | travel fund transfer |
| 7/26/02 | industrial bank | 3113 | $2,500.00 | Thomas | 1004 | payroll trans |
| 7/30/02 | industrial bank | 3114 | $1,500.00 | Thomas | 1004 | travel fund x-fer |
| 8/5/02 | industrial bank | 3115 | $2,108.00 | none | 1004 | pepco payment |
| 8/8/02 | industrial bank | 3116 | $1,500.00 | none | 1004 | transfer to jewelry acct |
| 8/16/02 | industrial bank | 3118 | $820.18 | Thomas | 1004 | utilities |
| 8/23/02 | industrial bank | 3120 | $1,500.00 | Thomas | 1004 | |
| 8/30/02 | industrial bank | 3121 | $1,500.00 | Thomas | 1004 | payroll tax transfer |
| 9/4/02 | industrial bank | 3132 | $1,500.00 | Thomas | 1004 | payroll xfer |
| 9/10/02 | industrial bank | 3133 | $1,500.00 | Thomas | 1004 | |
| 9/12/02 | industrial bank | 3135 | $1,000.00 | none | 1004 | |
| 9/18/02 | industrial bank | 3141 | $1,000.00 | Thomas | 1004 | |
| 9/24/02 | industrial bank | 3143 | $1,200.00 | none | 1004 | tax transfer |
| 9/30/02 | industrial bank | 3145 | $1,000.00 | Thomas | 1004 | payroll |
| 2/7/03 | industrial bank | 3146 | $2,000.00 | Thomas | 1004 | conclave transfer |
| 10/4/02 | industrial bank | 3147 | $1,000.00 | Thomas | 1004 | |
| 10/10/02 | industrial bank | 3149 | $500.00 | Thomas | 1004 | payroll transfer |
| 1/13/03 | industrial bank | 3150 | $2,200.00 | Thomas | 1004 | |
| 10/14/02 | industrial bank | 3153 | $500.00 | none | 1004 | |
| 10/15/02 | industrial bank | 3154 | $650.00 | Thomas | 1004 | tax transfer |
| 10/15/02 | industrial bank | 3155 | $1,000.00 | Thomas | 1004 | tras to conclave |
| 11/7/02 | industrial bank | 3157 | $1,400.00 | Thomas | 1004 | |
| 11/11/02 | industrial bank | 3164 | $1,200.00 | none | 1004 | |
| 11/26/02 | industrial bank | 3168 | $1,200.00 | Thomas | 1004 | |

davis checks to cash.xls

| Date | Bank | Check # | Amount | Payee | Memo |
|---|---|---|---|---|---|
| 12/4/02 | industrial bank | 3169 | $1,200.00 | none | 1004 | replace rturn ck for payroll taxe |
| 12/5/02 | industrial bank | 3171 | $1,000.00 | Thomas | 1004 | conclave transfer |
| 12/10/02 | industrial bank | 3172 | $1,000.00 | Thomas | 1004 | |
| 12/20/02 | industrial bank | 3175 | $1,000.00 | Thomas | 1004 | postage transfer conclave Memphis |
| 12/30/02 | industrial bank | 3177 | $2,000.00 | none | 1004 | payroll transfer |
| 1/2/03 | industrial bank | 3179 | $2,000.00 | Thomas | 1004 | payroll x-transfer |
| 1/8/03 | industrial bank | 3185 | $2,000.00 | Thomas | 1004 | payroll transfer |
| 1/28/03 | industrial bank | 3186 | $2,400.00 | Thomas | 1004 | payroll tax transfer |
| 1/22/03 | industrial bank | 3210 | $2,000.00 | none | 1004 | |
| 2/3/03 | industrial bank | 3211 | $2,000.00 | Thomas | 1004 | payroll transfer |
| 2/13/03 | industrial bank | 3222 | $2,000.00 | Thomas | 1004 | |
| 2/19/03 | industrial bank | 3227 | $2,000.00 | Thomas | 1004 | |
| 2/25/03 | industrial bank | 3232 | $2,000.00 | Thomas | 1004 | payroll |
| 3/3/03 | industrial bank | 3233 | $2,000.00 | Thomas | 1004 | payroll transfer |
| 3/31/03 | industrial bank | 3234 | $2,500.00 | Thomas | 1004 | payroll transfer |
| 4/30/03 | industrial bank | 3239 | $4,000.00 | Thomas | 1004 | check replacement |
| 3/10/03 | industrial bank | 3248 | $3,000.00 | Thomas | 1004 | payroll transfer |
| 4/7/03 | industrial bank | 3249 | $4,000.00 | Thomas | 1004 | April payroll tax transfers |
| 3/25/03 | industrial bank | 3254 | $2,000.00 | Thomas | 1004 | payroll transfer |
| 4/6/03 | industrial bank | 3255 | $2,500.00 | Thomas | 1004 | |
| 3/20/03 | industrial bank | 3267 | $2,000.00 | Thomas | 1004 | payroll transfer |
| 3/26/03 | industrial bank | 3268 | $2,500.00 | Thomas | 1004 | payroll transfer |
| 4/30/03 | industrial bank | 3308 | $2,000.00 | Thomas | 7823 | |
| 5/12/03 | industrial bank | 3313 | $4,000.00 | Thomas | 1004 | |
| 5/16/03 | industrial bank | 3314 | $2,000.00 | Thomas | 1004 | payroll transfer |
| 5/22/03 | industrial bank | 3331 | $3,000.00 | Thomas | 1004 | payroll tax deposit |
| 4/19/03 | industrial bank | 3365 | $3,500.00 | Thomas | 1004 | |
| 5/29/03 | industrial bank | 3372 | $2,000.00 | Thomas | 1004 | payroll tax transfer |
| | | | $180,728.18 | | | |
| 1/9/01 | First Union | 2315 | $5,000.00 | adams | | |
| 2/1/01 | First Union | 2317 | $6,500.00 | adams | | |
| 2/1/01 | First Union | 2318 | $1,000.00 | adams | | |
| 2/13/01 | First Union | 2320 | $1,000.00 | adams | | payroll |
| 3/14/01 | First Union | 2375 | $6,200.00 | adams | | |

Page 3 of 4

davis checks to cash.xls

| Date | Bank | Check # | Amount | Payee | | Note |
|---|---|---|---|---|---|---|
| 3/14/01 | First Union | 2376 | $1,000.00 | adams | | |
| 3/16/01 | First Union | 2374 | $1,000.00 | adams | | |
| 3/26/01 | First Union | 2377 | $6,000.00 | none | | |
| 4/2/01 | First Union | 2379 | $101,000.00 | none | | |
| 4/10/01 | First Union | 2380 | $1,000.00 | none | | |
| 4/19/01 | First Union | 2381 | $1,000.00 | none | | |
| 4/24/01 | First Union | 2382 | $2,500.00 | adams | | |
| 4/30/01 | First Union | 2383 | $2,300.00 | none | | |
| 5/25/01 | First Union | 2462 | $1,000.00 | none | 1004 | payroll transfer |
| 6/19/01 | First Union | 2396 | $200.00 | none | 1004 | payroll xfer |
| 6/26/01 | First Union | 2397 | $3,000.00 | none | 1004 | transfer |
| 7/1/01 | First Union | 2400 | $500.00 | none | 1004 | xfer to operating |
| 7/9/01 | First Union | 2398 | $2,000.00 | none | | x-fer to payroll |
| 7/9/01 | First Union | 2401 | $2,500.00 | none | | xfer to General |
| 7/15/01 | First Union | 2399 | $1,500.00 | none | | transfer to General Fund |
| 7/16/01 | First Union | 2402 | $1,500.00 | none | 1004 | transfer to Industrial |
| 8/7/01 | First Union | 2384 | $1,000.00 | none | | transfer to conclave checks |
| 8/13/01 | First Union | 2389 | $2,000.00 | none | 1004 | transfer |
| 8/15/01 | First Union | 2404 | $700.00 | none | | general fund transfer |
| 8/15/01 | First Union | 2406 | $1,000.00 | none | | |
| 8/22/01 | First Union | 2410 | $1,500.00 | none | 1004 | |
| 8/24/01 | First Union | 2414 | $2,500.00 | none | 1004 | |
| 9/4/01 | First Union | 2415 | $1,500.00 | none | 1004 | transfer |
| 10/29/01 | First Union | 2417 | $1,500.00 | none | | |
| | | | $159,400.00 | | | |
| | | | | | | |
| | | | $340,128.18 | | | |