**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | :    **Crim No.  06-193 (RBW)** |
| | : |
| **TERRY DAVIS,** | : |
| | : |
| **Defendant.** | : |

_____

**ORDER**

The Court, having considered the Defendant's Motion to Compel Election Between

Multiplicitous Counts and for a Bill of Particulars and the Government's response, it is this _____

day of _____, 2006, **ORDERED**:

That the Defendant's motion is denied.


_____
Reggie B. Walton
United States District Judge