IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 06-193 (RBW) |
| **TERRY DAVIS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE STATUS DATE

Defendant Terry Davis, through his attorney, Assistant Federal Public Defender, Tony Axam, Jr., respectfully requests that this Court continue the status date of December 1, 2006 at 11:15 a.m.

In support of this request, counsel for Mr. Davis proffers that Mr. Davis has recently become gainfully employed with the Shelby County Government in Memphis, Tennessee and is still in his probationary period. During this period, his ability to take leave is limited, especially during the last days and first days of the month, when county reports come due.

The government does not oppose this request for a continuance, provided the defense does not object to the motion the government has filed under Fed. R. Crim. Pro. 17(c) contemplating the original status hearing date for the early return of trial subpoenas. The defense does not object to such a motion.

For these reasons, Mr. Davis requests that the Court reschedule his status hearing to a date convenient for the Court during the week of December 11, 2006.

WHEREFORE, Mr. Davis respectfully requests that this Court vacate the status hearing scheduled for December 1, 2006 before this Court and to schedule a status hearing the week of December 11, 2006.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Tony Axam, Jr.
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 06-193 (RBW) |
| **TERRY DAVIS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**O R D E R**

Upon consideration of Mr. Davis's Unopposed Motion to Continue the status hearing of December 1, 2006, and the entire record in this matter, it is

**ORDERED** that Mr. Davis's motion is granted; and it is further

**ORDERED** that the status hearing of December 1, 2006 is vacated; and it is further

**ORDERED** that a status hearing is re-scheduled for _____, 2006 at _____ a.m./p.m.

**SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE