IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Criminal No. 06-193 (RBW)** |
| **TERRY DAVIS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**O R D E R**

Upon consideration of Mr. Davis's Unopposed Motion to Continue the status hearing of December 1, 2006, and the entire record in this matter, it is

**ORDERED** that Mr. Davis's motion is granted; and it is further

**ORDERED** that the status hearing of December 1, 2006 is vacated; and it is further

**ORDERED** that a status hearing is re-scheduled for _____, 2006 at _____ a.m./p.m.

**SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE