IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-193 (RBW) |
| ) | |
| TERRY DAVIS, ) | |
| ) | |
| Defendant. ) | |

FILED
NOV 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of Mr. Davis's Unopposed Motion to Continue the status hearing of December 1, 2006, and the entire record in this matter, it is

ORDERED that Mr. Davis's motion is granted; and it is further

ORDERED that the status hearing of December 1, 2006 is vacated; and it is further

ORDERED that a status hearing is re-scheduled for December 11, 2006 at 2:00 a.m/p.m.

SO ORDERED this 13th day of November, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE