UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR Case No. 06-193 (RBW) |
| ) | |
| v. ) | |
| ) | |
| TERRY DAVIS ) | |
| ) | |
| **Defendant.** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant Terry Davis, through his attorney, Assistant Federal Public Defender, Tony Axam, Jr., respectfully requests that this Court continue his trial date of January 3, 2007.

In support of this request, counsel for Mr. Davis submits that he has a recently diagnosed medical condition that doctors anticipate will require surgery some time between December 18, 2006 and the first week of January. Doctors anticipate a period of four to six days recovery on bed rest. Counsel for the government has indicated that it does not oppose this request. Mr. Davis is next due before this Court for a status hearing on December 11, 2006.

WHEREFORE, Mr. Davis respectfully requests that this Court vacate the trial currently scheduled for January 3, 2007 before this Court and to re-schedule a trial date at the December 11, 2007 status hearing.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 06-193 (RBW) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| TERRY DAVIS | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**O R D E R**

Upon consideration of Mr. Davis's Unopposed Motion to Continue the Trial Date, and the entire record in this matter, it is

**ORDERED** that Mr. Davis's motion is granted; and it is further

**ORDERED** that the motions hearing and trial date of January 3, 2007 is vacated; and it is further

**ORDERED** that trial is scheduled for _____, 2007 at _____a.m./p.m.

**SO ORDERED this** _____day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:
AFPD Tony Axam, Jr.
AUSA John Roth, Esq.