UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR Case No. 06-193 (RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| **TERRY DAVIS** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**O R D E R**

Upon consideration of Mr. Davis's Unopposed Motion to Continue the Trial Date, and the entire record in this matter, it is

**ORDERED** that Mr. Davis's motion is granted; and it is further

**ORDERED** that the motions hearing and trial date of January 3, 2007 is vacated; and it is further

**ORDERED** that trial is scheduled for _____, 2007 at _____ a.m./p.m.

**SO ORDERED** this _____ day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:
AFPD Tony Axam, Jr.
AUSA John Roth, Esq.