NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

    vs.                                                Criminal Number    06-193

Terry Davis
(Defendant)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          [X] RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Christopher R. Cooper, Bar #453387
(Attorney & Bar ID Number)

Baker Botts LLP
(Firm Name)

1299 Pennsylvania Ave., N.W.
(Street Address)

Washington, D.C.    20004-2400
(City)        (State)        (Zip)

(202) 639-7780
(Telephone Number)