NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  06-193

Terry Davis
        (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_Courtney J. Saleski_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

496744
(Attorney & Bar ID Number)

Baker Botts LLP
(Firm Name)

The Warner; 1299 Pennsylvania Ave., NW
(Street Address)

Washington, DC  20004
(City)        (State)        (Zip)

202-639-7995
(Telephone Number)