IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>)<br>)<br>)<br>         v.                                                     )<br>)<br>TERRY DAVIS,                                       )<br>)<br>)<br>) | Case Number:  06-193 (RBW) |

## UNOPPOSED MOTION FOR LEAVE TO
## WITHDRAW AS COUNSEL

Pursuant to Local Criminal Rule 44.5(d), Courtney G. Saleski hereby moves the Court for leave to withdraw as counsel for Defendant Terry Davis. In support of this motion, Courtney G. Saleski states as follows:

1.    Courtney G. Saleski recently accepted an offer of future employment with the U.S. Attorney's Office for the District of Columbia.

2.    John Roth, Assistant U.S. Attorney, has informed the undersigned that the government does not oppose this motion.

3.    Joshua Klein, another associate at Baker Botts, LLP, will enter an appearance on behalf of Terry Davis this week.

4.    Withdrawal by Courtney G. Saleski will not cause delay or be unfairly prejudicial.

-2-

WHEREFORE, Courtney G. Saleski respectfully requests that the Court grant her request for leave to withdraw as counsel for the Defendant in this case, and for such other and further relief as the Court deems fit and just.

Dated:  March 7, 2007                                                                            Respectfully submitted,

_____/s/_____
Courtney G. Saleski
(D.C. Bar No. 496744)
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202) 639-7995
Fax:  (202) 585-4066

*Counsel for Defendant Terry Davis*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and accurate copy of the foregoing Unopposed Motion For Leave to Withdraw as Counsel to be filed electronically this 7th day of March 2007, and to be served by overnight mail to:

>Terry Davis
>8430 Albercorn Cove
>Memphis, Tennessee  38125

>_____/s/_____
>COURTNEY G. SALESKI