### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **v.** | )   **Case Number:  06-193 (RBW)** |
| | ) |
| **TERRY DAVIS,** | ) |
| | ) |
| | ) |
| _____ | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Courtney G.

Saleski's Unopposed Motion for Leave to Withdraw as Counsel, it is hereby ordered that the

Motion is GRANTED.

_____
The Hon. Reggie B. Walton
U.S. District Judge