NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

    vs.                      Criminal Number  06-193(RBW)

TERRY DAVIS
        (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Joshua A. Klein,  Bar #489078
*(Attorney & Bar ID Number)*

Baker Botts L.L.P.
*(Firm Name)*

1299 Pennsylvania Ave., N.W.
*(Street Address)*

Washington,    D.C.    20004-2400
*(City)*      *(State)*     *(Zip)*

(202) 639-7882
*(Telephone Number)*