IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Case Number: 06-193 (RBW)
)
TERRY DAVIS, )
)
)
)

**ORDER**

AND NOW, this 9th day of March, 2006, upon consideration of Courtney G. Saleski's Unopposed Motion for Leave to Withdraw as Counsel, it is hereby ordered that the Motion is GRANTED.

/s/ Reggie B. Walton
The Hon. Reggie B. Walton
U.S. District Judge