UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                Criminal Case No.  06-193 (RBW)

TERRY DAVIS,

           Defendant.
_____/

## GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

The United States hereby submits the attached as its proposed jury instructions in the trial of the above entitled case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY:    _____/s/_____
JOHN ROTH
ASSISTANT UNITED STATES ATTORNEY

## JURY INSTRUCTIONS

The following instructions are drawn from the Bar Association of the District of Columbia's  Criminal Jury Instructions (4th ed. rev. 2004) (The Red Book), unless otherwise noted.

### Preliminary Instructions Before the Commencement of Trial

1.02A   Preliminary Instruction When Notetaking Is Permitted
1.03   Preliminary Instruction Before Trial, including elements of offenses (see below)
1.04   Stipulations of fact; judicial notice (If applicable)
1.05   Cautionary Instruction Prior to First Recess
1.07   Question not Evidence
1.21   Preliminary Instruction Where Identity of Alternates Is Not Disclosed
1.22   A Juror's Recognition of A Witness or Other Party Connected to the Case

### General Instructions - At End of Trial

1.07   Question Not Evidence
1.10   Evaluation of Prior Inconsistent Statement of a Witness (If Applicable)
1.11   Evaluation of Prior Consistent Statement of a Witness (If Applicable)
1.14   Impeachment of Defendant - Statements (If Applicable)
2.01   Function of Court
2.02   Function of Jury
2.03   Jury's Recollection Controls
2.04   Evidence in Case (without bracketed materials)
2.05   Statements of Counsel
2.06   Indictment not Evidence
2.07   Inadmissible and Stricken Evidence
2.08   Burden of Proof -- Presumption of Innocence
2.09   Reasonable Doubt
2.10   Direct and Circumstantial Evidence
2.11   Credibility of Witnesses
2.13   Number of Witnesses
2.14   Nature of the Charges
2.27   Right of Defendant Not to Testify (If Applicable)
           or
2.28   Defendant as Witness (If Applicable)
2.29   False or Inconsistent Statement by Defendant (If Applicable)
2.31   Effect of Refusal of Witness to Answer Proper Question (If Appropriate)

### Evaluation of Other Evidence

2.42   Character or Reputation of Defendant (If Appropriate)
2.43   Cross-examination of Character Witness (If Appropriate)
2.52   Multiple Counts - One Defendant

3.02    Proof of State of Mind
3.07    "On or About" -- Proof Of

## **Closing Remarks**

2.71    Election of Foreperson
2.72    Unanimity (without bracketed material)
2.73    Exhibits During Deliberations (Clause One)
2.74    Possible Punishment Not Relevant
2.75    Communications Between Court and Jury During Deliberations
2.76    Furnishing the Jury With a Copy of the Instructions
2.77    Verdict Form --  Special Verdict Form for Forfeiture Allegation (see offense instruction)

## **Miscellaneous Jury Instructions**

1.    Passage of time
2.    Preparation of witnesses
3.    Summary Witness Testimony
4.    Charts and Summaries
5.    Declarations
6.    Redactions

## **Substantive Jury Instructions**

1.    Bank Fraud.  The Indictment and the Statute
2.    Bank Fraud.  Elements of the Offense
3.    Bank Fraud.  First Element – Scheme to Defraud
4.    Bank Fraud.  Second Element – Intend to Defraud
5.    Bank Fraud.  Third Element – Bank Was Federally Insured

## **Forfeiture**

6.    Forfeiture instruction number 1
7.    Forfeiture instruction number 2
8.    Forfeiture instruction number 3
9.    Forfeiture instruction number 4
10.    Forfeiture instruction number 5
11.    Forfeiture instruction number 6
12.    Forfeiture instruction number 7

**Passage of Time**

     The passage of time since the date of the offenses charged in the Indictment is of no concern to you and should not enter into or influence your deliberations in any way.  The law requires you to render your verdict based only on the evidence presented in this trial.

### **Preparation of Witnesses (if applicable)**

You have heard testimony about witnesses meeting with attorneys and/or investigators before they testified.  You are instructed that it is perfectly proper for a lawyer or investigator to interview a witness in preparation for trial and that, in fact, a prosecutor or defense attorney may have a duty to interview witnesses before trial.[1]

---

[1] *See* Seventh Circuit Pattern Criminal Jury Instruction 1.07 (1999).

### Summary Witness Testimony

The testimony of FBI Special Agent Mark Stanley, which summarizes the relationship of bank records and the evidence recovered as part of this investigation has been received for the sole purpose of explaining facts disclosed by records and other documents admitted as evidence in the case. His summary testimony is not, in and of itself, proof of any facts. His summary testimony is provided only as a matter of convenience. If, and to the extent that, this summary testimony does not correctly reflect the facts shown by the evidence you have heard in this case, then you should give this summary testimony the weight you believe it deserves.[2]

---

[2] *United States v. Lemire*, 720 F.2d 1327, 1348 and at n.32 (D.C. Cir. 1983).

## **Charts and Summaries**

Certain charts or summaries have been shown to you in order to help explain the facts disclosed by the books, records, or other underlying evidence in the case. Those charts or summaries are used for your convenience. These charts and summaries are not themselves evidence or proof of any facts. You should determine the facts from the evidence.[3]

Certain charts and summaries have been received into evidence. Charts and summaries are valid only to the extent that they accurately reflect the underlying supporting evidence. You should give them only such weight as you think they deserve.

---

[3] Fifth Circuit Pattern Jury Instructions (Criminal Cases) 1.43 and 1.44 (2001).

**<u>Declarations</u>** (if applicable)

Instead of requiring that a custodian of records testify at trial in order to have records admitted into evidence, the law allows records to be submitted by a way of declaration by a custodian. You may consider a declaration by a custodian in the same way you would consider testimony actually given in court.

**<u>Redactions</u>** (if warranted)

You may notice that some documents have been redacted, that is, the documents have pages removed or portions are covered by whiteout.  For instance, portions of Government's/Defense Exhibit # _____ have been removed and portions of Government's/Defense Exhibit # _____ have been  covered.  These redactions were undertaken after consultation with counsel and based upon the rules of evidence.  You should consider the evidence in the form it has been submitted to you.  You should not speculate on the portions which have been redacted or the reasons that the portions have been redacted.

## **Bank Fraud – Nature of the Offense**

Counts One through Ten of the indictment charge that the defendant, from at least January 2001 to on or about June 2003, within the District of Columbia and elsewhere, engaged in a scheme to defraud financial institutions and to obtain money or property or from a federally insured financial institution by means of false or fraudulent pretenses, representations, or promises.

The general nature of the scheme or plan to obtain money by means of false or fraudulent pretenses, representations, or promises from a federally chartered or insured financial institution is that the defendant, for the purpose of executing and attempting to execute a scheme and artifice to defraud, would without proper authorization from the officers or staff of the Phi Beta Sigma fraternity, write checks to cash, either by forging the required signature of the National President or simply negotiating them with only his signature, thereby falsely representing to the bank that he was authorized to write such checks.  He would deposit those checks into his own personal bank account and use that money to pay for personal expenses

**Bank Fraud Statute - 18 U.S.C. § 1344**

Section 1344 of Title 18 of the United States Code provides, in part, that:

(a) Whoever knowingly executes, or attempts to execute, a scheme or artifice – (1) to defraud a federally chartered or insured financial institution; or (2) to obtain any of the monies, funds, . . . or other property owned by or under the custody or control of a federally chartered or insured financial institution by means of false or fraudulent pretenses, representations, or promises, . . .

shall be guilty of an offense against the United States.[4]

_____

[4] O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, § 47.10 (5th Ed. 2004) (modified).

**Bank Fraud**
**Elements of the Offense**[5]

In order to prove the defendant guilty of the crime charged in the Indictment, the government must establish each of the following elements beyond a reasonable doubt:

First, that the was a scheme to obtain money or funds owned or under the custody or control of a bank by means of materially false or fraudulent pretenses, representations or promises as charged in the Indictment;

Second, that the defendant executed the scheme with the intent to defraud the bank; and

Third, that at the time of the execution of the scheme, the bank had its deposits insured by the Federal Deposit Insurance Corporation.

---

[5]2 L. Sand, et al., Modern Federal Jury Instructions (Vol. 2, 2004), Section 44-9.

## Bank Fraud
## First Element--Scheme to Defraud[6]

The first element that the government must prove beyond a reasonable doubt is that there was a scheme to obtain money or property owned by or under the custody and control of a bank by means of false or fraudulent pretenses, representations or promises as described in the Indictment. A representation is fraudulent if it was falsely made with the intent to deceive. Deceitful statements of half truth, the concealment of material facts, and the expression of an opinion not honestly entertained may constitute false or fraudulent representations under the statute.

The deception need not be premised upon spoken or written words alone. The arrangement of the words, or the circumstances in which they are used may convey a false and deceptive appearance. If there is intentional deception, the manner in which it is accomplished does not matter.

A fraudulent representation must relate to a material fact or matter. A material fact is one which would reasonably be expected to be of concern to a reasonable and prudent person in relying upon the representation or statement in making a decision. This means that if you find a particular statement of fact to have been false, you must determine whether that statement was one that a reasonable person might have considered important in making his or her decision. The same principle applies to fraudulent half truths or omissions of material facts.

---

[6]2 L. Sand, et al., Modern Federal Jury Instructions (Vol. 2, 2004), Section 44-10 (modified).

**Bank Fraud**
**Second Element--Intent to Defraud**[7]

The second element the government must prove beyond a reasonable doubt is that the defendant executed the scheme knowingly, willfully and with specific intent to defraud the bank.

To establish that the defendant "executed the scheme," the government must prove beyond a reasonable doubt that the defendant made the deposits into the First Union account as alleged in Counts One through Six of the Indictment.

"Knowingly" means to act voluntarily and deliberately, rather than mistakenly or inadvertently.

"Willfully" means to act knowingly and purposely, with an intent to do something the law forbids, that is to say, with bad purpose either to disobey or to disregard the law.

To act with intent to defraud means to act willfully and with the specific intent to deceive, for the purpose of causing some financial loss to another.

The question of whether a person acted knowingly, willfully and with intent to defraud is a question of fact for you to determine, like any other fact question. This question involves one's state of mind.

Direct proof of knowledge and fraudulent intent is almost never available. It would be a rare case where it could be shown that a person wrote or stated that as of a given time in the past he committed an act with fraudulent intent. Such direct proof is not required.

The ultimate facts of knowledge and criminal intent, though subjective, may be established by circumstantial evidence, based upon a person's outward manifestations, his words, his conduct, his acts and all the surrounding circumstances disclosed by the evidence and the rational or logical inferences that may be drawn therefrom. Circumstantial evidence, if believed, is of no less value than direct evidence. In either case, the essential elements of the crime charged must be established beyond a reasonable doubt.

---

[7] 2 L. Sand, et al., Modern Federal Jury Instructions (Vol. 2, 2004), Section 44-11; *United States v. Bruce*, 89 F.3d 886, 889 & n.2 (D.C. Cir. 1996); *United States v. Mellen*, 393 F.3d 175, 184 (D.C. Cir. 2004).

**Bank Fraud**
**Third Element--Bank Was Federally Insured or Chartered**[8]

The last element the government must prove beyond a reasonable doubt is that First Union Bank or Industrial Bank was insured by the Federal Deposit Insurance Corporation at the time of the execution of the alleged scheme defraud.

---

[8]2 L. Sand, et al., Modern Federal Jury Instructions (Vol. 2, 2004), Section 44-12.

## Theft in the First Degree – Elements

Count Eleven of the Indictment charges the defendant with Theft in the First Degree, in violation of Title 22, District of Columbia Code section 3211(b)(2).   The essential elements of the offense of theft, each of which the government must prove beyond a reasonable doubt, are:

1. That the defendant wrongfully obtained or used the property of another;

2. That at the time the defendant obtained the property, he specifically intended either to deprive the owner of a right to the property or a benefit of the property or to take or make use of the property for him/herself or for another person, without authority or right; and

3. That when the defendant obtained the property, it had a value of $250 or more.

"Property of another" means anything of value owned by someone other than the defendant. Property of another includes property of a corporation or other legal entity established pursuant to interstate compact.

To prove that the defendant wrongfully obtained or used the property of another, the government must prove beyond a reasonable doubt one or both of the following things. It must prove that the defendant exercised control over the property against the will or against the interest of the owner. Or it must prove that the defendant used, transferred, or disposed of the property or an interest in the property without the authority of the owner.

To deprive another of property means to withhold the property or cause it to be withheld from a person permanently or for such an extended period or under such circumstances that the defendant acquires a substantial portion of the property's value. To deprive another of property may also mean to dispose of the property or to use or deal with the property in such a way as to make it unlikely that the owner will recover it.

**Fraud in the First Degree – Elements**

Count 12 of the indictment charges the defendant with fraud in the first degree, in violation of Title 22, District of Columbia Code section 3221(a).  The essential elements of fraud in the first degree, each of which the government must prove beyond a reasonable doubt, are as follows:

1. That the defendant engaged in a scheme or systematic course of conduct;

2. That s/he did so with the intent to defraud someone or obtain property of another by means of a false or fraudulent pretense, representation or promise;

3. That, as a result of that scheme or systematic course of conduct, the defendant obtained property of another or caused another to lose property; and

4. That the property lost or obtained had a value of $250 or more.

A scheme is any pattern of behavior calculated to deceive persons of ordinary prudence and comprehension. A systematic course of conduct is a pattern of activity. It need not exist over an extended period of time, but there must be more than an isolated act.

To act with intent to defraud means to act knowingly and with the purpose to deceive or cheat. An intent to defraud ordinarily is accompanied by a desire or purpose to bring about some gain or benefit to oneself or some other person or by a desire or purpose to cause some loss to some person. The government need not prove that the defendant intended to defraud any particular person, so long as it proves that s/he intended to defraud any person.

A false or fraudulent pretense, representation or promise is any statement or assertion that concerns a material or important fact or a material or important aspect of the matter in question. The term includes an actual, direct false statement, a half-truth, and a knowing concealment of a fact that is material or important to the matter in question. The defendant must have known that the statement or assertion was untrue when he/she made or used it, or have made or used it with reckless indifference as to whether it was, in fact, true or false. A material fact is a fact that would be important to a reasonable person in making a decision about a particular matter or transaction.

"Property of another" means anything of value owned by someone other than the defendant.

## PROPOSED FORFEITURE INSTRUCTION NO. 1
(Jury's duty regarding forfeiture.)

Ladies and Gentlemen of the Jury, in view of your verdict that the defendant is guilty of Count[s] [   ], you have one more task to perform before you are discharged.

Under federal law, any person who is convicted of bank fraud shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained, directly or indirectly, as the result of that violation.

With respect to the conviction of bank fraud, you must now consider what verdict to render on the question whether there is a nexus, that is a connection, between property that the government asserts constitutes, or is derived from, proceeds traceable to the bank fraud violation of which you have already found the defendant guilty.

I instruct you, however, that your previous finding that the defendant is guilty of bank fraud is final, conclusive, and binding.  Because you are bound by your previous finding that the defendant is guilty, I direct you not to discuss in your forfeiture deliberations whether the defendant is guilty or not guilty of any such violation.

All of my previous instructions regarding direct and circumstantial evidence, credibility of witnesses, and duty to deliberate apply with respect to your verdicts regarding forfeiture.

## PROPOSED FORFEITURE INSTRUCTION NO. 2
(Government's burden of proof regarding forfeiture.)

However, my previous instructions on the government's burden of proof regarding your verdicts on the guilt of the defendant do **not** apply to your deliberations and verdicts regarding forfeiture. In deliberating and deciding your verdict[s] regarding forfeiture, I instruct you that the government need only prove by a preponderance of the evidence that the property it seeks to forfeit, in connection with the bank fraud conviction of which you have found the defendant guilty, constitutes, or is derived from, proceeds traceable to the violation of bank fraud. The government is **not** required to prove this beyond a reasonable doubt.

I instruct you that, in order for the government to establish by a preponderance of the evidence that property constitutes, or is derived from, proceeds traceable to the bank fraud, or is derived from proceeds traceable to the bank fraud. In other words, "preponderance of the evidence" means that the government's evidence, when considered and compared with that opposed to it, has more convincing force and produces in your minds belief that the property constitutes or is derived from proceeds traceable to the bank fraud violation. Your job is to determine whether it is more likely than not that the property constitutes or is derived from proceeds traceable to the violation.

## <u>PROPOSED FORFEITURE INSTRUCTION NO. 3</u>

(Jury may consider trial evidence as well as any additional evidence presented on the issue of forfeiture.)

      While deliberating, you may consider any evidence offered by the parties at any time during the trial.

## PROPOSED INSTRUCTION NO. 4
(Definition - property which "derived from" property "traceable to" a bank fraud violation.)

I instruct you that property "derived from" proceeds "traceable to" a bank fraud violation is any property that was, at least in part, purchased, improved, or maintained with property the defendant would not have had but for the commission of the bank fraud violation.[9]

---

[9] *United States v. Stewart*, 185 F.3d 112, 129-130 (3d Cir. 1999) (tainted funds traced into account that held untainted funds forfeitable as "involved in" and "traceable to" money laundering.)

*United States v. Hawkey*, 148 F.3d 920, 927-928 (8th Cir. 1998) (property "traceable to" the laundering violation and any appreciation in value is subject to forfeiture; entire motor home forfeitable even if untainted funds added to its value.)

*United States v. Bornfield*, 145 F.3d 1123, 1134 (10th Cir. 1998), *cert. denied*, 120 S.Ct. 986 (2000) ("property 'traceable to' means property where the acquisition is attributable to the money laundering scheme rather than from money obtained from untainted sources" and "proof that the proceeds of the money laundering transaction enabled the defendant to acquire the property is sufficient to warrant forfeiture as property 'traceable to' the offense".)

*United States v. Voigt*, 89 F.3d 1050, 1084-1087 (3d Cir.), *cert. denied*, 117 S.Ct. 623 (1996) ("We hold that the term 'traceable to' means exactly what is says"; suggesting that untainted property commingled with tainted property be forfeited as substitute assets.)

## PROPOSED FORFEITURE INSTRUCTION NO. 5:
### (Money judgment)

Under federal law, any person who is convicted of bank fraud is required to forfeit to the United States any property, real or personal, which constitutes, or is derived from, proceeds traceable to the violation, whether or not that property has been or can be seized by the government.  Thus, the government is entitled to a personal money judgment against the defendant for an amount equal to the value of the property that constitutes, or is derived from, proceeds traceable to the violation of bank fraud.[10]

Regarding the Forfeiture Allegation in the Indictment where the government requests a money judgment, it is your duty to determine whether it is more likely than not that the amount that the government asserts is equal to property constituting, or derived from, proceeds traceable to the violation of bank fraud.

---

[10] Fed.R.Crim.P. 32.2(b)(1) ("If the government seeks a personal money judgment against the defendant, the court [or jury] shall determine the amount of money that the defendant will be ordered to pay.")

## PROPOSED FORFEITURE INSTRUCTION NO. 6
(Duty not to consider certain issues that court will decide.)

I further instruct you that what happens to any property that is declared forfeited is exclusively a matter for the Court to decide.  You should **not** consider what might happen to the property in determining whether the property is subject to forfeiture.  In this connection, you should disregard any claims that other persons may have to the property.  The interests that other persons may have in the property will be taken into account by the Court at a later time.  Similarly, any claims that the forfeiture of the property would constitute excessive punishment will be taken into account by the Court at a later time.

You are also **not** to consider whether the property is presently available.  That matter also will be considered solely by the Court in imposing sentence.

Your sole concern now is to determine whether property constitutes or is derived from proceeds traceable to the bank fraud violation which you have found the defendant committed.

## <u>PROPOSED FORFEITURE INSTRUCTION NO. 7</u>:
(Special Verdict Form)

A Special Verdict Form has been prepared for your use.  You are asked to determine unanimously what, if any amount  should be forfeited to the United States in the form of a money judgment.  You must determine what amount, if any, should be forfeited and write that amount in the space provided.  The foreperson must then sign and date the Special Verdict Form.

**<u>Proposed Special Verdict Form Regarding The Forfeiture Of Assets</u>**

**<u>SPECIAL VERDICT</u>**

We, the jury, return the following special verdict:

We, the jury, unanimously find, by a preponderance of the evidence, that **$\_\_\_\_** represents the sum of money equal to the remaining amount of money constituting, or derived from, proceeds that the defendant obtained, directly or indirectly, as a result of the bank fraud violation charged in CountS One through Ten.

YES _____

NO _____

Foreperson sign and date the completed verdict form.

_____
Foreperson

Date: _____