UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

v.                                              Criminal Case No. 06-193 (RBW)

TERRY DAVIS,

      Defendant.
_____/

**GOVERNMENT'S PROPOSED VOIR DIRE**

     The United States hereby submits the attached as its proposed voir dire in the trial of the above entitled case.


                                    Respectfully submitted,

                                    JEFFREY A. TAYLOR
                                    UNITED STATES ATTORNEY

                BY:          _____/s/_____
                                    JOHN ROTH
                                    ASSISTANT UNITED STATES ATTORNEY

**GOVERNMENT'S PROPOSED VOIR DIRE**

1. The United States alleges that the defendant, Terry Davis, from at least January 2001 to on or about June 2003, engaged in a scheme to defraud in which Mr. Davis would, without proper authorization from the officers or staff of the Phi Beta Sigma fraternity, write checks to cash, either by forging the required signature of the National President or simply negotiating them with only his signature, thereby falsely representing to the bank that he was authorized to write such checks. He would deposit those checks into his own personal bank account and use that money to pay for personal expenses. Based on the Court's description of this case, does any member of the jury panel believe that he or she knows anything about this case?

2. Introduction of the defendant. Does anyone know the defendant?

3. The government is represented by Assistant United States Attorney Michael Atkinson. He is assisted by FBI Special Agent Mark Stanley and paralegal specialist J. Bentley. Does any member of the panel know them? The defendant is represented by _____. Does any member of the panel know _____?

4. During the government's case, you may hear testimony from or about the following persons: [list to be provided at trial]. Does any member of the panel know any of these witnesses?

5. The defendant is presumed innocent of the charges against him and has no obligation to call any witnesses. He may, however, call some or all of the following witnesses. [list to be provided at trial]. Does anyone know any of these witnesses?

6. Do any of you know other potential jurors in this courtroom as a result of prior

associations?

7. There will be testimony from a law enforcement officer during the government's case. Would any of you tend to give either more or less weight to the testimony of a law enforcement officer simply because he or she is a law enforcement officer?

8. Do you tend to believe that the police are not trustworthy, or that they tend to fabricate information or evidence?

9. Have any of you, any members of your immediate family, or any close friends, had an experience with the police, the FBI or with any person associated with or employed by the United States Attorney's Office or the Court, which would make it difficult for you to be a fair and impartial juror in this case?

10. Have you or any of your immediate family or any close friends ever worked, or currently have an application pending, in any capacity, for any type of law enforcement agency, including the Metropolitan Police Department, the Federal Bureau of Investigation, the Drug Enforcement Administration, the United States Marshal's Service, the Secret Service, the United States Park Police, the Immigration and Naturalization Service, or any other law enforcement agency?

11. Have you or any of your immediate family or any close friends ever been a member of a sorority or fraternity?   Have you or any of your immediate family or any close friends ever been a member of the fraternity Phi Beta Sigma?

12. Have you or any of your immediate family or any close friends ever worked for or owned stock in a bank, including First Union Bank (now Wachovia Bank), Industrial Bank, or Bank of America?

13. Do you have any training or specialized knowledge in accounting or finance?

14. Have you or any of your immediate family or any close friends ever worked, or currently have an application pending, in any capacity, for prosecutor's office? (That can include the Department of Justice, a United States Attorney's Office, the Office of Corporation Counsel for the District of Columbia, or any state or county attorney's office)

15. Have you or your immediate family or close friends been employed in a prison, jail, department of corrections, probation office or parole agency?

16. Do you now belong to or participate in, or have you within the past five years belonged to or participated in, any crime prevention group, such as neighborhood watch organizations, orange hat groups, or any other crime prevention group?

17. Have you, or any of your immediate family members or close friends, studied law or had any legal training? This would include law school, paralegal training or any post-graduate legal training.

18. Have you or any of your immediate family or any close friends ever worked, in any capacity, with or for a defense attorney or an investigator working for a defense attorney, or for any entity that has brought an action against the United States or any federal agency? Have you or any of your immediate family or any close friends ever been involved in any way in the defense of a criminal case?

19. Have you ever served as a juror in the trial of a criminal case in federal court, a District of Columbia Court, or in a court located in another state?

20. Have you ever served as a grand juror?

21. Anyone who is selected to serve on this jury will take an oath to follow the law as

       instructed by this Court. Is there anyone who for any reason would not be able to accept and follow the Court's instructions regarding the law?

22. To reach a verdict, every juror must agree on the verdict. That is any verdict must be unanimous. Would you have difficulty with this principle?

23. As I indicated, the defendant has been charged in an indictment returned by a Grand Jury. Let me take this opportunity to advise you that an indictment is just a formal way of informing the defendant of the nature of the charges against him. You are not to consider the indictment as any indication of guilt.

    a. Do you now have any opinion as to the defendant's guilt or innocence?

    b. Do you feel that because the defendant has been indicted he is probably guilty?

24. The defendant in this case -- like all defendants -- is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt. A defendant does not need to testify, call any witnesses or produce any evidence whatsoever to prove his or her innocence. If you are selected as a juror in this case, will you have difficulty applying this rule of law?

25. Do you feel that if a defendant does not testify, or does not offer any evidence, that he or she is more likely to be guilty?

26. Have you, or any of your immediate family or close friends, been a witness to, a victim of, or arrested for and/or charged with a crime within the last 10 years?

27. Do you have any moral, religious or philosophical beliefs which would make it difficult to pass judgment on another person or to render a judgment in this case based solely upon the evidence presented during the trial?

28.  Is any member of the panel physically or visually challenged?

29.  This trial will last approximately three days. Is there any member of the jury panel who has an urgent or extremely important matter to attend to in the next few days such that he or she would be faced with a hardship if selected for the jury in this case?

30.  Do any of you know of any other reason, even if not covered by the Court's questions, why you could not or should not sit as a juror in this case, or why you could not render a fair and impartial verdict based upon the evidence and the law as you shall hear it?