IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRY DAVIS, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 06-193 (RBW) |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant, by and through undersigned counsel, hereby requests that, in addition to the voir dire submitted by the government, including without limitation the Ridley question, the following statement of the case be read, and questions be asked of the jury panel:

### PROPOSED STATEMENT OF THE CASE

This is a criminal case. Terry Davis is the defendant in this case. From January 2001 through June 2003, Mr. Davis was the volunteer treasurer for Phi Beta Sigma, Incorporated, a fraternity with principal offices located at 145 Kennedy Street, NW, Washington, DC. The Government has charged Mr. Davis with ten counts of Bank Fraud, one count of Theft in the First Degree, and one count of Fraud in the First Degree. The government alleges that Mr. Davis executed a scheme to obtain money owned by or in the control of a financial institution by means of false or fraudulent pretenses, representations or promise while functioning as the treasurer of Phi Beta Sigma, Inc. Mr. Davis contends that he was the treasurer of the fraternity during the time period in questions but that he did not steal from the fraternity or defraud a financial institution and that he is innocent of these charges.

## PROPOSED VOIR DIRE QUESTIONS

1. Some of the events in this case occurred in or near 145 Kennedy Street, NW, the national headquarters of Phi Beta Sigma, Inc. Have you ever visited this address or had any contact with this location that would influence your ability to be fair and impartial in this case?

2. This case involves a fraternity named Phi Beta Sigma or PBS. Have you ever had any business or personal dealings with this fraternity? Do you have friends or relatives who do business with this fraternity?

3. This case also involves the following financial institutions that the government alleges were defrauded by the actions of Mr. Davis: Bank of America, Industrial Bank, and First Union Bank. Have you ever had any dealings with any of these financial institutions that would affect your ability to be fair and impartial in this case?

Respectfully submitted,

A.J. KRAMER

FEDERAL PUBLIC DEFENDER

_____/s/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500