IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )           Plaintiff,  )  )      v.  )  )  TERRY DAVIS,  )  )           Defendant.  )  _____ ) | Criminal No. 06-193 (RBW) |

### DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Defendant Terry Davis, through his attorney, Assistant Federal Public Defender Tony Axam, Jr., hereby submits the following proposed jury instructions:[1]

I.      **GENERAL INSTRUCTIONS**

1.02A   Preliminary Instruction When Notetaking Is Permitted

1.03    Preliminary Instruction Before and During the Trial

1.04    Stipulation of Fact

1.05    Cautionary Instruction Prior to First Recess

1.07    Question Not Evidence

1.10 (A) Evaluation of Prior Inconsistent Statement of a Witness-Impeachment (if applicable)

1.10 (B) Evaluation of Prior Inconsistent Statement of a Witness-Substantive Evidence (if applicable)

1.22    A Juror's Recognition of a Witness or Other Party Connected to the Case

2.01    Function of the Court

---

[1] The numbered instructions listed below are taken from the "Redbook" instructions printed in <u>Criminal Jury Instructions for the District of Columbia</u> (4th ed. 2005). Mr. Davis reserves the right to submit a theory-of-defense instruction and to propose additional instructions based upon the evidence at trial.

2.02   Function of the Jury

2.03   Jury's Recollection Controls

2.04   Evidence in the Case - Stipulations

2.05   Statements of Counsel

2.06   Indictment Not Evidence

2.07   Inadmissible and Stricken Evidence

2.08   Burden of Proof - Presumption of Innocence

2.09   Reasonable Doubt

2.10   Direct and Circumstantial Evidence

2.11   Credibility of Witnesses

2.13   Number of Witnesses

2.14   Nature of Charges Not to Be Considered

2.26   Police Officer's Testimony (modified to include any law enforcement officer)

2.27   Failure of Defendant to Testify (if applicable)

2.28   Defendant as Witness (if applicable)

2.42   Character or Reputation of Defendant (if applicable)

2.52   Multiple Counts

3.07   "On or About" – Proof Of

3.20   Proof of State of Mind

4.05   Willfully causing an act to be done

## II.   INSTRUCTIONS ON CHARGED OFFENSES

**Counts One through Ten (18 U.S.C. § 1344).**

**Bank Fraud**

> One:   Defendant knowingly executed a scheme to obtain the money, funds or other property owned by or under the control of a financial institution by means of material false or fraudulent pretenses, representations or promises as detailed in Counts One through Ten of the indictment.
>
> Two:   Defendant did so with the intent to defraud; and
>
> Three: The financial institution was then insured by the Federal Deposit Insurance Corporation.

The phrase "scheme to defraud" includes any plan or course of action intended to deceive or cheat another out of money by employing material falsehoods. It also means the obtaining of money from a financial institution by means of material false representations or promises.

A representation, pretense, or promise is "false" when it is untrue when made or effectively conceals or omits a material fact. A representation, pretense, or promise is "material" if it has a natural tendency to influence, or is capable of influencing, the decision of the institution in deciding whether to engage or not to engage in a particular transaction.

<u>Manual of Model Criminal Jury Instructions</u> (8th Cir. 2003)

**Count Eleven (22 D.C. Code §§ 3211(b)(2) and 3212(a))**
4.38B        Theft in the First Degree

**Count Twelve (22 D.C. Code §§ 3221(a) and 3222(a)(1))**
4.41A        Fraud in the First Degree

### III.  CLOSING INSTRUCTIONS.

2.71    Election of Foreperson

2.72    Unanimity

2.73    Exhibits During Deliberations

2.75    Communications Between Court and Jury During Jury's Deliberations

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Tony Axam, Jr.
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202)  208-7500