**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-00193 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **TERRY DAVIS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael K. Atkinson, at telephone number 202-616-3702 and/or email address Michael.Atkinson2@usdoj.gov.    Michael Atkinson will substitute for Assistant United States Attorney John R. Roth.  Michael Atkinson will serve as counsel for the United States.


Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____**/s/**_____
MICHAEL K. ATKINSON
Assistant United States Attorney
D.C. Bar No. 430517
Fraud and Public Corruption Section
555 4th Street, NW,  Room 5915
Washington, DC 20530
(202) 616-3702
(202) 307-2304 (fax)