UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRY DAVIS. | No. 06-cr-193 (RBW) |

**ORDER**

On consideration of the arguments of counsel, it is hereby ORDERED that counsel for the United States is prohibited from introducing any evidence or argument concerning any offer by Defendant to compromise or settle any disputed liability allegedly owed to Phi Beta Sigma fraternity, or concerning any statements or conduct related to such an offer or made in the course of settlement negotiations. The introduction of such evidence is barred for all purposes, including impeachment. This prohibition includes but is not limited to evidence concerning such discussions between Defendant and Mr. Jimmy Hammock.

SO ORDERED, this ___ day of April, 2007.

_____
Reggie B. Walton
United States District Judge