## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Crim No.  06-193 (RBW)** |
| | : | |
| **TERRY DAVIS,** | : | |
| | : | |
| **Defendant.** | : | |

_____

## GOVERNMENT'S PROPOSED VERDICT FORM

The United States, through undersigned counsel, submits its proposed verdict form:[1]

"On the charge of bank fraud, Count One, check 2003, Industrial Bank, payable to cash,

on or about January 29, 2001, we find the defendant Terry Davis:

      Not Guilty _____        Guilty _____

On the charge of bank fraud, Count Two, check 2091, Industrial Bank, payable to cash,

on or about November 5, 2001, we find the defendant Terry Davis:

      Not Guilty _____        Guilty _____

On the charge of bank fraud, Count Three, check 2173, Industrial Bank, payable to cash,

on or about January 25, 2002, we find the defendant Terry Davis:

      Not Guilty _____        Guilty _____

On the charge of bank fraud, Count Four, check 2171, Industrial Bank, payable to cash,

on or about January 29, 2002, we find the defendant Terry Davis:

_____

[1]      Because the Superseding Indictment alleges an "on or about" date for the checks constituting Counts One through Ten of the Indictment, the government respectfully requests that the Court include in the Jury Instructions an "On or About" instruction. *See* Bar Association of the District of Columbia's <u>Criminal Jury Instructions</u> (4th ed. rev. 2004) (The Red Book), Instruction 3.07 ("On or About" – Proof Of).

Not Guilty _____          Guilty _____

On the charge of bank fraud, Count Five, check 2190, Industrial Bank, payable to cash, on or about February 5, 2002, we find the defendant Terry Davis:

Not Guilty _____          Guilty _____

On the charge of bank fraud, Count Six, check 2247, Industrial Bank, payable to cash, on or about April 17, 2002, we find the defendant Terry Davis:

Not Guilty _____          Guilty _____

On the charge of bank fraud, Count Seven, check 3177, Industrial Bank, payable to cash, on or about December 30, 2002, we find the defendant Terry Davis:

Not Guilty _____          Guilty _____

On the charge of bank fraud, Count Eight, check 3179, Industrial Bank, payable to cash, on or about January 2, 2003, we find the defendant Terry Davis:

Not Guilty _____          Guilty _____

On the charge of bank fraud, Count Nine, check 3239, Industrial Bank, payable to cash, on or about April 30, 2003, we find the defendant Terry Davis:

Not Guilty _____          Guilty _____

On the charge of bank fraud, Count Ten, check 3313, Industrial Bank, payable to cash, on or about May 12, 2003, we find the defendant Terry Davis:

Not Guilty _____          Guilty _____

On the charge of first degree theft, Count Eleven, we find the defendant Terry Davis:

Not Guilty _____          Guilty _____

On the charge of first degree fraud, Count Twelve, we find the defendant Terry Davis:

2

Not Guilty _____          Guilty _____

This our unanimous verdict.

_____
FOREPERSON"

## **CONCLUSION**

The government respectfully submits the foregoing proposed verdict form.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:      _____/s/_____
Michael K. Atkinson, Bar No. 430517
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W., Room 5915
Washington, D.C.  20530
Ph. (202) 616-3702
Fax (202) 307-2304

DATED: April 27, 2007