IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | Criminal No. 06-193 (RBW) |
| TERRY DAVIS,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**DEFENDANT'S PROPOSED SUPPLEMENT TO JURY INSTRUCTIONS**

Defendant Terry Davis, through his attorneys, Assistant Federal Public Defender Tony Axam, Jr., and Joshua Klein, hereby requests the following changes to the forfeiture instructions submitted by the government:

**PROPOSED FORFEITURE INSTRUCTION NO. 2**
(Government's burden of proof regarding forfeiture.)

My previous instructions on the government's burden of proof regarding your verdicts on the guilt of the defendant do **not** apply to your deliberations and verdicts regarding forfeiture. In deliberating and deciding your verdict[s] regarding forfeiture, I instruct you that the government need only prove by a preponderance of the evidence that the property it seeks to forfeit, in connection with the bank fraud conviction of which you have found the defendant guilty, constitutes, or is derived from, proceeds traceable to the violation of bank fraud. The government is **not** required to prove this beyond a reasonable doubt.

"Preponderance of the evidence" means that the government's evidence, when considered and compared to any other evidence, if any, has more convincing force and produces in your

minds belief that the property constitutes or is derived from proceeds traceable to the bank fraud violation. Your job is to determine whether it is more likely than not that the property constitutes, or is derived from proceeds traceable to the violation.

**The burden of proof, however, remains with the government. The defendant has no obligation to produce any evidence. You cannot find specific funds forfeitable unless the government's evidence outweighs the defendant's. If the evidence is equal, then you cannot find the funds forfeitable**.

**PROPOSED FORFEITURE INSTRUCTION NO. 3**
(Jury may consider trial evidence as well as any additional evidence presented on the issue of forfeiture.)

While deliberating, you may consider any evidence offered by the parties at any time during the trial, **unless the Court has told you to disregard that evidence.**

**PROPOSED FORFEITURE INSTRUCTION NO. 5:**
(Money judgment)

Under federal law, any person who is convicted of bank fraud is required to forfeit to the United States any property, real or personal, which constitutes, or is derived from, proceeds traceable to the violation, whether or not that property has been or can be seized by the government. Thus, the government is entitled to a personal money judgment against the defendant for an amount equal to the value of the property that constitutes, or is derived from, proceeds traceable to the violation of bank fraud.

Regarding the Forfeiture Allegation in the Indictment where the government requests a money judgment, it is your duty to determine whether it is more likely than not that the amount

that the government asserts is equal to property constituting, or derived from, proceeds traceable to the violation of bank fraud.  **If you find that the defendant has returned money or property to Phi Beta Sigma, Inc., such assets shall be subtracted from any forfeiture amount you determine.**

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Tony Axam, Jr.
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202)  208-7500

        _____/s/_____
        Christopher R. Cooper
        Joshua A. Klein
        BAKER BOTTS L.L.P.
        1299 Pennsylvania Ave., N.W.
        Washington, D.C. 20004
        (202) 639-7700