IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,   )<br>  )<br> v.   )<br>  )<br>TERRY DAVIS,   )<br>  )<br>   Defendant.   )<br>_____) | Criminal No. 06-193 (RBW) |

**DEFENDANT'S PROPOSED SUPPLEMENT TO JURY INSTRUCTIONS**

Defendant Terry Davis, through his attorneys, Assistant Federal Public Defender Tony Axam, Jr., and Joshua Klein, hereby requests the following instruction:

**MR. DAVIS'S PROPOSED JURY INSTRUCTION**

**(Good Faith Defense)**

Mr. Davis's good faith is a complete defense to each of the charges in the indictment because good faith on the part of the defendant is inconsistent with a finding that he knowingly and intentionally committed any of the alleged offenses.

A person who acts, or causes another person to act, on a belief or opinion honestly held is not punishable under these statutes merely because the statement turns out to be inaccurate, incorrect, or wrong. An honest mistake in judgment or an honest error in managment does not rise to the level of criminal conduct. An honest belief or "good faith" belief is a complete defense to the charges because such an honest or "good faith" belief is inconsistent with the intent to commit the alleged offenses.

In determining whether or not the government has proven that Mr. Davis acted with an

intent to commit the offenses alleged in the indictment or whether Mr. Davis acted in good faith, you must consider all of the evidence received in this case bearing on his state of mind.

The burden of proving good faith does not rest with Mr. Davis, because he does not have any obligations to prove anything in this case. It is the government's burden to prove beyond a reasonable doubt that Mr. Davis acted with the intent to commit the offenses charged. If the evidence in this case leaves you with a reasonable doubt as to whether Mr. Davis acted with criminal intent or in good faith, you must find Mr. Davis not guilty.[1]

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Tony Axam, Jr.
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500

        _____/s/_____
        Christopher R. Cooper
        Joshua A. Klein
        BAKER BOTTS L.L.P.
        1299 Pennsylvania Ave., N.W.
        Washington, D.C. 20004
        (202) 639-7700

---

[1] Adapted from O'Malley, § 19.06.