**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Crim No.  06-193 (RBW)** |
| | **:** | |
| **TERRY DAVIS,** | **:** | |
| | **:** | |
| Defendant. | **:** | |

_____

**GOVERNMENT'S MOTION TO DISMISS THE**
**FORFEITURE ALLEGATION IN THE SUPERSEDING INDICTMENT**

The United States, through undersigned counsel, respectfully moves this Court to dismiss the Forfeiture Allegation in the Superseding Indictment.  On May 3, 2007, following an eight day jury trial, the jury returned verdicts of guilty against the Defendant Terry Davis on eight of the ten bank fraud Counts in the Superseding Indictment (as well as theft in the first degree (Count Eleven) and fraud in the first degree (Count Twelve)).  Following the jury verdict, at the government's request, the Court instructed the jury to return for the forfeiture aspect of the case at 1:30 p.m. on Tuesday, May 8, 2007.  The government, however, has decided not to pursue criminal forfeiture; instead, the government will seek to recoup any ill-gotten proceeds of the criminal offenses through restitution.  As a result, the government submits this Motion to dismiss the Forfeiture Allegation.

The defendant, through his counsel, Tony Axam, Jr., does not oppose this Motion.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the

Court dismiss the Forfeiture Allegation in the Superseding Indictment.

JEFFREY A. TAYLOR

UNITED STATES ATTORNEY


By:     _____/s/_____
        Michael K. Atkinson
        ASSISTANT UNITED STATES ATTORNEY
        District of Columbia
        555 Fourth Street, N.W., Room 5915
        Washington, D.C.  20530
        Ph. (202) 616-3702
        Fax (202) 307-2304

DATED: May 7, 2007