# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**UNITED STATES OF AMERICA**            )        **Crim. No. 06-193 (RBW)**
                                        )
          **v.**                                  )
                                        )
**TERRY DAVIS,**                        )
                                        )
          **Defendants.**            )
_____)

## ORDER

Upon consideration of defendant's motion to modify conditions of release and to release him on his own recognizance, it is hereby

ORDERED that defendant's motion is GRANTED.

SO ORDERED this _____ day of _____, 2007.


_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE