UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                    Criminal Action No.   06-193

TERRY DAVIS

## JURY NOTES

We as the Jury have reached An Unanimous Verdict

5/3/07
Date

11:49 pm
Time

Foreperson