UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-193 (RBW) |
| ) | |
| TERRY DAVIS ) | |
| ) | |
| Defendant. ) | |

# VERDICT FORM

"On the charge of bank fraud, Count One, check 2003, Industrial Bank, payable to cash, on or about January 29, 2001, we find the defendant Terry Davis:

Not Guilty _____ Guilty ___✓___

On the charge of bank fraud, Count Two, check 2091, Industrial Bank, payable to cash, on or about November 5, 2001, we find the defendant Terry Davis:

Not Guilty ___✓___ Guilty _____

On the charge of bank fraud, Count Three, check 2173, Industrial Bank, payable to cash, on or about January 25, 2002, we find the defendant Terry Davis:

Not Guilty _____ Guilty ___✓___

On the charge of bank fraud, Count Four, check 2171, Industrial Bank, payable to cash, on or about January 29, 2002, we find the defendant Terry Davis:

Not Guilty _____ Guilty ___✓___

On the charge of bank fraud, Count Five, check 2190, Industrial Bank, payable to cash, on or about February 5, 2002, we find the defendant Terry Davis:

Not Guilty _____ Guilty ___✓___

On the charge of bank fraud, Count Six, check 2247, Industrial Bank, payable to cash, on or about April 17, 2002, we find the defendant Terry Davis:

Not Guilty _____ Guilty \_\_\_✓\_\_\_

On the charge of bank fraud, Count Seven, check 3177, Industrial Bank, payable to cash, on or about December 30, 2002, we find the defendant Terry Davis:

Not Guilty _____ Guilty \_\_\_✓\_\_\_

On the charge of bank fraud, Count Eight, check 3179, Industrial Bank, payable to cash, on or about January 2, 2003, we find the defendant Terry Davis:

Not Guilty _____ Guilty \_\_\_✓\_\_\_

On the charge of bank fraud, Count Nine, check 3239, Industrial Bank, payable to cash, on or about April 30, 2003, we find the defendant Terry Davis:

Not Guilty _____ Guilty \_\_\_✓\_\_\_

On the charge of bank fraud, Count Ten, check 3313, Industrial Bank, payable to cash, on or about May 12, 2003, we find the defendant Terry Davis:

Not Guilty \_\_\_✓\_\_\_ Guilty _____

On the charge of first degree theft, Count Eleven, we find the defendant Terry Davis:

Not Guilty _____ Guilty \_\_\_✓\_\_\_

On the charge of first degree fraud, Count Twelve, we find the defendant Terry Davis:

Not Guilty _____ Guilty \_\_\_✓\_\_\_

This is our unanimous verdict.

_____
FOREPERSON"

5/3/07
_____
DATE

If you agree with the verdict as indicated by your foreperson, please sign your name below: