UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : Crim No. 06-193 (RBW) |
| TERRY DAVIS, | : |
| Defendant. | : |

## ORDER

Based on the Government's Motion to dismiss the Forfeiture Allegation in the Superseding Indictment, arguments of counsel, and the entire record in this matter, it is this 7th day of May, 2007, hereby

**ORDERED**, that the Government's Motion to dismiss the Forfeiture Allegation in the Superseding Indictment is hereby **GRANTED**, and it is further

**ORDERED**, that the Forfeiture Allegation in the Superseding Indictment is hereby dismissed.

Hon. Reggie B. Walton
United States District Court Judge