# EXHIBIT A

```
04/30/2007                    CLAIMANT PROFILE DATA                              01
SSN :                       CURRENT PROGRAM: 71  BYB: 04/07/2002   BYE: 04/05/2003
NAME: DAVIS/TERRY                                          CLAIM TAKER  : 430
ADDR:                                                      LOCAL OFFICE : 82
CITY:                       CO: 000  ST:      ZIP:      0000  WARD      : 02
TE                          INITIAL SOURCE   : DOCS        ENTRY DATE   : 04/08/2002
L      : STATE: 11          ADDRESS CHG DATE :             FILE DATE    : 04/08/2002
MA   UM WBA : 309.00        ADDRESS SOURCE   :             NEW LAW CLAIM? AFTER NL
---------------------------------------------------------------------------------
CLAIM STATUS : BENEFITS EXHAUSTED              ENROLLED DIRECT DEPOSIT : N
ED. STEPLADDER: N           NOTATION       : N      ACTIVE ISSUES  :    0
1ST AGREE DATE:             OP AGREE AMT   :    .00      OP BALN   :         .00
PERMIT NUMBER :             CITIZEN        : Y      PRIOR BYE DATE :
RECALL DATE   : 00/00/0000  REQUAL IND     : Y      1ST PAY NOTICE DATE 1 :
TEUC FILED    : Y           TEUCA FILED    : Y      1ST PAY NOTICE DATE 2 :
---------------------------------- DEDUCTIONS -----------------------------------
 DC TAX WITHHELD: N DATE: 00/00/0000 PENSION: N DEDUCT:     DEDUCT AMT:
IRS TAX WITHHELD: N DATE: 00/00/0000 SOC SEC AMT:           OTHER AMT:
CHILD SUPPORT:      DATE:            CIV SRV AMT:           MIL AMT:
---------------------------------------------------------------------------------
STND BASE QTR: 20011     ALT BASE QTR: 00000      USING ALT BASE?:  N
TOTAL POSSIBLE:     PAID TO DATE:     BALANCE:         WBA:            MBA:
   12,051.00          12,051.00           .00        309.00          8,034.00
                                                    TRANSACTION OPTION:
```

# BENEFIT PAYMENT HISTORY

SSN: ▓▓▓▓▓▓▓▓0　　NAME: TERRY DAVIS　　　　　　　　　　　　　BYE: 04/05/2003
BENEFI▓▓▓▓ WBA: 309.00　BALANCE:　　.00　　　　　　　　　　　NO. OF WEEKS: 41

| PG CT | PO DOI | BWE | PO DOR | OP AMOUNT | CHECK DOI | CHK NBR | PAY TYP | AMT PYD | UN FL | DIS RSN | TOT CHKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 00 | 03032003 | 01182003 | 03192003 | 0.00 |          | 0000000 | 15 |     | 0 | 00 |     |
| 71 00 | 03032003 | 01112003 | 03192003 | 0.00 | 03192003 | 2885138 | 16 | 309 | 0 | 00 | 309 |
| 71 00 | 02072003 | 01042003 | 03032003 | 0.00 | 03032003 | 2870928 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 02072003 | 12282002 | 03032003 | 0.00 | 03032003 | 2870928 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 01152003 | 12212002 | 02072003 | 0.00 | 02072003 | 2852402 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 01152003 | 12142002 | 02072003 | 0.00 | 02072003 | 2852402 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 01072003 | 12072002 | 01152003 | 0.00 | 01152003 | 2832188 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 01072003 | 11302002 | 01152003 | 0.00 | 01152003 | 2832188 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 12272002 | 11232002 | 01072003 | 0.00 | 01072003 | 2823983 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 12272002 | 11162002 | 01072003 | 0.00 | 01072003 | 2823983 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 12162002 | 11092002 | 12272002 | 0.00 | 12272002 | 2815815 | 01 | 309 | 0 | 00 | 309 |
| 71 00 | 12162002 | 11022002 | 12272002 | 0.00 | 12272002 | 2815815 | 01 | 309 | 0 | 00 | 309 |

FOR MORE THAN 12 PAYMENTS DEPRESS PF2　　　　　　　　　TRANSACTION OPTION:

```
SSN:            0   NAME: TERRY DAVIS                      BYE: 04/05/2003
BENEFITS   WBA: 309.00  BALANCE:       .00                 NO. OF WEEKS: 41

PG      PO       BWE        PO       OP       CHECK    CHK    PAY  AMT UN DIS TOT
C       DOI                 DOR      AMOUNT   DOI      NBR    TYP  PYD FL RSN CHKS

71 00 12062002 10262002 12162002    0.00 12162002 2806008 01   309 0 00   309
71 00 12062002 10192002 12162002    0.00 12162002 2806008 01   309 0 00   309
01 00 10152002 10122002 10282002    0.00 10282002 2766336 16   309 0 00   309
01 00          10052002 10152002    0.00 10152002 2755158 01   309 0 00   309
01 00          09282002 10152002    0.00 10152002 2755158 01   309 0 00   309
01 00 10032002 09212002 09262002    0.00 10152002 2755158 01   309 0 00   309
01 00 10032002 09142002 09262002    0.00 10152002 2755158 01   309 0 00   309
01 00 09192002 09072002 10032002    0.00 10032002 2747105 01   309 0 00   309
01 00 09192002 08312002 10032002    0.00 10032002 2747105 01   309 0 00   309
01 00 09032002 08242002 09192002    0.00 09192002 2735339 01   309 0 00   309
01 00 09032002 08172002 09192002    0.00 09192002 2735339 01   309 0 00   309
01 00 08202002 08102002 09022002    0.00 09032002 2718850 01   309 0 00   309

FOR MORE THAN 12 PAYMENTS DEPRESS PF2            TRANSACTION OPTION:
```

B E N E F I T   P A Y M E N T   H I S T O R Y

SSN: ███████ 0    NAME: TERRY DAVIS                          BYE: 04/05/2003
BENEFITS    WBA: 309.00   BALANCE:      .00                  NO. OF WEEKS: 41

| PG CL | PO DOI | BWE | PO DOR | OP AMOUNT | CHECK DOI | CHK NBR | PAY TYP | AMT PYD | UN FL | DIS RSN | TOT CHKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 00 | 08202002 | 08032002 | 09022002 | 0.00 | 09032002 | 2718850 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 07312002 | 07272002 | 08202002 | 0.00 | 08202002 | 2707684 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 07312002 | 07202002 | 08202002 | 0.00 | 08202002 | 2707684 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 07172002 | 07132002 | 07312002 | 0.00 | 07312002 | 2689450 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 07172002 | 07062002 | 07312002 | 0.00 | 07312002 | 2689450 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 07012002 | 06292002 | 07172002 | 0.00 | 07172002 | 2676479 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 07012002 | 06222002 | 07172002 | 0.00 | 07172002 | 2676479 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 06132002 | 06152002 | 07012002 | 0.00 | 07012002 | 2660772 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 06132002 | 06082002 | 07012002 | 0.00 | 07012002 | 2660772 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 05212002 | 06012002 | 06132002 | 0.00 | 06132002 | 2642626 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 05212002 | 05252002 | 06132002 | 0.00 | 06132002 | 2642626 | 01 | 309 | 0 | 00 | 309 |
| 01 00 | 05082002 | 05182002 | 05212002 | 0.00 | 05212002 | 2616608 | 01 | 309 | 0 | 00 | 309 |

FOR MORE THAN 12 PAYMENTS DEPRESS PF2                TRANSACTION OPTION:

BENEFIT PAYMENT HISTORY

```
SSN: ███████         NAME: TERRY DAVIS                           BYE: 04/05/2003
BENEFITS    WBA: 309.00  BALANCE:        .00                NO. OF WEEKS: 41

PG  T   PO         BWE         PO          OP      CHECK      CHK     PAY   AMT  UN DIS  TOT
C       DOI                    DOR         AMOUNT  DOI        NBR     TYP   PYD  FL RSN  CHKS

01 00  05082002   05112002   05212002     0.00   05212002   2616608   01    309  0  00   309
01 00  04262002   05042002   05082002     0.00   05082002   2603908   01    309  0  00   309
01 00  04262002   04272002   05082002     0.00   05082002   2603908   01    309  0  00   309
01 00  04082002   04202002   04262002     0.00   04262002   2591938   01    309  0  00   309
01 00  04082002   04132002   04262002     0.00              0000000   10         0  00
```

FOR MORE THAN 12 PAYMENTS DEPRESS PF2                TRANSACTION OPTION:
   LAST PAGE