# EXHIBIT B

P A Y M E N T   H I S T O R Y   N O - 1 1

SSN [REDACTED]    NAME    TERRY DAVIS                    BYE: 04/05/2003

| BWE DATE | ENTER DATE | SEVERANCE AMOUNT | EARNINGS AMOUNT | PENSION AMOUNT | SUPPORT AMOUNT | SUP PCT | TAX DC | WHLD IRS | LOC OFC | OPEN IND |
|---|---|---|---|---|---|---|---|---|---|---|
| 0_/__/2003 | 03/19/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 01/11/2003 | 03/19/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 01/04/2003 | 03/03/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 12/28/2002 | 03/03/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 12/21/2002 | 02/07/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 12/14/2002 | 02/07/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 12/07/2002 | 01/15/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 11/30/2002 | 01/15/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 11/23/2002 | 01/07/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 11/16/2002 | 01/07/2003 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 11/09/2002 | 12/27/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 11/02/2002 | 12/27/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |

FOR MORE THAN 12 PAYMENTS DEPRESS PF2              TRANSACTION OPTION:

SSN: ██████████0    NAME    TERRY DAVIS                    BYE: 04/05/2003

| BWE DATE | ENTER DATE | SEVERANCE AMOUNT | EARNINGS AMOUNT | PENSION AMOUNT | SUPPORT AMOUNT | SUP PCT | TAX DC | WHLD IRS | LOC OFC | OPEN IND |
|---|---|---|---|---|---|---|---|---|---|---|
| 1█/█/2002 | 12/16/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 10/19/2002 | 12/16/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 10/12/2002 | 10/28/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 10/05/2002 | 10/15/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 09/28/2002 | 10/15/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 09/21/2002 | 10/15/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 09/14/2002 | 10/15/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 09/07/2002 | 10/03/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 08/31/2002 | 10/03/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 08/24/2002 | 09/19/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 08/17/2002 | 09/19/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 08/10/2002 | 09/03/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |

FOR MORE THAN 12 PAYMENTS DEPRESS PF2                    TRANSACTION OPTION:

SSN: ████████    NAME    TERRY DAVIS                    BYE: 04/05/2003

| BWE DATE | ENTER DATE | SEVERANCE AMOUNT | EARNINGS AMOUNT | PENSION AMOUNT | SUPPORT AMOUNT | SUP PCT | TAX DC | WHLD IRS | LOC OFC | OPEN IND |
|---|---|---|---|---|---|---|---|---|---|---|
| 0█/██/2002 | 09/03/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 07/27/2002 | 08/20/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 07/20/2002 | 08/20/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 07/13/2002 | 07/31/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 07/06/2002 | 07/31/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 06/29/2002 | 07/17/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 06/22/2002 | 07/17/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 06/15/2002 | 07/01/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 06/08/2002 | 07/01/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 06/01/2002 | 06/13/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 05/25/2002 | 06/13/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 05/18/2002 | 05/21/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |

FOR MORE THAN 12 PAYMENTS DEPRESS PF2                    TRANSACTION OPTION:

P A Y M E N T   H I S T O R Y   N O   I I                                    13

SSN: ███████████   NAME    TERRY DAVIS                    BYE: 04/05/2003

| BWE DATE | ENTER DATE | SEVERANCE AMOUNT | EARNINGS AMOUNT | PENSION AMOUNT | SUPPORT AMOUNT | SUP PCT | TAX DC | WHLD IRS | LOC OFC | OPEN IND |
|---|---|---|---|---|---|---|---|---|---|---|
| 0█/██/2002 | 05/21/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 05/██/2002 | 05/08/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 04/27/2002 | 05/08/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 04/20/2002 | 04/26/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |
| 04/13/2002 | 04/26/2002 | .00 | .00 | .00 | .00 | 00 | 0 | 0 | 82 | 1 |

FOR MORE THAN 12 PAYMENTS DEPRESS PF2                    TRANSACTION OPTION: