UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
)
v. ) Criminal Action No. 06-193 (RBW)
)
TERRY DAVIS )
)
Defendant. )
)

## ORDER

This matter is before the Court on Defendant Terry Davis' Memorandum and Proffer in Support of His Motion to Modify His Conditions of Release and to Order His Release on Personal Recognizance and the Government's opposition thereto. After consideration of the defendant's proffer, and the Government's opposition, it is hereby

ORDERED that the defendant's motion to modify his conditions of release is Denied. This conclusion is reached due to the nature of the defendant's conduct, the number of the checks and corresponding amount of money involved, and the significant penalties that the defendant faces, thereby in this Court's opinion creating a risk of flight.

SO ORDERED this 22nd day of May, 2007.

REGGIE B. WALTON
United States District Judge