# Exhibit

# A

Honorable Reggie B. Watson
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001

July, 3, 2007

Dear Judge Walton,

This letter is being written on behalf of Mr. Terry Davis, my son-in-law.

This is a correspondence that I never thought I would have to write. I can only pray that it does some justice for Terry, and sets him on the right track to recover his life.

Terry has been in our family for nearly 8 years, and I can say that without a doubt Terry is a person who knows no enemies. He has always been a Southern Gentleman, and fills every place he goes with his laughter, and lighthearted attitude. His spirit and zest for life is contagious to everyone within earshot.

I have been an employee of the Internal Revenue Service for decades, and there have been many occasions when Terry and I would talk in depth about taxes, tax law, and various financial situations, and I have always found him to be a competent accountant with a very clear understanding of what is right and wrong. This is why I was shocked to hear of his recent legal troubles, and saddened by the outcome. To the best of my knowledge Terry Davis has NEVER been in trouble before. And now I can see it is true that bad things, really do happen to good people.

When I visit my daughter and son-in-law in Memphis, they are surrounded by people who are full of compliments about them. They are a wonderful couple, and pillars of their community. I hear from others about Terry and Rhonda volunteering for several events across the city, I have met the friends and family who say "I remember Terry when..." and it is often followed by a funny story, and a sincere measure of praise for him. He is a Memphis native, and has always been active in his community. It is such a shame that someone like him, is now involved in this sad situation, thus taking him away from the people who know and love him best. I believe that Memphis is missing, and stands to continue to miss one of her boldest, brightest, and most outstanding sons.

After talking to my daughter, it is clear to me how much of a void has been left in her life over the past few months with out Terry around. "Team Davis", as they call themselves, frequently volunteer their time to local charities and organizations. She tells me that she goes for a few hours and goes home. She claims that it's not the same with him. She said people ask about him when she goes by herself, and she has to come up with an excuse as to why he is absent each time. It is evident that it breaks her heart to go it alone after 8 years.

While Terry is away I have had to help out my daughter financially since her household expenses have doubled without the additional income brought in by Terry's employment.

In closing I would like to ask Your Honor to please be merciful on Terry Davis. From conversation I know Terry's family worked very hard while he was growing up to prevent him from becoming a statistic all to common for African-American males. I have 2 sons of my own, and as a mother I can attest to the work that goes into preventing your African-American sons from falling in the traps the world sets for them. It is unfortunate for Terry, but it is not too late to give him another chance to redeem himself and right any wrongs as the court sees fit.

Thank you for your time.

Sincerely,

*Althea N. Lee*
Althea N. Lee

July 21, 2007

Dear Judge Walton:

My name is Phyllis Davis-Ayers and I'm writing to you on behalf of Terry Davis. I've known Terry Davis, for about 35 years now, and he's been my uncle/father, mentor, and role model. He plays an active role in my son's lives ages 11, 15, and 17, always offering continual guidance and encouragement. His words of encouragement is to give life nothing less than your all. He has indeed been an inspiration to others and demonstrates strong leadership skills. Terry Davis has always challenged others to set higher goals and expectations. My family and I are saddened to learn that he now faces a much greater challenge.

Terry having been the youngest of six and the first to graduate from college is no stranger in our community. He has been involved in the Big Brother organization, his church, and other charitable organizations. I pray that you offer leniency to him and offer much needed therapy to rehabilitate him.

Respectfully Yours,

Phyllis Davis-Ayers

5987 Woodbriar Cv.
Memphis, TN. 38120

July 31, 2007

Honorable Reggie B. Walton
United States District Judge
333 Constitution Ave, N.W.
Washington, D.C. 2001

Dear Judge Walton:

I am writing you to discuss Terry Davis who currently has a case in your court. I realize that Terry has been found guilt of the crime that he was accused of and that he will have to take responsibility for his actions. But, I did want to let you know that, this incident is not reflective of Terry Davis's character and daily life. I know that Terry is a good person and a credit to his family, community, gender and fraternity. He made a mistake that he has taken full responsibility for and will come out of this event as a stronger and better person.

I am Terry's fraternity brother and have known him for 15 years; you cannot find a better person in life than Terry Davis. He is always willing to give assistance to anyone in need, whether he has a relationship with them or not. Terry has been involved in the community since I've known him and has provided leadership too many people who were in need. Terry provides emotional support for his entire family; he is the person that his family goes to when there are issues to be dealt with. He has always been supportive of many people and causes without regard to his personal situation. To put it simple terms Terry Davis is one of the finest men that I have ever known.

I haven't talked to Terry, but I know that he is very self effacing and has done a lot of soul searching about this issue and is very sadden about what occurred. I would hope that you see fit to give this great individual who made a huge mistake the opportunity to redeem himself. I know that you probably get a lot of these type letters for individuals that you are about to sentence, but I can assure you that Terry Davis is the type of person who deserves your compassion. Please recognize this issue was an aberration in Terry's life and not a true measure of who he is as a person.

I know that Terry will do whatever he needs to do to redeem himself to the court and to society as a whole that is the type of person Terry Davis is. Please give him the opportunity to prove himself sooner than later.

Sincerely,

Darrick A. Hawkins

Darrylynn Johnson
PO Box 233
Bowie, MD 20719

July 31, 2007

Your Honor Judge Walton,

I am writing this letter as part of a character reference for Terry Davis.

My name is Darrylynn Johnson. I have known Mr. Davis for about seven years now. Mr. Davis was a client of mine at a previous position that I held. Mr. Davis and I became friends quickly due to his great personality and his affiliation with his fraternity. I graduated from Howard University and had a couple of friends that were also members of his fraternity. I introduced them to each other and we all became our own little networking group. Mr. Davis also became good friends with my good friends.

What is most important about my relationship with Mr. Davis is that he became a big part of my personal livelihood. I am a single mother of 2 young boys and throughout the years Mr. Davis has helped me tremendously dealing with the complications of being a single mother. He has helped me grow emotionally by keeping my eyes open and clear from tears. He has helped me financially by providing me money to move away from an abusive relationship. And he has helped my sons see that there are good men in the world by spending time with us at basketball games and taking us out to eat.

He has helped me during the past few years in the business aspect also. He has referred clients to my insurance agency for business. He has also been my personal and business accountant since I met him. I have also referred clients to him to help his business even after he moved from the DC area. He takes great pride and commitment in providing accurate and prompt returns for all of his clients.

In the time that I have known Terry, he has been a great service to the media community. He is always at some event coordinating an event or even hosting a get together at his home for the local young athletes. He encourages everyone around him to be a positive force in their community by setting a first hand example. He always has time to do for someone else and never asks anyone for anything in return. He has shown many of the young men (especially my sons) that the world is bigger than what goes on in the movies and on TV. And because of all of that I know that Mr. Davis will be a great father one day.

As a good friend of Terry's I can honestly say that he did not intentionally commit these crimes. He would not do anything of a negative nature because that is not what he teaches and preaches. Although he was found guilty of these charges, I know that he will not take part in any illegal activity in the future.

Terry knows how important he is to not only his clients, but also his family and friends. He knows that this is an enormous loss to all of our lives. And because Terry is such a great person, I know that he hates to see any of us hurt by losing him or even just missing him.

Sincerely,

Darrylynn Johnson
Tahir Johnson
Markell Thompson

# FRONTIER DEVELOPMENT

9194 Beech Bend Trail
Memphis, TN 38018
Telephone: 901-624-9592
Fax: 901-624-4532

July 6, 2007

Dear Judge Walton;

I would like to first introduce myself, Mr. Mario Parson, a dear friend and fraternity brother of Mr. Terry Davis for more than eleven years. Terry and I met shortly after I graduated from college in 1996. From that point on, we became very close friends. I admired Terry for wearing several hats and how he was able to be successful at whatever he set out to achieve (i.e. volunteer, sports writer, accountant, project mgr, etc.). Mr. Davis, at the time, was very active with Phi Beta Sigma Fraternity and held numerous leadership positions. I have personally sat on committees and worked with Terry participating in several local functions (i.e. career fairs, business seminars for the youth, community service projects for the fraternity and local social sporting events). During this period of time, I worked under his leadership and was able to witness, first hand, his ability to undergo tough situations and create successful outcomes, spending time with young kids that were in difficult social situations and making them laugh and have hope and also help educate young adults that were in college at the University of Memphis, Lemoyne Owen College and Christian Brothers University.

Judge Walton, this letter is not trying to defend Terry Davis for what he has done. I know about the crime he has committed and I realize its severity. But knowing Terry the way that I do, I truly believe that an ordeal such as this will be one that he will not only learn from and never embark upon again; but it will be an experience that will make him a stronger individual. I know and have seen the positive impact that Mr. Davis has made on his community and the deep love and compassion that he shows to friends and family. I know that, especially in today's society, we are lacking individuals that give their time back and have a sincere desire to educate the youth and who is concerned about their future and Mr. Davis is one that has and still can TRULY make a difference in our society. Undoubtedly, Terry Davis has made some bad decisions; but hopefully he will get the opportunity to serve again in the community and to continue to be that beacon of light that we so desperately need.

Sincerely,

*[signature]*

**MARIO L. PARSON**
VICE PRESIDENT
REAL ESTATE
**FRONTIER DEVELOPMENT LLC**
9194 BEECH BEND TRAIL
CORDOVA, TN 38018
OFFICE: 901 624 9592
FAX:  901-624-4532

Eric W. Lee
1397 Westover Rd.
Cleveland Heights, OH 44118

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor,

    My name is Eric W. Lee. I have known Terry Davis for over 8 years. I am writing this letter in order to share a few details about Terry, in hopes that you have a greater understanding about who he is. I hope the few details in this letter will aid you in your sentencing deliberations.

    I am Terry's brother-in-law. Terry married my only sister in 1999. When I met Terry, I was impressed with the manner in which he handled himself as a person. When he and my sister informed the family that they were getting married, I was quite pleased. I was delighted with how comfortable Terry was with my family. I got the impression that he was a genuinely good person, and that impression proved to be accurate.

    Besides being my brother-in-law, Terry is also my fraternity brother. When I joined the fraternity in 1999, I let everyone know that Terry Davis was a member of my family. It seemed as though everyone in the fraternity knew and respected Terry. Terry has demonstrated outstanding service through the fraternity and I was not surprised that the fraternity saw fit to elect him International Treasure. If Terry did anything improper during his tenure as Treasure, I am sure that he is remorseful. Terry has always been quick to take responsibly for his missteps in the past, even if they were not entirely his fault.

    The last time I saw Terry was during my father's funeral, which was shortly before his trial. Although it was obvious that he dealing with extraordinary circumstances himself, he was able to put his best foot forward, not only for his wife, but for the rest of the family as well. He was thoughtful and kind to the entire family in our time of grieving. I only hope that this letter can begin to pay him back for his selflessness.

    As a member of the Ohio Bar, I have seen my fair share of trials. I know that sentencing, in many cases, can be difficult. I hope that this letter will assist you in reaching a fair sentence.

Best Regards,

*Eric W. Lee*

Eric W. Lee

July 6, 2007



Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Walton

I am writing this letter concerning your consideration in the sentencing of Mr. Davis. I have known Mr. Davis for approximately 3 ½ years. Since I have known Mr. Davis, I have know him to be a hard working, compassionate, family man who is always known to go the extra mile for friends and family.

Your Honor as a Certified Public Accountant I understand the complex world of financial transaction and, momentous situations Mr. Davis dealt with as the treasurer of his fraternity. Along with this level of responsibility comes the temptation to commit these transgressions in which Mr. Davis has been convicted. However, as a personal friend of Mr. Davis I honestly believe this to be an unbounded mistake of judgment in a person I know to be of high moral character. I know Mr. Davis has accepted responsibility for what he has done, as well as undertaken serious steps to make changes in his life and put this matter behind him.

Mr. Davis is an active member of his church, has done volunteer work for various civic organizations in his spare time and, is a committed husband to his wife of many years. Since this incident Mr. Davis has been a gainfully employed taxpaying citizen. To my knowledge Mr. Davis has not had any other lapse in judgment since this isolated incident, nor do I have reason to believe an incident will ever occur again with Mr. Davis.

Your Honor I truly believe Mr. Davis had a **one time** lapse in judgment and, is truly remorseful. I ask that you consider this commitment toward a new and virtuous life Mr. Davis has undertaken when considering his sentence.

Respectfully,

Christopher Hearn    6732 Boylston Drive • Memphis, Tennessee 38141
(901-413-1877) 901-240-5902 phone • 901 362-8558 fax
chearn@midsouth.rr.com  e-mail

July 7, 2007

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor:

I am writing on behalf of **Mr. Terry Davis**. I preface my remarks by saying; I was completely stunned to learn of his recent conviction of Bank Fraud in the District of Columbia.

I first met Terry four (4) years ago, during my tenure as Director of Police Services for the City of Memphis, Tennessee. His wife, Rhonda served honorably as my Public Information Officer until my retirement in August 2004. Upon meeting Terry, I was immediately impressed by his dedication to his family, community and those who knew him for his tireless volunteer efforts in our city. Even under the most favorable conditions, we sometime get off track. In our system of democracy, those that choose not to obey the law must be brought to justice. In this case, I certainly respect the findings of the judicial system.

I readily acknowledge Terry has been convicted of a series of serious offenses and there is no way I would ever condone this behavior. However, I am respectfully requesting Your Honor that Mr. Davis is allowed to return to his community to await the disposition of his appeal. During this most unfortunate ordeal, Terry has complied with the mandates of the Court, and accepted responsibility for his past mistakes while maintaining an exemplary citizenship posture in the City of Memphis.

I pray that you will be merciful in your deliberation regarding this request.

Respectfully,

James H. Bolden
Director of Police Services (Retired)
Memphis, Tennessee
8736 Raspberry Lane
Cordova, Tennessee 38016
901.759.4074

June 25, 2007

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Walton,

My name is Rochelle Stevens I am a Two-Time Olympic Gold and Silver Medalist in track and field and a graduate of Morgan State University. It is an honor for me to submit a character letter on behalf of Mr. Terry Davis.

I have known and worked with Terry on several projects since 1989. He has advised Rochelle Stevens Foundation, Rochelle's Health & Wellness Spa, and personal finances for years. He has always given sound advice that was productive. In fact I have recommended Terry to my collegues, such as Olympian Margaret Wilburn, NBA Star Anfernee Penny Hardaway, NBA Star Lorenzen Wright, local community leaders, politicians and friends, whom Terry has given advice or assistances concerning their finances.

We all have known Terry as a conservative, educated, and thoughtful person who will help anyone without charging any money. He has a heart to give and help others with advice, and volunteering his time to organizations, churches and individuals.

When I heard the news about Terry, I was stunned and I could not believe what I was hearing from his wife Rhonda who was sobering over his verdict. Immediately, I asked what could I do to help my friend who has helped others and me for years.

Terry is a positive role model for our young black men in our community, he is educated, and a productive citizen **Terry is needed in our community**. Judge Walton, I am asking you to have mercy on my friend Terry Davis.

Sincerely,

*Rochelle Stevens*

Rochelle Stevens
Olympic Gold & Silver Medalist

Rodney L. Holland
1000 22nd Street, No. 6

202-557-4467 Phone
Washington, DC 20037

July 2, 2007

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honor:

    I am writing you on behalf of Terry Davis. He was found guilty of bank fraud, theft, and first-degree fraud. The offense occurred in the District of Columbia between 2001 and 2003 while Mr. Davis was treasurer of Phi Beta Sigma Fraternity.

    Mr. Davis and I pledged Phi Beta Sigma fraternity together in Memphis, Tennessee over twenty years ago. I also served as a character witness on Terry's behalf during the trial. When I learned of the charges I was totally stunned because, as you know when you pledge with someone you really get to know the person. And without second-guessing the ruling, I still have faith that I KNOW Terry as a person versus a defendant. That is why the charges, the trial, the conviction, and visiting Terry in jail, has totally taken me through a whirlwind of emotions. This is all so uncharacteristic of Terry and who he is, and the life he aimed to lead. So when I went to see him at the DC jail, I was surprised to see him Terry happy and in the same unchanged spirit that he usually carries, and totally unlike someone who was serving time in jail.

    During my visit Terry shared with me that he will continue on in his career upon leaving jail and that nothing would change his pursuit of having a fulfilling life. For some reason, he was NOT angry, nor did he try to blame others, instead he had a degree of peace about him. He mentioned to me with confidence because he had put his situation ALL in the Lord's hand months ago and that He would work it all out. Terry will bounce back and it's my guess that he will bounce back with the zeal of the consummate professional and gentleman, that is truly characteristic of him.

Rodney L. Holland                                          1000 22nd Street, No. 6

---

202-557-4467 Phone                                          Washington, DC 20037

     It is difficult to understand why Terry would have committed the crimes he was accused and convicted of committing. But if he has to serve some time then, I pray that the bench will show mercy on Terry. Please allow the time he has spent to count as "time served" for this offense. Mr. Davis is a refined gentleman and I am of the opinion that a refined man is easy to reform.

     I would consider anything that you do to help Terry as a blessing. Thank you for your time and consideration.

Sincerely,

Rodney L. Holland
*Civil Servant*