UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Criminal No. 06-193 (RBW) |
| ) | |
| TERRY DAVIS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF FILING

Terry Davis, through undersigned counsel, hereby submits the attached letter to aid the Court in evaluating Mr. Davis' history and characteristics during the sentencing scheduled for August 7, 2007 at 9:00 a.m.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004