July 3, 2007

Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Walton,

In theory, I believe all citizens stand before the bar of justice as equals and this premise guides the judge during the legal process. Right now it is very difficult for me to believe that merciful justice is given to everyday regular people, but only given to people of certain status. I believe the law guides you, Your Honor. However, I still pray every night that the spirit of justice, coupled with a strong sense of human realness and mercy will also guide your thoughts for my husband Terry Davis.

I have a book in my collection called "Black Judges on Justice" a wise man stated in that book that prisons are not the only way to punish the guilty. He goes on to say that incarceration contributes to the breakdown of the African-American family. Judge Walton, I am hoping now that you consider standing by that sentiment in August.

It is with the heaviest of hearts that I am writing this letter. It truly pains me to see a truly good and decent man put behind bars.

I was surprised when I heard a voicemail from Terry Davis' lawyer telling me that Terry was taken into custody and that he was found guilty on 10 of 12 charges. I remember the room getting wavy and the color draining out of my face, my eyes welling up, and I nearly fainted.

My first thoughts were on Terry. I was wondering what he was thinking. I was concerned about his mental state. But then I remembered that he was always more calm about facing danger than I was. I was wondering how he reacted when he heard the verdict. I was wondering if anyone stood up in outrage for him as they cuffed him and removed him from the courtroom. I wanted so badly to help him. I wanted him to come home where he would be safe from the people who didn't know him like the people in his hometown and I do. I started to think about what I needed to I do next. I couldn't find his lawyer on the phone because he broke the news to me on my home voice mail and I was at work. And initially I couldn't find his lawyer's assistant either, and when I did she was of very little comfort. My head and heart hurt. I needed to go home. But still, home to what? I called our families and his fraternity brothers and told them the awful news.

I didn't go home, I instead went to Terry's mother's house. She was visibly shaken and very upset. She kept saying over and over "Terry was always such a good boy. I've never had any trouble from Terry." She was filled with questions to which I didn't have any answers. But no matter what she kept telling me about how Terry had never been in any trouble a day in his life, and how she couldn't understand how any of this was happening to him of all people.

The shock of this whole experience was and is overwhelming. It was if the entire city of Memphis— because that is seemingly who knows Terry— took a collective gasp as the word of his incarceration was passed along. We are all used to Terry Davis the community volunteer, the proud member of Mt. Nebo Missionary Baptist Church, the helper of children in our local group homes, the Historic Memphis tour guide, the Memphis in May International barbecue and blues festival lead volunteer, the dependable hand to hold and shoulder to cry on in your darkest hour. We already miss the Terry Davis who without hesitation just a month before his trial gave his young nephews a trip to New Orleans he funded to watch the Memphis Tigers in the NCAA

basketball tournament because he believes that young African-American men need better role models and he wanted to do his part, and start at home.

The day I saw him in jail, was by far one of the worst days of my life. He had obviously been crying, and he was trying his best to hide it from my mom, his niece and me. But that is Terry, always trying to put on the best face he can. That is why I admire him and that is why I married him. During my visit he reminded me that this is what happens when you put your faith in man. And in typical Terry fashion, he told me that everything is okay, and he is going to be better than ever in a little while because his faith is in God not in people.

Over the past few months I have put my life in a gear that I didn't know I had. My income was suddenly cut in more than half, I was in charge of the entire house, the bills, the upkeep—I was instantly single and unprepared for anything that was coming my way. I have had to accept donations from my family and Terry's to handle the bills, and preserve the good credit we have been working very hard to maintain. Family, Terry's church and fraternity brothers have helped me with chores around the house, legal advice, and general support, and I could not be more grateful. But I would much rather have my husband home so that we can start rebuilding our lives.

Your Honor, I am asking you to please let Terry come home soon. In your book you also said as a Black professional you have an obligation to look back and help others, and make yourself visible in your community. This community is now without one of its outstanding citizens who continues to still have so much to offer. Despite this mark on his otherwise outstanding record, he can change, and be a much better citizen than ever before. He has already vowed to use everything that has happened to him as a learning experience to better himself and others. He recently wrote a letter to me explaining how he helped one of his fellow inmates write a letter explaining how there was a clerical error in his jail paperwork, and that letter's content was found to be accurate, consequently leading to the man's release. He told me that if he can help one person get to the outside, to allow karma to touch that person enough for him to spread the joy of helping someone else, then he knows why God placed him in jail in the first place.

Thank you for your time, Judge Walton.

Sincerely,

*Rhonda A. Davis*

Rhonda A. Davis
8430 Albercorn Cove
Memphis, Tennessee 38125