UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Crim No. 06-193 (RBW) |
| : | |
| TERRY DAVIS, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO REDUCE RESTITUTION**

Pursuant to Rule 35(a), the United States, through undersigned counsel, respectfully moves this Court to reduce the amount of restitution owed by the Defendant to the Phi Beta Sigma fraternity by the amount of $3253.21. On May 3, 2007, a trial jury returned verdicts of guilty against the Defendant Terry Davis on eight of the ten bank fraud Counts in the Superseding Indictment (as well as theft in the first degree (Count Eleven) and fraud in the first degree (Count Twelve)). On August 7, 2007, the Court sentenced the Defendant to concurrent sentences of 51 months on the federal bank fraud counts as well as 24 months on the D.C. Code charges and, among other things, required the Defendant to pay restitution in the amount of $221,000 to Phi Beta Sigma.

The purpose of this Consent Motion is to reduce the amount of restitution owed by the Defendant to reflect documents recently produced by Orbitz Worldwide ("Orbitz"). After the sentencing, the government received documents that it had previously subpoenaed from Orbitz. The government has provided copies of those records to the Defendant's counsel. The Orbitz documents reflect twelve trips arranged through Orbitz by the Defendant between August and October 2001 in which (1) the travelers designated on the itineraries match the names of current or former officers of Phi Beta Sigma; and (2) there is a corresponding charge for those trips on

the Defendant's personal credit card bill.  The government assumes for purposes of this Consent Motion that (1) such charges reflect legitimate fraternity-related expenses that the Defendant incurred on the fraternity's behalf, (2) the identity of the traveler listed on the itinerary was the person who traveled on the trip, and (3) the Defendant did not receive reimbursement from the fraternity, Orbitz or an airline for those expenses.  The total amount of those charges is $3253.21.  Accordingly, the government requests a reduction of $3253.21 in the amount of restitution owed by the Defendant to Phi Beta Sigma.  As a result, the amount of restitution owed by the Defendant to Phi Beta Sigma should be $217,746.79.

The defendant, through his counsel, Tony Axam, Jr., consents to this Motion.

WHEREFORE, for the foregoing reasons, the government respectfully requests that the Court reduce the amount of restitution owed by the Defendant to an amount equal to $217,746.79.

JEFFREY A. TAYLOR

UNITED STATES ATTORNEY

By:     _____/ss/_____
Michael K. Atkinson
ASSISTANT UNITED STATES ATTORNEY
District of Columbia
555 Fourth Street, N.W., Room 5915
Washington, D.C.  20530
Ph. (202) 616-3702
Fax (202) 307-2304

DATED: August 14, 2007