UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 06-193 (RBW) |
| : | |
| TERRY DAVIS, : | |
| : | |
| **Defendant.** : | |

# ORDER

Based on the Consent Motion to Reduce Restitution, arguments of counsel, and the entire record in this matter, it is this _____ day of August, 2007, hereby

**ORDERED**, that the Consent Motion to Reduce Restitution is hereby **GRANTED**, and it is further

**ORDERED**, that the amount of restitution owed by the Defendant Terry Davis to the Phi Beta Sigma fraternity shall be $217,746.79.

_____
Hon. Reggie B. Walton
United States District Court Judge

Copies To:

Michael K. Atkinson
Assistant United States Attorney
555 4th Street, N.W., Room 5915
Washington, D.C. 20530

Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

Christopher R. Cooper, Esquire
Joshua A. Klein, Esquire
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004