UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 06-193 (RBW) |
| : | |
| TERRY DAVIS, : | |
| : | |
| Defendant. : | |

## DEFENDANT'S MOTION TO FURTHER REDUCE RESTITUTION

Pursuant to Rule 35(a), the Defendant Terry Davis, through undersigned counsel, respectfully moves this Court to reduce the amount of restitution owed by the Defendant to the Phi Beta Sigma fraternity by an additional amount of $5293.80.

On May 3, 2007, a trial jury returned verdicts of guilty against the Defendant Terry Davis on eight of the ten bank fraud Counts in the Superseding Indictment (as well as theft in the first degree (Count Eleven) and fraud in the first degree (Count Twelve)). On August 7, 2007, the Court sentenced Mr. Davis to concurrent sentences of 51 months on the federal bank fraud counts as well as 24 months on the D.C. Code charges and, among other things, required the Defendant to pay restitution in the amount of $221,000 to Phi Beta Sigma.

On August 14, 2007, the government filed a consent motion to reduce the amount of restitution owed by Mr. Davis by the amount of $3253.21 based upon account records for Mr. Davis it received from Orbitz Worldwide ("Orbitz"). The documents on which the government relied in reaching this figure included details of expenses Mr. Davis incurred for twelve legitimate fraternity-related trips for members of the fraternity, none of which was reimbursed to Mr. Davis. These records are attached as Exhibit A. The government cross-referenced these

expenses against Mr. Davis' credit card records to confirm that Mr. Davis actually incurred the expenses identified in the Orbitz records.

The Orbitz records themselves, however, provide Mr. Davis' name as the person being billed and record the last four digits of one of Mr. Davis' credit card numbers. The additional Orbitz records indicate that Mr. Davis incurred expenses for seventeen other legitimate fraternity-related trips for members of the fraternity. Mr. Davis attaches these additional records in Exhibit B. The last page of each individual flight itinerary indicates that Mr. Davis used his personal credit card to purchase the ticket. As a result, the Court should further reduce the restitution amount owed by Mr. Davis by a further $5293.80 beyond the reduction already requested in the government's consent motion. The government defers to the Court with regard to this further reduction.

WHEREFORE, for the foregoing reasons, Mr. Davis respectfully requests that the Court reduce the amount of restitution owed by the Defendant to an amount equal to $212,104.99.

Respectfully submitted,
A.J. KRAMER
Federal Public Defender


_____/S/_____
Tony Axam
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500