UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Crim No. 06-193 (RBW) |
| | : | |
| TERRY DAVIS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based on the Defendant's Motion to Reduce Restitution, arguments of counsel, and the entire record in this matter, it is this _____ day of August, 2007, hereby

**ORDERED**, that the Defendant's Motion to Reduce Restitution is hereby **GRANTED**, and it is further

**ORDERED**, that the amount of restitution owed by the Defendant, Terry Davis, to the Phi Beta Sigma fraternity shall be $212,104.99.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE