# Exhibit

# A




**ORBITZ** A STEP AHEAD

**DEAL DETECTOR** CLICK TO LEARN MORE

Now it's even easier to get the fare you want.

SET YOUR PRICE...

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
(MY STUFF)

Back

## My Account

## My Trips
(you have no trips)
**Past trips**
Canceled trips
Ticket terms and conditions

## Past Trips

### Chicago, IL  8/24/01

### Flight reservation

**Orbitz record locator:**   MHVRR9
**Ticket numbers:**          not yet available

**Total flight cost:**       $170.25 USD
View billing information

**Traveler(s)**              Frequent flier details
Sidney McCray

**Friday, August 24, 2001**

**Delta Air Lines 2536**
Operated by: Delta Express
Please check in with the operating carrier.

Depart:  **11:50am**   **Fort Lauderdale, FL**
         morning       Fort Lauderdale International (FLL)

Arrive:  **1:50pm**    **Chicago, IL**
         afternoon     Chicago O'Hare International (ORD)
                       Economy | Boeing 737 Passenger (737) | 3hr 0min | 1183 miles

**Trip tools**
Print itinerary
E-mail itinerary

Leave

Orbitz: Past Trips

Return

## Sunday, August 26, 2001

**Delta Air Lines 2505**
Operated by: Delta Express
Please check in with the operating carrier.

| Depart: | 10:00am morning | **Chicago, IL** Chicago O'Hare International (ORD) |
| Arrive: | 2:00pm afternoon | **Fort Lauderdale, FL** Fort Lauderdale International (FLL) |

Economy | Boeing 737 Passenger (737) | 3hr 0min | 1183 miles

### Ticket information

paper ticket

**Ship to:   Ship via:**
unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary

| Airfare, Web Only | $170.25 |
| **Total trip cost** | **$170.25USD** |

### Billing Information

| Card holder's Name: | Terry Davis |
| Card type: | Visa |
| Card number: | xxxxxxxxxxxx0686 |

Back



GRAB YOUR
TICKETS
AND GO!

GO!



StubHub!

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724

#1 2005 2004 2003 Online Customer Respect Study

#1 BEST IN BUSINESS TRAVEL 2005 2004 2003 Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

# ORBITZ A STEP AHEAD

**Quick Search** | **Vacation Packages** | **Hotels** | **Flights** | **Cars & Rail** | **Cruises** | **Activities**

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

Back

## Past Trips

### Chicago, IL 8/24/01

**Flight reservation**

**Orbitz record locator:** MWSG5E
**Ticket numbers:** 0121055493146
**Total flight cost:** $220.50 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

**Traveler(s)**
MARCO MCMILLIAN

**Frequent flier details**
Northwest Airlines WorldPerks
851999702

**Friday, August 24, 2001**

**Northwest Airlines 984**

Depart: **6:40pm** **Jackson, MS**
evening  Jackson Intl (JAN)

Arrive: **7:35pm** **Memphis, TN**
evening  Memphis International (MEM)
Economy | 55min | 190 miles

Change planes. Time between flights: 1hr 10min

**Northwest Airlines 883**

Leave

**My Account**

**My Trips**
(you have no trips)
Past trips
Canceled trips
Ticket terms and
conditions



Orbitz: Past Trips


GRAB YOUR TICKETS AND GO!
GO!
StubHub!

Depart:   8:45pm   **Memphis, TN**
          evening  Memphis International (MEM)

Arrive:   10:23pm  **Chicago, IL**
          evening  Chicago O'Hare International (ORD)

Economy | 1hr 38min | 487 miles

Total duration: 3hr 43min | Total miles: 677 miles

**Return**

**Sunday, August 26, 2001**

**Northwest Airlines 471**
Depart:   6:20am   **Chicago, IL**
          morning  Chicago O'Hare International (ORD)

Arrive:   7:56am   **Memphis, TN**
          morning  Memphis International (MEM)

Economy | Airbus Industrie A319 (319) | Snack | 1hr 36min | 487 miles

**Change planes. Time between flights: 1hr 9min**

**Northwest Airlines 179**
Depart:   9:05am   **Memphis, TN**
          morning  Memphis International (MEM)

Arrive:   9:57am   **Jackson, MS**
          morning  Jackson Intl (JAN)

Economy | McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 52min | 190 miles

Total duration: 3hr 37min | Total miles: 677 miles

**Ticket information**

paper ticket

**Ship to:   Ship via:**
            unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

Orbitz: Past Trips

**Flight cost summary**

Airfare, Adult                          $220.50

**Total trip cost**                     **$220.50USD**

**Billing Information**

Card holder's Name:

Card type:                              Visa

Card number:                            xxxxxxxxxxx0686

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds | RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#**1** **BEST IN**
**BUSINESS TRAVEL**
**2005  2004  2003**
Business Traveler Magazine

#**1** **2005  2004  2003**
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Orbitz: Past Trips



**ORBITZ** *A STEP AHEAD*

CLICK TO LEARN MORE

**DEAL DETECTOR**

Now it's even easier to get the fare you want.

**SET YOUR PRICE...**

Welcome to Orbitz. Sign out
Site feedback

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | My Account | Deals | Customer Service
MY STUFF

My Account

My Trips
(you have no trips)
Past trips
Canceled trips
Ticket terms and
conditions

**Past Trips**

Back

**Chicago, IL 8/24/01**

**Flight reservation**

Orbitz record locator: M62BMN
Ticket numbers: 0011055520892
Total flight cost: $237.00 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

Traveler(s)         Frequent flier details
ARTHUR THOMAS

**Friday, August 24, 2001**

**American Airlines 4108**
Operated by: AMERICAN EAGLE
Please check in with the operating carrier.

Depart:  5:15pm   **Baton Rouge, LA**
         evening  Baton Rouge Ryan (BTR)

Arrive:  7:37pm   **Chicago, IL**
         evening  Chicago O'Hare International (ORD)
                  Economy | Embraer RJ135 (ER3) | Snack | 2hr 22min | 807 miles

Leave



http://adt.orbitz.com/Secure/ViewOTPDetails?z=e6d8&r=4dh&retrieveParams=true&z=87db&r=bc

7/26/2007

Orbitz: Past Trips

**Return**

### Sunday, August 26, 2001

**American Airlines 4031**
Operated by: AMERICAN EAGLE
Please check in with the operating carrier.

Depart:  8:10am   **Chicago, IL**
morning  Chicago O'Hare International (ORD)

Arrive:  10:30am  **Baton Rouge, LA**
morning  Baton Rouge Ryan (BTR)

Economy | Embraer RJ135 (ER3) | Snack | 2hr 20min | 807 miles

### Ticket information

paper ticket

**Ship to:  Ship via:**
unknown

**Important fare notes**
This ticket is non-refundable. *
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary

Airfare, Adult          $237.00

**Total trip cost        $237.00USD**

### Billing Information

**Card holder's Name:**
**Card type:**          Visa
**Card number:**        xxxxxxxxxxxxx0686

**Back**

GRAB YOUR
TICKETS
AND GO!

> GO!

StubHub!

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz

http://adt.orbitz.com/Secure/ViewOTPDetails?z=e6d8&r=4dh&retrieveParams=true&z=87db&r=bc

7/26/2007

Orbitz: Past Trips

Page 3 of 3

Become an affiliate | Careers | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds RSS | Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

http://adt.orbitz.com/Secure/ViewOTPDetails?z=e6d8&r=4dh&retrieveParams=true&z=87db&r=bc

7/26/2007

Orbitz: Past Trips



**ORBITZ** A STEP AHEAD



**DEAL DETECTOR** CLICK TO LEARN MORE

Now it's even easier to get the fare you want.
**SET YOUR PRICE...**

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Welcome to Orbitz: Sign out
Site feedback

My Trips | My Account MY STUFF | Deals | Customer Service

**My Account**

**My Trips**
(you have no trips)
Past trips
Canceled trips
Ticket terms and
conditions

**Past Trips**

Back

**Gainesville, FL 8/30/01**

**Flight reservation**

**Orbitz record locator:** 23UH3Q
**Ticket numbers:** 0061057650417-0061057650418

**Total flight cost:** $577.26 USD
View billing information

**Trip tools**
Print Itinerary
E-mail Itinerary

**Traveler(s)**        Frequent flier details
ARTHUR THOMAS

**Thursday, August 30, 2001**                                    Flight 1

**Delta Air Lines 916**

Depart:  **5:50pm   Baton Rouge, LA**
         evening   Baton Rouge Ryan (BTR)

Arrive:  **8:19pm   Atlanta, GA**
         evening   Atlanta Hartsfield-Jackson ATL (ATL)
         Economy | McDonnell Douglas MD-80 (M80) | Snack | 1hr 29min | 448 miles

**Change planes. Time between flights: 2hr 1min**

**Delta Air Lines 4521**
Operated by: ATLANTIC SOUTHEAST
Please check in with the operating carrier.

Orbitz: Past Trips

Page 2 of 4



GRAB YOUR
TICKETS
AND GO!

StubHub!

Depart:   10:20pm   **Atlanta, GA**
          evening   Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   11:27pm   **Gainesville, FL**
          evening   Gainesville Regional Airport (GNV)

Economy | Canadair Regional Jet (CRJ) | 1hr 7min | 300 miles

Total duration: 4hr 37min | Total miles: 748 miles

**Flight 2**

**Friday, August 31, 2001**

**Delta Air Lines 4662**
Operated by: ATLANTIC SOUTHEAST
Please check in with the operating carrier.

Depart:   1:25pm    **Gainesville, FL**
          afternoon  Gainesville Regional Airport (GNV)
Arrive:   2:40pm    **Atlanta, GA**
          afternoon  Atlanta Hartsfield-Jackson ATL (ATL)

Economy | Canadair Regional Jet (CRJ) | 1hr 15min | 300 miles

Change planes. Time between flights: **1hr 30min**

**Delta Air Lines 888**
Depart:   4:10pm    **Atlanta, GA**
          afternoon  Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   5:10pm    **Chicago, IL**
          evening   Chicago O'Hare International (ORD)

Economy | Boeing 727-200 Advanced Passenger (72S) | Snack | 2hr 0min | 599 miles

Total duration: 4hr 45min | Total miles: 899 miles

**Thursday, September 13, 2001**

**Flight 3**

**Delta Air Lines 549**
Depart:   7:10am    **Chicago, IL**
          morning   Chicago O'Hare International (ORD)
Arrive:   10:04am   **Atlanta, GA**
          morning   Atlanta Hartsfield-Jackson ATL (ATL)

Economy | McDonnell Douglas MD-80 (M80) | Breakfast, Snack | 1hr 54min | 599 miles

Change planes. Time between flights: **1hr 31min**

7/26/2007

Orbitz: Past Trips

**Delta Air Lines 921**
Depart:  **11:35am**  **Atlanta, GA**
          morning    Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:  **12:08pm**  **Baton Rouge, LA**
          afternoon   Baton Rouge Ryan (BTR)

Economy | Boeing 727-200 Advanced Passenger (72S) | Snack | 1hr 33min | 448 miles

Total duration: 4hr 58min | Total miles: 1047 miles

**Ticket Information**

paper ticket

**Ship to:**  **Ship via:**
              unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

Airfare, Web Only          $577.26

**Total trip cost**        **$577.26USD**

**Billing Information**
**Card holder's Name:**
**Card type:**             Visa
**Card number:**           xxxxxxxxxxxx0686

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=8211&r=165

7/26/2007

Orbitz: Past Trips

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

7/26/2007

# ORBITZ A STEP AHEAD

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities

**TELL US WHAT YOU'RE INTO...**

Golf Outing | Ski Trip | Beach Getaway | Fighting Grizzlies

My Trips | My Account | Deals | Customer Service

Welcome to Orbitz. Sign out
Site feedback

Back

My Account

My Trips

(you have no trips)

Past Trips
Canceled trips
Ticket terms and
conditions

## Past Trips

## Charlotte, NC 8/31/01

Trip tools
Print itinerary
E-mail itinerary

## Flight reservation

Orbitz record locator: 2SG39J
Ticket numbers: 037105828755

Total flight cost: $117.50 USD
View billing information

Traveler(s)    Frequent flier details

KEITH PITTS

**Friday, August 31, 2001**

Leave

US Airways 1241

Depart: 7:40pm  Nashville, TN
evening  Nashville Metropolitan (BNA)

Arrive:  9:49pm  Charlotte, NC
evening  Charlotte Douglas (CLT)
Economy | Boeing 737-300 Passenger (733) | 1hr 9min | 329 miles

**Monday, September 3, 2001**

Return

Orbitz: Past Trips

## Selection you want, Savings you need

**US Airways 2007**
Depart: 4:50pm   **Charlotte, NC**
afternoon   Charlotte Douglas (CLT)

Arrive:   5:09pm   **Nashville, TN**
evening   Nashville Metropolitan (BNA)

Economy | Boeing 737-300 Passenger (733) | 1hr 19min | 329 miles

### Ticket information

paper ticket

**Ship to:   Ship via:**
            unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary

Airfare, Adult          $117.50

**Total trip cost**     **$117.50USD**

### Billing Information

**Card holder's Name:**
**Card type:**          Visa
**Card number:**        xxxxxxxxxxxx0686

Back



My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=32b4&r=1ke

7/26/2007

Orbitz: Past Trips

Page 3 of 3

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Orbitz: Past Trips

Page 1 of 3

# ORBITZ *A STEP AHEAD*

**TELL US WHAT YOU'RE INTO...**

■ Golf Outing  ■ Ski Trip  ■ Beach Getaway  ■ Fighting Grizzlies

Welcome to Orbitz. Sign out
Site feedback

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | My Account | Deals | Customer Service

MY STUFF

## Past Trips

My Account

**My Trips**
(you have no trips)
**Past trips**
Cancelled trips
Ticket terms and conditions



### Detroit, MI 9/14/01

Back

**Trip tools**
Print itinerary
E-mail itinerary

## Flight reservation

Orbitz record locator:    4FVSLP
Ticket numbers:            not yet available

**Total flight cost:**     $169.50 USD
View billing information

**Traveler(s)**            **Frequent flier details**
Sidney McCray

**Friday, September 14, 2001**

**Spirit 848**

| | | |
|---|---|---|
| Depart: | 3:10pm afternoon | **Fort Lauderdale, FL** Fort Lauderdale International (FLL) |
| Arrive: | 6:10pm evening | **Detroit, MI** Detroit Wayne County (DTW) |
| | | Economy \| McDonnell Douglas MD-80 (M80) \| 3hr 0min \| 1129 miles |

Leave

**Sunday, September 16, 2001**

Return

Orbitz: Past Trips

## Selection you want, Savings you need



**Spirit 937**
Depart: **7:55am** **Detroit, MI**
morning  Detroit Wayne County (DTW)

Arrive: **10:55am** **Fort Lauderdale, FL**
morning  Fort Lauderdale International (FLL)

Economy | McDonnell Douglas MD-80 (M80) | 3hr 0min | 1129 miles

### Ticket Information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
No changes may be made to this ticket after purchase.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary

Airfare, Adult          $169.50

**Total trip cost**        **$169.50USD**

### Billing Information

Card holder's Name:   Terry Davis

Card type:            Visa

Card number:          xxxxxxxxxxx0686

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz | Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=e9df&r=1yo

Orbitz: Past Trips

Page 3 of 3

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#**1** : 2005  2004  2003 :
Online Customer Respect Study

#**1** BEST IN
BUSINESS TRAVEL
2005  2004   2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

7/26/2007



# ORBITZ A STEP AHEAD

## ACTIVITIES
Find tours, event tickets, top attractions, more

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

**Book now!**

Welcome to Orbitz.  Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

**My Account**

**My Trips**

(you have no trips)

**Past trips**
Canceled trips
Ticket terms and conditions

## Past Trips

Back

### Detroit, MI 9/14/01

### Flight reservation

**Orbitz record locator:** 4E34DU
**Ticket numbers:** 012105783B154
**Total flight cost:** $278.50 USD

View billing information

**Trip tools**
Print itinerary
E-mail itinerary



Traveler(s)                    **Frequent flier details**
MARCO MCMILLIAN

**Friday, September 14, 2001**                                    **Leave**

**Northwest Airlines 298**

Depart:  **5:05pm**   **Memphis, TN**
         evening    Memphis International (MEM)

Arrive:  **7:58pm**   **Detroit, MI**
         evening    Detroit Wayne County (DTW)
Economy | Airbus Industrie A320 (320) | Snack | 1hr 53min | 621 miles

**Sunday, September 16, 2001**                                   **Return**

Orbitz Past Trips



**Northwest Airlines 253**
Depart:    9:06am    **Detroit, MI**
           morning    Detroit Wayne County (DTW)

Arrive:    10:08am    **Memphis, TN**
           morning    Memphis International (MEM)

           Economy | Snack | 2hr 2min | 621 miles

**Ticket Information**

paper ticket

Ship to:    Ship via:
            unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

Airfare, Adult          $278.50

**Total trip cost**     **$278.50USD**

**Billing Information**

Card holder's Name:
Card type:              Visa
Card number:            xxxxxxxxxxxx0686

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=1447&r=25t

7/26/2007

Orbitz: Past Trips

Page 3 of 3

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#**1** 2005 2004 2003
Online Customer Respect Study

#**1** BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=1447&r=25t

7/26/2007

Orbitz: Past Trips

6ATOROCR incomplete — see image.



Orbitz: Past Trips

Page 2 of 3





Arrive:   afternoon   Atlanta Hartsfield-Jackson ATL (ATL)
          1:07pm       **Jackson, MS**
          afternoon    Jackson Intl (JAN)

Economy | McDonnell Douglas MD-80 (M80) | 1hr 17min | 340 miles

Total duration: 4hr 17min | Total miles: 922 miles

---

**Flight 2**

## Sunday, September 23, 2001

**Delta Air Lines 916**
Depart:   **5:55pm**    **Baton Rouge, LA**
          evening       Baton Rouge Ryan (BTR)
Arrive:   **8:23pm**    **Atlanta, GA**
          evening       Atlanta Hartsfield-Jackson ATL (ATL)

Economy | McDonnell Douglas MD-80 (M80) | 1hr 28min | 448 miles

**Change planes. Time between flights: 1hr 32min**

**Delta Air Lines 1415**
Depart:   **9:55pm**    **Atlanta, GA**
          evening       Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   **11:45pm**   **Fort Lauderdale, FL**
          evening       Fort Lauderdale International (FLL)

Economy | Boeing 767 Passenger (767) | 1hr 50min | 582 miles

**This flight departs from a different airport.**

Total duration: 4hr 50min | Total miles: 1030 miles

---

**Ticket information**

paper ticket

**Ship to:    Ship via:**
             unknown

**Important fare notes**
This ticket is non-refundable.*
There is a switch of airports from Jackson (JAN) to Baton Rouge (BTR).*
Changes to this ticket will incur change fees.*
Please read the fare rules and the ticket terms and conditions for more information.

Orbitz: Past Trips

Page 3 of 3

**Flight cost summary**

Airfare, Adult                $245.00

**Total trip cost**           **$245.00USD**

**Billing Information**

Card holder's Name:           Terry Davis

Card type:                    Visa

Card number:                  xxxxxxxxxx0686

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS] Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

#1 2005  2004  2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

# ORBITZ A STEP AHEAD

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities

## ACTIVITIES
Find tours, event tickets, top attractions, more

Book now!

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

Back

**My Account**

**My Trips**

(you have no trips)

**Past trips**
Canceled trips
Ticket terms and conditions



## Past Trips

### New York, NY 9/24/01

## Flight reservation

**Orbitz record locator:** NDDUMS
**Ticket numbers:** 0061059977356-0061059977357
**Total flight cost:** $304.00 USD

View billing information

**Trip tools**
Print itinerary
E-mail itinerary

**Traveler(s)**          **Frequent flier details**
ARTHUR THOMAS

**Monday, September 24, 2001**

**Delta Air Lines 538**                                              Flight 1

Depart:   6:15am      **Baton Rouge, LA**
          morning     Baton Rouge Ryan (BTR)

Arrive:   8:47am      **Atlanta, GA**
          morning     Atlanta Hartsfield-Jackson ATL (ATL)
          Economy | Boeing 727-200 Advanced Passenger (72S) | Snack | 1hr 32min | 448 miles

**Change planes. Time between flights: 2hr 43min**

**Delta Air Lines 1616**

Depart:   11:30am     **Atlanta, GA**
          morning     Atlanta Hartsfield-Jackson ATL (ATL)

Orbitz: Past Trips

Page 2 of 3

**Selection
you want,
Savings
you need**

Arrive:   1:39pm   **New York, NY**
          afternoon   New York La Guardia (LGA)

Economy | McDonnell Douglas MD-80 (M80) | Lunch, Snack | 2hr 9min | 756 miles

Total duration: 6hr 24min | Total miles: 1204 miles

**Flight 2**

**Tuesday, September 25, 2001**

**Delta Air Lines 1767**
Depart:   7:30pm   **New York, NY**
          evening   New York La Guardia (LGA)
Arrive:   8:59pm   **Washington, DC**
          evening   Washington Ronald Reagan National (DCA)

Economy | Boeing 737-800 Passenger (738) | Snack | 1hr 29min | 215 miles

**Flight 3**

**Saturday, September 29, 2001**

**Delta Air Lines 585**
Depart:   8:05am   **Washington, DC**
          morning   Washington Ronald Reagan National (DCA)
Arrive:   9:58am   **Atlanta, GA**
          morning   Atlanta Hartsfield-Jackson ATL (ATL)

Economy | McDonnell Douglas MD-80 (M80) | Breakfast, Snack | 1hr 53min | 541 miles

   **Change planes. Time between flights: 1hr 37min**

**Delta Air Lines 921**
Depart:   11:35am   **Atlanta, GA**
          morning   Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   12:08pm   **Baton Rouge, LA**
          afternoon   Baton Rouge Ryan (BTR)

Economy | Boeing 727-200 Advanced Passenger (72S) | Snack | 1hr 33min | 448 miles

Total duration: 5hr 3min | Total miles: 989 miles

**Ticket information**

paper ticket

SAVE $$$

ORBITZ
A STEP AHEAD

Learn More

7/26/2007

Orbitz: Past Trips

Page 3 of 3

Ship to:  Ship via:
          unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary

Airfare, Web Only                    $304.00

**Total trip cost**                  **$304.00USD**

### Billing Information

Card holder's Name:

Card type:          Visa

Card number:        xxxxxxxxxxxx0886

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds  RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1  2005  2004  2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Orbitz: Past Trips

Page 1 of 4

# ORBITZ A STEP AHEAD

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

## TELL US WHAT YOU'RE INTO...

■ Golf Outing ■ Ski Trip ■ Beach Getaway ■ Fighting Grizzlies

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account ▾ Deals ▾ Customer Service
MY STUFF

**My Account**

**My Trips**
(you have no trips)

**Past trips**
Canceled trips
Ticket terms and conditions

## Past Trips

### Philadelphia, PA 10/10/01

Back

Trip tools
Print itinerary
E-mail itinerary

### Flight reservation

**Orbitz record locator:** 3MX9H3
**Ticket numbers:** 0371502766671-0371502766672

**Total flight cost:** $582.50 USD
View billing information

**Traveler(s)**          **Frequent flier details**
ARTHUR THOMAS

**Wednesday, October 10, 2001**                                              Flight 1

**US Airways 5750**
Operated by: US AIRWAYS EXPRESS-MESA AIRLINES
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | 6:00am morning | Baton Rouge, LA Baton Rouge Ryan (BTR) |
| Arrive: | 8:55am morning | Charlotte, NC Charlotte Douglas (CLT) |

Economy | Embraer RJ135/ RJ140/ RJ145 (ERJ) | 1hr 55min | 675 miles

Change planes. Time between flights: 0hr 35min

Orbitz: Past Trips

Page 2 of 4

**CUSTOMIZE
YOUR
VACATION
PACKAGE**

SAVE
$$$

ORBITZ
A STEP AHEAD

Learn More

**US Airways 306**
Depart:  9:30am    **Charlotte, NC**
morning    Charlotte Douglas (CLT)
Arrive:  11:04am    **Philadelphia, PA**
morning    Philadelphia International (PHL)

Economy | Airbus Industrie A321 (321) | Snack | 1hr 34min | 449 miles

Total duration: 4hr 4min | Total miles: 1124 miles

**Flight 2**

**Wednesday, October 10, 2001**

**US Airways 5750**
Operated by: US AIRWAYS EXPRESS-MESA AIRLINES
Please check in with the operating carrier.

Depart:  6:00am    **Baton Rouge, LA**
morning    Baton Rouge Ryan (BTR)
Arrive:  8:55am    **Charlotte, NC**
morning    Charlotte Douglas (CLT)

Economy | Embraer RJ135/ RJ140/ RJ145 (ERJ) | 1hr 55min | 675 miles

**Change planes. Time between flights: 0hr 35min**

**US Airways 306**
Depart:  9:30am    **Charlotte, NC**
morning    Charlotte Douglas (CLT)
Arrive:  11:04am    **Philadelphia, PA**
morning    Philadelphia International (PHL)

Economy | Airbus Industrie A321 (321) | Snack | 1hr 34min | 449 miles

**This flight departs from a different airport.**

Total duration: 4hr 4min | Total miles: 1124 miles

**Flight 3**

**Sunday, October 14, 2001**

**US Airways 2578**
Depart:  7:45am    **Washington, DC**
morning    Washington Dulles Intl (IAD)
Arrive:  9:00am    **Charlotte, NC**
morning    Charlotte Douglas (CLT)

Orbitz: Past Trips

Page 3 of 4

Economy | Boeing 737-300 Passenger (733) | Snack | 1hr 15min | 327 miles

**Change planes. Time between flights: 0hr 50min**

**US Airways 5785**
Operated by: US AIRWAYS EXPRESS-MESA AIRLINES
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | **9:50am**<br>morning | **Charlotte, NC**<br>Charlotte Douglas (CLT) |
| Arrive: | **10:49am**<br>morning | **Baton Rouge, LA**<br>Baton Rouge Ryan (BTR) |

Economy | Embraer RJ135/ RJ140/ RJ145 (ERJ) | 1hr 59min | 675 miles

**This flight departs from a different airport.**

Total duration: 4hr 4min | Total miles: 1002 miles

**Ticket information**

paper ticket

**Ship to:   Ship via:**
                 unknown

**Important fare notes**
This ticket is non-refundable. *
There is a switch of airports from Philadelphia (PHL) to Washington (IAD). *
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

Airfare, Adult            $582.50

**Total trip cost        $582.50USD**

**Billing Information**

**Card holder's Name:**
**Card type:**            Visa
**Card number:**          xxxxxxxxxxxx0686

Orbitz: Past Trips

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

#1 2005  2004  2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Orbitz: Past Trips

Page 1 of 3

# ORBITZ A STEP AHEAD

## TELL US WHAT YOU'RE INTO...

■ Golf Outing  ■ Ski Trip  ■ Beach Getaway  ■ Fighting Grizzlies

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Welcome to Orbitz. Sign out
Site feedback

**My Trips** | My Account | Deals | Customer Service
MY STUFF

### Past Trips

## Indianapolis, IN 10/12/01

Back

Trip tools
Print itinerary
E-mail itinerary

### Flight reservation

Orbitz record locator:     2ZWPSO
Ticket numbers:            not yet available

Total flight cost:         $119.20 USD
View billing information

Traveler(s)          Frequent flier details
Sidney McCray

**Friday, October 12, 2001**

**Northwest Airlines 245**

| Depart: | 11:15am morning | **Fort Lauderdale, FL** Fort Lauderdale International (FLL) |
| Arrive: | 2:20pm afternoon | **Detroit, MI** Detroit Wayne County (DTW) |

Economy | Airbus Industrie A318/ A319/ 320/ 321 (32S) | 3hr 5min | 1129 miles

**Change planes. Time between flights: 0hr 45min**

**Northwest Airlines 1009**

| Depart: | 3:05pm | **Detroit, MI** |

Leave



My Account

My Trips
(you have no trips)
Past trips
Canceled trips
Ticket terms and conditions

Orbitz: Past Trips

Page 2 of 3

afternoon   Detroit Wayne County (DTW)

Arrive:   4:14pm   **Indianapolis, IN**
          afternoon   Indianapolis International (IND)

Economy | Airbus Industrie A318/ A319/ 320/ 321 (32S) | 1hr 9min | 229 miles

Total duration: 4hr 59min | Total miles: 1358 miles

**Return**

## Sunday, October 14, 2001

**Northwest Airlines 1006**
Depart:   8:05am   **Indianapolis, IN**
          morning   Indianapolis International (IND)
Arrive:   9:21am   **Detroit, MI**
          morning   Detroit Wayne County (DTW)

Economy | McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 16min | 229 miles

**Change planes. Time between flights: 1hr 4min**

**Northwest Airlines 244**
Depart:   10:25am   **Detroit, MI**
          morning   Detroit Wayne County (DTW)
Arrive:   1:31pm   **Fort Lauderdale, FL**
          afternoon   Fort Lauderdale International (FLL)

Economy | McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 3hr 6min | 1129 miles

Total duration: 5hr 26min | Total miles: 1358 miles

## Ticket information

paper ticket

**Ship to:**   **Ship via:**
              unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.



Orbitz: Past Trips

Page 3 of 3

**Flight cost summary**

Airfare, Web Only                $119.20

**Total trip cost**              **$119.20USD**

**Billing Information**

Card holder's Name:    Terry Davis
Card type:             Visa
Card number:           xxxxxxxxxxxx0686

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5827; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

#1 2005  2004  2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Page 1 of 4

Orbitz: Past Trips



# ORBITZ A STEP AHEAD

**TELL US WHAT YOU'RE INTO...**

- Golf Outing
- Ski Trip
- Beach Getaway
- Fighting Grizzlies

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

## Past Trips

**My Account**

**My Trips**
(you have no trips)

**Past trips**
Canceled trips
Ticket terms and conditions

### Philadelphia, PA 10/17/01

Back

### Flight reservation

**Orbitz record locator:** 3OAQEX
**Ticket numbers:** 00115027835333-00115027835334
**Total flight cost:** $232.00 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

**Traveler(s)**          **Frequent flier details**
ARTHUR THOMAS

**Wednesday, October 17, 2001**

**American Airlines 4140**
Operated by: AMERICAN EAGLE
Please check in with the operating carrier.

Flight 1

Depart:  6:05am   **Baton Rouge, LA**
         morning   Baton Rouge Ryan (BTR)

Arrive:  8:23am   **Chicago, IL**
         morning   Chicago O'Hare International (ORD)
         Economy | 2hr 18min | 807 miles

Change planes. Time between flights: 1hr 36min

Orbitz: Past Trips

Page 2 of 4

**Selection you want, Savings you need**



**American Airlines 1430**
Depart: 9:59am   **Chicago, IL**
        morning   Chicago O'Hare International (ORD)
Arrive: 12:54pm   **Philadelphia, PA**
        afternoon  Philadelphia International (PHL)

Economy | McDonnell Douglas MD-80 (M80) | 1hr 55min | 668 miles

Total duration: 5hr 49min | Total miles: 1475 miles

**Flight 2**

**Wednesday, October 17, 2001**

**American Airlines 4140**
Operated by: AMERICAN EAGLE
Please check in with the operating carrier.

Depart: 6:05am   **Baton Rouge, LA**
        morning   Baton Rouge Ryan (BTR)
Arrive: 8:23am   **Chicago, IL**
        morning   Chicago O'Hare International (ORD)

Economy | 2hr 18min | 807 miles

   **Change planes. Time between flights: 1hr 36min**

**American Airlines 1430**
Depart: 9:59am   **Chicago, IL**
        morning   Chicago O'Hare International (ORD)
Arrive: 12:54pm   **Philadelphia, PA**
        afternoon  Philadelphia International (PHL)

Economy | McDonnell Douglas MD-80 (M80) | 1hr 55min | 668 miles

   **This flight departs from a different airport.**

Total duration: 5hr 49min | Total miles: 1475 miles

**Flight 3**

**Sunday, October 21, 2001**

**American Airlines 483**
Depart: 7:35am   **Washington, DC**
        morning   Washington Ronald Reagan National (DCA)
Arrive: 9:49am   **Dallas/Fort Worth, TX**
        morning   Dallas/Fort Worth International (DFW)

Economy | McDonnell Douglas MD-80 (M80) | Breakfast, Snack | 3hr 14min | 1176 miles

**Change planes. Time between flights: 1hr 12min**

**American Airlines 3807**
Operated by: AMERICAN EAGLE
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | **11:01am** morning | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |
| Arrive: | **12:45pm** afternoon | **Baton Rouge, LA** Baton Rouge Ryan (BTR) |

Economy | Saab SF340A/340B (SF3) | 1hr 44min | 377 miles

**This flight departs from a different airport.**

Total duration: 6hr 10min | Total miles: 1553 miles

---

**Ticket information**

paper ticket

**Ship to:   Ship via:**
                unknown

**Important fare notes**
This ticket is non-refundable.*
There is a switch of airports from Philadelphia (PHL) to Washington (DCA).*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

---

**Flight cost summary**

| | |
|---|---|
| Airfare, Adult | $232.00 |
| **Total trip cost** | **$232.00USD** |

**Billing Information**

| | |
|---|---|
| **Card holder's Name:** | |
| **Card type:** | Visa |
| **Card number:** | xxxxxxxxxxxx0686 |

Orbitz: Past Trips

Back

My Trips | My Account | Flight status | Contact us | Site map | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds  RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; **Nevada 2003-0387**; Washington 602-102-724



**#1** BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

**#1** 2005 2004 2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com ¦ RatesToGo.com ¦ Needahotel.com ¦ OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

# Exhibit

# B

# ORBITZ *A STEP AHEAD*

**TELL US WHAT YOU'RE INTO...**

■ Golf Outing   ■ Ski Trip   ■ Beach Getaway   ■ Fighting Grizzlies

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Welcome to Orbitz. Sign out
Site feedback

**My Trips | My Account | Deals | Customer Service**
MY STUFF



Back

**My Account**

**My Trips**
(you have no trips)
**Past trips**
Canceled trips
Ticket terms and
conditions

## Past Trips

### Memphis, TN 8/24/01

**Trip tools**
Print itinerary
E-mail itinerary

### Flight reservation

**Orbitz record locator:** NA7O85
**Ticket numbers:** 012105129540
**Total flight cost:** $154.94 USD
View billing information

**Traveler(s)**          **Frequent flier details**
TERRY DAVIS

**Friday, August 24, 2001**                                                     Leave

**Northwest Airlines 859**

Depart:  **6:50pm   Washington, DC**
         evening   Washington Ronald Reagan National (DCA)

Arrive:  **8:07pm   Memphis, TN**
         evening   Memphis International (MEM) | 2hr 17min | 751 miles
         Economy | Dinner | 

**Sunday, August 26, 2001**                                                     Return

Page 2 of 3

**Northwest Airlines 266**
Depart:  1:05pm    **Memphis, TN**
         afternoon  Memphis International (MEM)
Arrive:  4:00pm    **Detroit, MI**
         afternoon  Detroit Wayne County (DTW)

Economy | McDonnell Douglas DC-9-50 Passenger (D95) | Snack | 1hr 55min | 621 miles

**Change planes. Time between flights: 1hr 0min**

**Northwest Airlines 439**
Depart:  5:00pm    **Detroit, MI**
         evening    Detroit Wayne County (DTW)
Arrive:  6:29pm    **Washington, DC**
         evening    Washington Ronald Reagan National (DCA)

Economy | Snack | 1hr 29min | 391 miles

Total duration: 4hr 24min | Total miles: 1012 miles

## Ticket Information

paper ticket

Ship to:    **Ship via:**
            unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

## Flight cost summary

Airfare, Web Only          $154.94

**Total trip cost**        **$154.94USD**

## Billing Information

Card holder's Name:
Card type:            Visa
Card number:          xxxxxxxxxxxx0686



Orbitz: Past Trips

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers    | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 2005  2004  2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Orbitz: Past Trips

# ORBITZ *A STEP AHEAD*

DEAL DETECTOR.
CLICK TO LEARN MORE

Now it's even easier to get the fare you want.
SET YOUR PRICE...

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | MY STUFF    My Account    Deals    Customer Service    OTLC

Welcome to Orbitz   Sign out
Site feedback



My Account

My Trips
(you have no trips)

Past trips
Canceled trips
Ticket terms and
conditions

## Past Trips

### St. Louis, MO 10/26/01

Back

Trip tools
Print itinerary
E-mail itinerary

### Flight reservation

Orbitz record locator:  MJ95M2
Ticket numbers:         0151058190501
Total flight cost:      $186.50 USD

View billing information

Traveler(s)          Frequent flier details
KEITH PITTS

**Friday, October 26, 2001**                              Leave

TWA 574

Depart:  6:00pm    Nashville, TN
         evening   Nashville Metropolitan (BNA)
Arrive:  7:13pm    St.Louis, MO
         evening   Lambert-St Louis Intl (STL)
         Economy | Complimentary Liquor, Liquor for Purchase | 1hr 13min | 272 miles

**Sunday, October 28, 2001**                              Return

Orbitz: Past Trips

**ORBITZ**
A STEP AHEAD

▶ Learn More

## CUSTOMIZE YOUR VACATION PACKAGE

**TWA 584**
Depart:   6:30pm   St Louis, MO
          evening  Lambert-St Louis Intl (STL)
Arrive:   7:37pm   Nashville, TN
          evening  Nashville Metropolitan (BNA)

Economy | Complimentary Liquor, Liquor for Purchase | 1hr 7min | 272 miles

### Ticket Information

paper ticket

Ship to:   **Ship via:**
           unknown

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**
Airfare, Adult        $186.50

**Total trip cost      $186.50USD**

### Billing Information
Card holder's Name:
Card type:        Visa
Card number:      xxxxxxxxxxxx0686

Back

Orbitz: Past Trips

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#**1** 2005, 2004, 2003
Online Customer Respect Study

#**1** BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Orbitz: Past Trips

Page 1 of 3

**ORBITZ** A STEP AHEAD

**ACTIVITIES**
Find tours, event tickets, top attractions, more

Welcome to Orbitz. Sign out
Site feedback

Book now!

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | My Account | Deals | Customer Service
MY STUFF

**Past Trips**

**Memphis, TN 11/15/01**                                 Back

**Flight reservation**

**My Account**

**My Trips**
(you have no trips)

**Past trips**
Canceled trips
Ticket terms and conditions

Orbitz record locator:      4QSYOD
Ticket numbers:             not yet available

**Total flight cost:**      $223.00 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

Traveler(s)                 Frequent flier details
Sidney McCray



**Thursday, November 15, 2001**

**AirTran Airways 186**

Depart:  7:05am   **Fort Lauderdale, FL**
         morning  Fort Lauderdale International (FLL)

Arrive:  8:55am   **Atlanta, GA**
         morning  Atlanta Hartsfield-Jackson ATL (ATL)
         Economy | McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 50min | 582 miles

         Change planes. Time between flights: 0hr 50min

**AirTran Airways 603**

Depart:  9:45am   **Atlanta, GA**

Leave

Page 2 of 3

Orbitz: Past Trips



GRAB YOUR TICKETS AND GO!

GO!

StubHub!

morning    Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:  10:03am   **Memphis, TN**
         morning    **Memphis International (MEM)**

Economy | McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 18min | 330 miles

Total duration: 3hr 58min | Total miles: 912 miles

---

Return

## Sunday, November 18, 2001

**AirTran Airways 520**
Depart:  6:25am    **Memphis, TN**
         morning    **Memphis International (MEM)**
Arrive:  8:41am    **Atlanta, GA**
         morning    Atlanta Hartsfield-Jackson ATL (ATL)

Economy | McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 16min | 330 miles

Change planes. Time between flights: 3hr 39min

**AirTran Airways 191**
Depart:  12:20pm   **Atlanta, GA**
         afternoon   Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:  2:03pm    **Fort Lauderdale, FL**
         afternoon   Fort Lauderdale International (FLL)

Economy | Boeing 717 (717) | 1hr 43min | 582 miles

Total duration: 6hr 38min | Total miles: 912 miles

---

### Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

---

**Flight cost summary**

| | |
|---|---|
| Airfare, Adult | $223.00 |
| **Total trip cost** | **$223.00USD** |

7/26/2007

Orbitz: Past Trips

Page 3 of 3

**Billing Information**

| Card holder's Name: | Terry Davis |
| Card type: | Visa |
| Card number: | xxxxxxxxxxxx0686 |

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 **BEST IN
BUSINESS TRAVEL**
**2005 2004 2003**
Business Traveler Magazine

#1 **2005 2004 2003**
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=803&r=10t

7/26/2007

**ORBITZ** A STEP AHEAD

**DEAL DETECTOR** CLICK TO LEARN MORE

Now it's even easier to get the fare you want.
**SET YOUR PRICE...**

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

## My Account

## My Trips
(you have no trips)
Past trips
Cancelled trips
Ticket terms and conditions

## Past Trips

### Honolulu 1/16/02

## Flight reservation

**Orbitz record locator:** 7224MC
**Ticket numbers:** 005151061 8361
**Total flight cost:** $591.10 USD
View billing information

Back

**Trip tools**
Print itinerary
E-mail itinerary

**Traveler(s)**          **Frequent flier details**
ARTHUR THOMAS

### Wednesday, January 16, 2002

**Continental Airlines 412**

Depart: 7:20am    Baton Rouge, LA
         morning   Baton Rouge Ryan (BTR)

Arrive: 8:29am    Houston, TX
         morning   Houston George Bush Intercntl. (IAH)
         Economy | Boeing 737-500 Passenger (735) | 1hr 9min | 254 miles

Change planes. Time between flights: 1hr 11min

**Continental Airlines 1**

Depart: 9:40am    Houston, TX
         morning   Houston George Bush Intercntl. (IAH)

Leave



Orbitz: Past Trips

Arrive:    2:10pm    **Honolulu/Oahu, HI**
           afternoon  Honolulu/Oahu International (HNL)

Economy | Boeing 767-400 Passenger (764) | Lunch | 8hr 30min | 3901 miles

Total duration: 10hr 50min | Total miles: 4155 miles

**Return**

## Monday, January 21, 2002

**Continental Airlines 2**
Depart:    7:40pm    **Honolulu/Oahu, HI**
           evening   Honolulu/Oahu International (HNL)

Arrive:    7:05am    **Houston, TX**
           morning   Houston George Bush Intercntl. (IAH)

Economy | Boeing 767-400 Passenger (764) | Dinner | 7hr 25min | 3901 miles

**Change planes. Time between flights: 0hr 45min**

**Continental Airlines 3654**
Operated by: EXPRESSJET AIRLINES INC DBA CO EXPRESS
Please check in with the operating carrier.

Depart:    7:50am    **Houston, TX**
           morning   Houston George Bush Intercntl. (IAH)

Arrive:    9:10am    **Baton Rouge, LA**
           morning   Baton Rouge Ryan (BTR)

Economy | Aerospatiale/ Alenia ATR42/72 (ATR) | 1hr 20min | 254 miles

**This is an overnight flight.**

Total duration: 9hr 30min | Total miles: 4155 miles

### Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary



Orbitz: Past Trips

Page 3 of 3

| | |
|---|---|
| Airfare, Web Only | $586.10 |
| Service fee | $5.00 |
| **Total trip cost** | **$591.10USD** |

**Billing Information**

Card holder's Name:
Card type: Visa
Card number: xxxxxxxxxxxx0686

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005 2004 2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=c57d&r=kq

7/26/2007

Orbitz: Past Trips



ORBITZ
A STEP AHEAD

ACTIVITIES
Find tours, event tickets, top attractions, more

Book now!

Welcome to Orbitz.  Sign out
Site feedback

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | My Account | Deals | Customer Service
MY STUFF

My Account

My Trips
(you have no trips)
Past trips
Cancelled trips
Ticket terms and
conditions

## Past Trips

### Honolulu 1/17/02

Back

Trip tools
Print itinerary
E-mail itinerary

### Flight reservation

**Orbitz record locator:** L2438Q
**Ticket numbers:** 0161510631345
**Total flight cost:** $343.60 USD
View billing information

Traveler(s)            Frequent flier details
GREGORY AARONS

**Thursday, January 17, 2002**                                    Leave

United Airlines 65

Depart: 1:20pm      Los Angeles, CA
        afternoon   Los Angeles International (LAX)

Arrive: 4:49pm      Honolulu/Oahu, HI
        afternoon   Honolulu/Oahu International (HNL)
        Economy | Boeing 777 (777) | Lunch | 5hr 29min | 2553 miles

**Monday, January 21, 2002**                                      Return



Orbitz: Past Trips

**United Airlines 934**
Depart:  7:20am      **Honolulu/Oahu, HI**
         morning    Honolulu/Oahu International (HNL)
Arrive:  2:43pm      **Los Angeles, CA**
         afternoon   Los Angeles International (LAX)

Economy | Boeing 767-300 Passenger (763) | Breakfast | 5hr 23min | 2553 miles

### Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary

Airfare, Web Only          $338.60
Service fee                  $5.00

**Total trip cost**         **$343.60USD**

### Billing Information

Card holder's Name:
Card type:                  Visa
Card number:                xxxxxxxxxxxx0686

Back



GRAB YOUR TICKETS AND GO!

GO!

StubHub!

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=1998&r=291

7/13/2007

Orbitz: Past Trips

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds  RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



**#1** 2005 2004 2003
Online Customer Respect Study

**#1** BEST IN
BUSINESS TRAVEL
2005 2004 2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com



# ORBITZ *A STEP AHEAD*

## ACTIVITIES
Find tours, event tickets, top attractions, more

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Book now!

Welcome to Orbitz.   Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

Back

**My Account**

**My Trips**
(you have no trips)
Past trips
Canceled trips
Ticket terms and conditions

## Past Trips

### Memphis 3/1/02

### Flight reservation

Orbitz record locator:   NQFYHF
Ticket numbers:   0061515800618-0061515800619

Total flight cost:   $308.76 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

Traveler(s)        Frequent flier details
SIDNEY MCCRAY

**Friday, March 1, 2002**

AirTran Airways 186                                                          Flight 1

Depart:  7:05am    Fort Lauderdale, FL
         morning   Fort Lauderdale International (FLL)

Arrive:  8:55am    Atlanta, GA
         morning   Atlanta Hartsfield-Jackson ATL (ATL)
                   McDonnell Douglas DC-9-30/40/50 Passenger (D9S) | 1hr 50min | 582 miles

**Friday, March 1, 2002**                                                    Flight 2



**AirTran Airways 186**
Depart:   7:05am     **Fort Lauderdale, FL**
          morning    Fort Lauderdale International (FLL)
Arrive:   8:55am     **Atlanta, GA**
          morning    Atlanta Hartsfield-Jackson ATL (ATL)

McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 50min | 582 miles

**Change planes. Time between flights: 0hr 50min**

**AirTran Airways 603**
Depart:   9:45am     **Atlanta, GA**
          morning    Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   10:03am    **Memphis, TN**
          morning    Memphis International (MEM)

McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 18min | 332 miles

**This flight departs from a different airport.**

Total duration: 3hr 58min | Total miles: 914 miles

**Flight 3**

**Friday, March 1, 2002**

**AirTran Airways 603**
Depart:   9:45am     **Atlanta, GA**
          morning    Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:   10:03am    **Memphis, TN**
          morning    Memphis International (MEM)

McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 18min | 332 miles

**This flight departs from a different airport.**

**Flight 4**

**Saturday, March 2, 2002**

**Delta Air Lines 1116**
Depart:   11:00am    **Memphis, TN**
          morning    Memphis International (MEM)
Arrive:   1:09pm     **Atlanta, GA**
          afternoon  Atlanta Hartsfield-Jackson ATL (ATL)

Boeing 727-200 Advanced Passenger (72S) | 1hr 9min | 332 miles

Orbitz: Past Trips

Page 3 of 5

Change planes. Time between flights: 1hr 51min

**Delta Air Lines 4024**
Operated by: ATLANTIC SOUTHEAST
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | 3:00pm afternoon | **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL) |
| Arrive: | 3:52pm afternoon | **Macon, GA** Macon Lewis B Wilson (MCN) |

Embraer 120 Brasilia (EM2) | 52min | 79 miles

Total duration: 3hr 52min | Total miles: 411 miles

**Flight 5**

## Sunday, March 3, 2002

**Delta Air Lines 4015**
Operated by: ATLANTIC SOUTHEAST
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | 11:50am morning | **Macon, GA** Macon Lewis B Wilson (MCN) |
| Arrive: | 12:35pm afternoon | **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL) |

Embraer 120 Brasilia (EM2) | 45min | 79 miles

Change planes. Time between flights: 1hr 50min

**Delta Air Lines 927**

| | | |
|---|---|---|
| Depart: | 2:25pm afternoon | **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL) |
| Arrive: | 4:07pm afternoon | **Fort Lauderdale, FL** Fort Lauderdale International (FLL) |

Boeing 767-300 Passenger (763) | 1hr 42min | 582 miles

Total duration: 4hr 17min | Total miles: 661 miles

**Ticket information**

paper ticket

**Ship to:**           **Ship via:**

2380 ROLLING FROK CIRCLE    FedEx and arrive in 2 to 3 business days.
107                         **Tracking Number:** 61489742926
HERNDON, VA 20171

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

| | |
|---|---|
| Airfare, Web Only | $288.76 |
| Service fee | $5.00 |
| Paper-tickets processing fees: | $15.00 |

**Total trip cost**    **$308.76USD**

**Billing Information**

| | |
|---|---|
| Card holder's Name: | TERRY DAVIS |
| Card type: | Visa |
| Card number: | xxxxxxxxxxx0686 |

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy  Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds  [RSS]
Travel Guides | Top Travel Destinations | Sports Travel  Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5827; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 : 2005  2004  2003 :
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com  | Needahotel.com | OctopusTravel.com

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=fcb2&r=2wh

7/13/2007

Orbitz: Past Trips

Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Orbitz: Past Trips

# ORBITZ A STEP AHEAD

■ Golf Outing  ■ Ski Trip  ■ Beach Getaway

# TELL US WHAT YOU'RE INTO...

■ Fighting Grizzlies

Welcome to Orbitz. Sign out
Site feedback

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | My Account | Deals | Customer Service
MY STUFF

## My Account

## My Trips
(you have no trips)
**Past trips**
Canceled trips
Ticket terms and
conditions

## Past Trips

### Washington 3/22/02

Back

Trip tools
Print itinerary
E-mail itinerary

## Flight reservation

**Orbitz record locator:** L294NA
**Ticket numbers:** 0371519540555
**Total flight cost:** $250.50 USD
View billing information

Traveler(s)          Frequent flier details
MARCO MCMILLIAN

**Friday, March 22, 2002**

**US Airways 5267**
Operated by: US AIRWAYS EXPRESS-TRANSSTATES AIRLINES
Please check in with the operating carrier.

Depart:  4:40pm     **Memphis, TN**
         afternoon   Memphis International (MEM)

Arrive:  7:40pm     **Pittsburgh, PA**
         evening    Pittsburgh Int'l Apt. (PIT)
         Economy | Embraer RJ135/ RJ140/ RJ145 (ERJ) | 2hr 0min | 652 miles

Change planes. Time between flights: 1hr 5min

Leave

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=beba&r=38a

7/13/2007

Orbitz: Past Trips



GRAB YOUR TICKETS AND GO!

GO!

StubHub.

**US Airways 424**
Depart:  8:45pm    **Pittsburgh, PA**
         evening    Pittsburgh Int'l Apt. (PIT)
Arrive:  9:44pm    **Washington, DC**
         evening    Washington Ronald Reagan National (DCA)

Economy | Boeing 737-300 Passenger (733) | 59min | 194 miles

Total duration: 4hr 4min | Total miles: 846 miles

**Return**

## Sunday, March 24, 2002

**US Airways 797**
Depart:  2:40pm    **Washington, DC**
         afternoon  Washington Ronald Reagan National (DCA)
Arrive:  3:59pm    **Charlotte, NC**
         afternoon  Charlotte Douglas (CLT)

Economy | Boeing 737-400 Passenger (734) | 1hr 19min | 327 miles

**Change planes. Time between flights: 1hr 1min**

**US Airways 792**
Depart:  5:00pm    **Charlotte, NC**
         evening    Charlotte Douglas (CLT)
Arrive:  5:50pm    **Memphis, TN**
         evening    Memphis International (MEM)

Economy | Fokker 100 (100) | 1hr 50min | 512 miles

Total duration: 4hr 10min | Total miles: 839 miles

### Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**
Airfare, Adult          $245.50

Service fee          $5.00

**Total trip cost**          **$250.50USD**

## Billing Information

| | |
|---|---|
| **Card holder's Name:** | TERRY DAVIS |
| **Card type:** | Visa |
| **Card number:** | xxxxxxxxxxxx5861 |

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 BEST IN
BUSINESS TRAVEL
2005   2004   2003
Business Traveler Magazine

#1 2005  2004  2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

# ORBITZ
### A STEP AHEAD

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities

**TELL US WHAT YOU'RE INTO...**
■ Golf Outing  ■ Ski Trip  ■ Beach Getaway  ■ Fighting Grizzlies

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MAIN STUFF

**My Account**

**My Trips**
(you have no trips)
Past trips
Canceled trips
Ticket terms and conditions

Back

## Past Trips

### Houston 3/28/02

### Flight reservation

**Orbitz record locator:** 2GEGYP
**Ticket numbers:** 0121520177612
**Total flight cost:** $337.64 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

**Traveler(s)**          **Frequent flier details**
HAROLD COLLINS

**Tuesday, March 26, 2002**

**Northwest Airlines 1939**

Depart:  5:25pm  **Memphis, TN**
         evening  Memphis International (MEM)

Arrive:  7:08pm  **Houston, TX**
         evening  Houston George Bush Intercntl. (IAH)
         Economy | Airbus Industrie A319 (319) | 1hr 43min | 478 miles

**Flight 1**

**Thursday, March 28, 2002**

**Flight 2**

Orbitz: Past Trips

Page 2 of 4




**Northwest Airlines 822**
Depart:  5:25pm  Memphis, TN
         evening  Memphis International (MEM)
Arrive:  7:47pm  Atlanta, GA
         evening  Atlanta Hartsfield–Jackson ATL (ATL)

Economy | McDonnell Douglas DC-9-50 Passenger (D95) | 1hr 22min | 332 miles

**Change planes. Time between flights: 11hr 45min**

**Continental Airlines 1621**
Depart:  7:32am  Atlanta, GA
         morning  Atlanta Hartsfield–Jackson ATL (ATL)
Arrive:  8:45am  Houston, TX
         morning  Houston George Bush Intercntl. (IAH)

Economy | McDonnell Douglas MD-80 (M80) | 2hr 13min | 691 miles

**This is an overnight flight.**

**This flight departs from a different airport.**

Total duration: 15hr 20min | Total miles: 1023 miles

**Flight 3**

**Saturday, March 30, 2002**

**Continental Airlines 1520**
Depart:  1:19pm  Houston, TX
         afternoon  Houston George Bush Intercntl. (IAH)
Arrive:  4:17pm  Atlanta, GA
         afternoon  Atlanta Hartsfield–Jackson ATL (ATL)

Economy | McDonnell Douglas MD-80 (M80) | 1hr 58min | 691 miles

**Change planes. Time between flights: 1hr 3min**

**Delta Air Lines 1501**
Depart:  5:20pm  Atlanta, GA
         evening  Atlanta Hartsfield–Jackson ATL (ATL)
Arrive:  5:35pm  Memphis, TN
         evening  Memphis International (MEM)

Economy | Boeing 727-200 Advanced Passenger (72S) | 1hr 15min | 332 miles

Total duration: 4hr 16min | Total miles: 1023 miles

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=2444&r=3cz

7/13/2007

**Ticket information**

paper ticket

**Ship to:**
2380 ROLLING FORK CIR 107
HERNDON, VA 20171

**Ship via:**
FedEx and arrive in 2 to 3 business days.
**Tracking Number:** 61498065446

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

| | |
|---|---|
| Airfare, Web Only | $317.64 |
| Service fee | $5.00 |
| Paper-tickets processing fees: | $15.00 |
| **Total trip cost** | **$337.64USD** |

**Billing Information**

| | |
|---|---|
| Card holder's Name: | TERRY DAVIS |
| Card type: | Visa |
| Card number: | xxxxxxxxxxx4338 |

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [rss]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

Orbitz: Past Trips

Page 4 of 4

#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=2d44&r=3cz

7/13/2007

Orbitz: Past Trips

Page 1 of 3

**ORBITZ** A STEP AHEAD

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

**DEAL DETECTOR**
CLICK TO LEARN MORE

Now it's even easier to get the fare you want.
**SET YOUR PRICE...**

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF



**My Account**

**My Trips**
(you have no trips)
**Past trips**
Canceled trips
Ticket terms and conditions



**Past Trips**

**Houston 3/28/02**

Back

**Flight reservation**

**Orbitz record locator:** 73CN7H
**Ticket numbers:** 012151954O835
**Total flight cost:** $316.00 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

**Traveler(s)**          Frequent flier details
SIDNEY MCCRAY

**Thursday, March 28, 2002**

**Northwest Airlines 1439**

Depart:   2:25pm      **Fort Lauderdale, FL**
          afternoon   Fort Lauderdale International (FLL)

Arrive:   3:55pm      **Memphis, TN**
          afternoon   Memphis International (MEM)
          Economy | 2hr 30min | 853 miles

          Change planes. Time between flights: 1hr 30min

**Northwest Airlines 1939**

Depart:   5:25pm      **Memphis, TN**
          evening     Memphis International (MEM)

Leave

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=9930&r=3ho

7/13/2007

Orbitz: Past Trips

GRAB YOUR
TICKETS
AND GO!

> GO!

StubHub!

Arrive:  **7:08pm**   **Houston, TX**
         evening     Houston George Bush Intercntl. (IAH)

Economy | Airbus Industrie A319 (319) | 1hr 43min | 478 miles

Total duration: 5hr 43min | Total miles: 1331 miles

Return

**Saturday, March 30, 2002**

**Northwest Airlines 8088**
Operated by: CONTINENTAL AIRLINES -- CO1288
Please check in with the operating carrier.

Depart:  **3:55pm**     **Houston, TX**
         afternoon      Houston George Bush Intercntl. (IAH)

Arrive:  **7:40pm**     **Detroit, MI**
         evening        Detroit Wayne County (DTW)

Economy | Boeing 737-800 Passenger (738) | 2hr 45min | 1096 miles

**Change planes. Time between flights: 1hr 25min**

**Northwest Airlines 240**
Depart:  **9:05pm**     **Detroit, MI**
         evening        Detroit Wayne County (DTW)

Arrive:  **11:55pm**    **Fort Lauderdale, FL**
         evening        Fort Lauderdale International (FLL)

Economy | 2hr 50min | Total miles: 2233 miles

Total duration: 7hr 0min | Total miles: 2233 miles

**Ticket information**

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

Airfare, Adult                                    $311.00

Orbitz: Past Trips

Page 3 of 3

| Service fee | $5.00 |
|---|---|
| **Total trip cost** | **$316.00USD** |

**Billing Information**

| Card holder's Name: | TERRY DAVIS |
|---|---|
| Card type: | Visa |
| Card number: | xxxxxxxxxxx1701 |

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

#1  2005  2004  2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

7/13/2007



**ORBITZ** A STEP AHEAD

*DEAL DETECTOR* CLICK TO LEARN MORE

Now it's even easier to get the fare you want.
**SET YOUR PRICE...**

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

Back

My Account

My Trips
(you have no trips)
Past trips
Canceled trips
Ticket terms and
conditions

## Past Trips

### Houston 3/28/02

### Flight reservation

Orbitz record locator:     L26NAF
Ticket numbers:            0061519540582

Total flight cost:         $271.50 USD
View billing information

Trip tools
Print itinerary
E-mail itinerary



Traveler(s)                Frequent flier details
MARCO MCMILLIAN

**Thursday, March 28, 2002**

**Delta Air Lines 3728**
Operated by: SKY WEST AIRLINES
Please check in with the operating carrier.

Depart:   6:19pm   **Memphis, TN**
          evening   Memphis International (MEM)

Arrive:   7:51pm   **Dallas/Fort Worth, TX**
          evening   Dallas/Fort Worth International (DFW)
                    Economy | Canadair Regional Jet (CRJ) | 1hr 32min | 427 miles

Change planes. Time between flights: 1hr 19min

Leave





**Delta Air Lines 3723**
Operated by: SKY WEST AIRLINES
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | 9:10pm evening | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |
| Arrive: | 10:10pm evening | **Houston, TX** Houston George Bush Intercntl. (IAH) |

Economy | Canadair Regional Jet (CRJ) | 1hr 0min | 233 miles

Total duration: 3hr 51min | Total miles: 660 miles

**Sunday, March 31, 2002**                                                      Return

**Delta Air Lines 3720**
Operated by: SKY WEST AIRLINES
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | 11:15am morning | **Houston, TX** Houston George Bush Intercntl. (IAH) |
| Arrive: | 12:25pm afternoon | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |

Economy | Canadair Regional Jet (CRJ) | 1hr 10min | 233 miles

**Change planes. Time between flights: 0hr 35min**

**Delta Air Lines 3744**
Operated by: SKY WEST AIRLINES
Please check in with the operating carrier.

| | | |
|---|---|---|
| Depart: | 1:00pm afternoon | **Dallas/Fort Worth, TX** Dallas/Fort Worth International (DFW) |
| Arrive: | 2:33pm afternoon | **Memphis, TN** Memphis International (MEM) |

Economy | Canadair Regional Jet (CRJ) | 1hr 33min | 427 miles

Total duration: 3hr 18min | Total miles: 660 miles

**Ticket information**

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**

Orbitz: Past Trips

Page 3 of 3

This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

## Flight cost summary

| | |
|---|---|
| Airfare, Adult | $266.50 |
| Service fee | $5.00 |
| **Total trip cost** | **$271.50USD** |

## Billing Information

| | |
|---|---|
| Card holder's Name: | TERRY DAVIS |
| Card type: | Visa |
| Card number: | xxxxxxxxxxxx5861 |

Back

My Trips | My Account | Flight status | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers | Inside Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 BEST IN
BUSINESS TRAVEL
2005 2004 2003
Business Traveler Magazine

#1 2005 2004 2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

# ORBITZ A STEP AHEAD

TELL US WHAT YOU'RE INTO...

Golf Outing | Ski Trip | Beach Getaway | Fighting Grizzlies

Welcome to Orbitz. Sign out
Site feedback

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | My Account | Deals | Customer Service
MY STUFF

## Past Trips

My Account

My Trips
(you have no trips)
Past trips
Cancelled trips
Ticket terms and conditions

Back

## Columbia 4/5/02

Trip tools
Print itinerary
E-mail itinerary

### Flight reservation

Orbitz record locator:   723227
Ticket numbers:          006151954065:3
Total flight cost:       $392.50 USD
View billing information

Traveler(s)              Frequent flier details
SIDNEY MCCRAY

**Friday, April 5, 2002**

**Delta Air Lines 1494**

| | | |
|---|---|---|
| Depart: | 8:10am morning | Fort Lauderdale, FL Fort Lauderdale International (FLL) |
| Arrive: | 9:58am morning | Atlanta, GA Atlanta Hartsfield-Jackson ATL (ATL) |

Economy | Boeing 767-300 Passenger (763) | 1hr 48min | 582 miles

Change planes. Time between flights: 1hr 52min

**Delta Air Lines 1006**

| | | |
|---|---|---|
| Depart: | 11:50am morning | Atlanta, GA Atlanta Hartsfield-Jackson ATL (ATL) |

Leave

Orbitz: Past Trips

Arrive:   12:39pm   Columbia, SC
          afternoon   Columbia Metropolitan Airport (CAE)

Economy | Boeing 737-300 Passenger (733) | 49min | 192 miles

Total duration: 4hr 29min | Total miles: 774 miles

**Return**

### Sunday, April 7, 2002

**Delta Air Lines 1002**
Depart:   7:40am    Columbia, SC
          morning   Columbia Metropolitan Airport (CAE)

Arrive:   8:35am    Atlanta, GA
          morning   Atlanta Hartsfield-Jackson ATL (ATL)

Economy | McDonnell Douglas MD-80 (M80) | 55min | 192 miles

Change planes. Time between flights: 1hr 20min

**Delta Air Lines 1127**
Depart:   9:55am    Atlanta, GA
          morning   Atlanta Hartsfield-Jackson ATL (ATL)

Arrive:   11:38am   Fort Lauderdale, FL
          morning   Fort Lauderdale International (FLL)

Economy | Boeing 767-400 Passenger (764) | 1hr 43min | 582 miles

Total duration: 3hr 58min | Total miles: 774 miles

### Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

### Flight cost summary

| | |
|---|---|
| Airfare, Adult | $387.50 |
| Service fee | $5.00 |
| **Total trip cost** | **$392.50USD** |

Orbitz: Past Trips

Page 3 of 3

**Billing Information**

Card holder's Name:     TERRY DAVIS
Card type:              Visa
Card number:            xxxxxxxxxx5861

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds  RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

#1 2005 2004 2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=ba89&r=127

7/13/2007

# ORBITZ A STEP AHEAD

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

**ACTIVITIES**
Find tours, event tickets, top attractions, more

Book now!

Welcome to Orbitz.  Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

## Past Trips

**My Account**

**My Trips**
(you have no trips)
Past trips
Canceled trips
Ticket terms and
conditions



### Columbia 4/5/02

Back

### Flight reservation

| | |
|---|---|
| Orbitz record locator: | 727VOX |
| Ticket numbers: | 0061519540611 |
| Total flight cost: | $271.62 USD |

View billing information

**Trip tools**
Print itinerary
E-mail itinerary

Traveler(s)                     Frequent flier details
MARCO MCMILLIAN

**Friday, April 5, 2002**

**Delta Air Lines 2192**

| | | |
|---|---|---|
| Depart: | 5:05pm evening | **Memphis, TN** Memphis International (MEM) |
| Arrive: | 7:22pm evening | **Atlanta, GA** Atlanta Hartsfield-Jackson ATL (ATL) |

Economy | McDonnell Douglas MD-80 (M80) | 1hr 17min | 332 miles

Change planes. Time between flights: 4hr 23min

**Delta Air Lines 4588**
Operated by: ATLANTIC SOUTHEAST
Please check in with the operating carrier.

Leave

Orbitz: Past Trips

Page 2 of 3



Depart: **11:45pm** **Atlanta, GA**
evening    Atlanta Hartsfield–Jackson ATL (ATL)
Arrive:  **12:40am** **Columbia, SC**
morning    Columbia Metropolitan Airport (CAE)

Economy | Canadair Regional Jet (CRJ) | 55min | 192 miles

**This is an overnight flight.**

Total duration: 6hr 35min | Total miles: 524 miles

**Return**

**Sunday, April 7, 2002**

**Delta Air Lines 1231**
Depart: **1:30pm** **Columbia, SC**
afternoon    Columbia Metropolitan Airport (CAE)
Arrive:  **2:33pm** **Atlanta, GA**
afternoon    Atlanta Hartsfield–Jackson ATL (ATL)

Economy | Boeing 737-300 Passenger (733) | 1hr 3min | 192 miles

**Change planes. Time between flights: 1hr 22min**

**Delta Air Lines 891**
Depart: **3:55pm** **Atlanta, GA**
afternoon    Atlanta Hartsfield–Jackson ATL (ATL)
Arrive:  **4:05pm** **Memphis, TN**
afternoon    Memphis International (MEM)

Economy | McDonnell Douglas MD-80 (M80) | 1hr 10min | 332 miles

Total duration: 3hr 35min | Total miles: 524 miles

**Ticket information**

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=1568&r=15o

7/13/2007

Orbitz: Past Trips

| Airfare, Web Only | $266.62 |
| Service fee | $5.00 |
| **Total trip cost** | **$271.62USD** |

**Billing Information**

| **Card holder's Name:** | TERRY DAVIS |
| **Card type:** | Visa |
| **Card number:** | xxxxxxxxxx5861 |

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



**#1** **BEST IN
BUSINESS TRAVEL**
**2005  2004  2003**
Business Traveler Magazine

**#1** **2005  2004  2003**
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

# ORBITZ
*A STEP AHEAD*

**DEAL DETECTOR** CLICK TO LEARN MORE

Now it's even easier to get the fare you want.
**SET YOUR PRICE...**

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |
|---|---|---|---|---|---|---|

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

Back

## Past Trips

**My Account**

**My Trips**
(you have no trips)
**Past trips**
Canceled trips
Ticket terms and conditions



### Philadelphia 4/18/02

## Flight reservation

**Orbitz record locator:** 2GG7OF
**Ticket numbers:** 0121520177760
**Total flight cost:** $286.12 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

Traveler(s)                     Frequent flier details
HAROLD COLLINS

**Thursday, April 18, 2002**

**Northwest Airlines 266**

| | | |
|---|---|---|
| Depart: | 1:05pm afternoon | **Memphis, TN** Memphis International (MEM) |
| Arrive: | 4:02pm afternoon | **Detroit, MI** Detroit Wayne County (DTW) |

Economy | McDonnell Douglas DC-9-50 Passenger (D9S) | 1hr 57min | 621 miles

Change planes. Time between flights: 1hr 18min

**Northwest Airlines 1788**

| | | |
|---|---|---|
| Depart: | 5:20pm evening | **Detroit, MI** Detroit Wayne County (DTW) |

Leave

Orbitz: Past Trips



GRAB YOUR TICKETS AND GO!

> GO!

StubHub!

| Arrive: | 7:01pm evening | Philadelphia, PA Philadelphia International (PHL) |

Economy | 1hr 41min | 447 miles

Total duration: 4hr 56min | Total miles: 1068 miles

**Return**

**Sunday, April 21, 2002**

**Northwest Airlines 697**
| Depart: | 12:40pm afternoon | Philadelphia, PA Philadelphia International (PHL) |
| Arrive: | 2:29pm afternoon | Detroit, MI Detroit Wayne County (DTW) |

Economy | McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 49min | 447 miles

**Change planes. Time between flights: 0hr 36min**

**Northwest Airlines 317**
| Depart: | 3:05pm afternoon | Detroit, MI Detroit Wayne County (DTW) |
| Arrive: | 4:04pm afternoon | Memphis, TN Memphis International (MEM) |

Economy | McDonnell Douglas DC-9-30/ 40/ 50 Passenger (D9S) | 1hr 59min | 621 miles

Total duration: 4hr 24min | Total miles: 1068 miles

**Ticket information**

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

| Airfare, Web Only | $281.12 |
| Service fee | $5.00 |
| **Total trip cost** | **$286.12USD** |

Orbitz: Past Trips

Page 3 of 3

**Billing Information**

Card holder's Name:      TERRY DAVIS

Card type:               Visa

Card number:             xxxxxxxxxxxx4338

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz Become an affiliate | Careers | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS] Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 844; Nevada 2003-0387; Washington 602-102-724



#1 BEST IN
BUSINESS TRAVEL
2005 2004 2003
Business Travel Magazine

#1 2005 2004 2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

7/13/2007

Orbitz: Past Trips



**ORBITZ** A STEP AHEAD

**DEAL DETECTOR** CLICK TO LEARN MORE

Now it's even easier to get the fare you want.
**SET YOUR PRICE...**

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

Back

## Past Trips

**My Account**

**My Trips**
(you have no trips)
**Past trips**
Cancelled trips
Ticket terms and conditions

### Philadelphia 4/19/02

#### Flight reservation

**Orbitz record locator:** MHU3PV
**Ticket numbers:** 0371523712341
**Total flight cost:** $380.50 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

**Traveler(s)**        **Frequent flier details**
SIDNEY MCCRAY

**Friday, April 19, 2002**

Leave

**US Airways 1776**

Depart: 6:15am    Fort Lauderdale, FL
        morning   Fort Lauderdale International (FLL)

Arrive: 8:51am    Philadelphia, PA
        morning   Philadelphia International (PHL)
        Economy | Boeing 757 Passenger (757) | 2hr 36min | 997 miles

**Sunday, April 21, 2002**

Return



Orbitz: Past Trips

Page 2 of 3



**US Airways 685**
Depart:  **8:00am**     **Philadelphia, PA**
         morning        Philadelphia International (PHL)

Arrive:  **10:51am**    **Fort Lauderdale, FL**
         morning        Fort Lauderdale International (FLL)

Economy | Boeing 737-400 Passenger (734) | 2hr 51min | 997 miles

## Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

## Flight cost summary

Airfare, Adult        $375.50
Service fee           $5.00

**Total trip cost**   **$380.50USD**

## Billing Information

Card holder's Name:   TERRY DAVIS
Card type:            Visa
Card number:          xxxxxxxxxxx4338

Back

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&r=2507&r=24c

7/13/2007

Orbitz: Past Trips

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724

#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

Orbitz: Past Trips

Page 1 of 3

**ORBITZ** A STEP AHEAD

Golf Outing ■ Ski Trip ■ Beach Getaway ■ Fighting Grizzlies

# TELL US WHAT YOU'RE INTO...

Welcome to Orbitz.  Sign out
Site feedback

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

My Trips | My Account | Deals | Customer Service

MY STUFF

## Past Trips

**My Account**

**My Trips**
(you have no trips)
**Past trips**
Canceled trips
Ticket terms and
conditions

### Philadelphia 4/19/02

Back

**Flight reservation**

**Orbitz record locator:** 73AVHE
**Ticket numbers:** 0371519540760

**Total flight cost:** $196.50 USD
View billing information

**Traveler(s)**        **Frequent flier details**
SIDNEY MCCRAY

**Trip tools**
Print itinerary
E-mail itinerary

**Friday, April 19, 2002**

**US Airways 1776**                                              Leave

**Depart:** 6:15am  **Fort Lauderdale, FL**
morning  Fort Lauderdale International (FLL)

**Arrive:** 8:51am  **Philadelphia, PA**
morning  Philadelphia International (PHL)
Economy | Boeing 757 Passenger (757) | 2hr 36min | 997 miles

**Sunday, April 21, 2002**                                      Return

7/13/2007

Orbitz: Past Trips



**US Airways 1263**
Depart:  10:00am   Philadelphia, PA
         morning   Philadelphia International (PHL)
Arrive:  12:40pm   Fort Lauderdale, FL
         afternoon Fort Lauderdale International (FLL)

Economy | Boeing 757 Passenger (757) | 2hr 40min | 997 miles

**Ticket Information**

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

| | |
|---|---|
| Airfare, Adult | $191.50 |
| Service fee | $5.00 |
| **Total trip cost** | **$196.50USD** |

**Billing Information**

| | |
|---|---|
| Card holder's Name: | TERRY DAVIS |
| Card type: | Visa |
| Card number: | xxxxxxxxxxxx5861 |

Back

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=3aa2&r=1g0

7/13/2007

Case 1:06-cr-00193-RBW    Document 51-3    Filed 08/14/2007    Page 89 of 98

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds | RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1  2005  2004  2003
Online Customer Respect Study

#1  BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

**ORBITZ** A STEP AHEAD

*Now it's even easier to get the fare you want.*
**SET YOUR PRICE...**

DEAL DETECTOR
CLICK TO LEARN MORE

| Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities |

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

Back

## Past Trips

My Account

**My Trips**
(you have no trips)
Past trips
Canceled trips
Ticket terms and conditions

### Detroit 4/26/02

**Flight reservation**

**Orbitz record locator:** 2HX9VX
**Ticket numbers:** 4871523712537
**Total flight cost:** $246.50 USD
View billing information

Trip tools
Print itinerary
E-mail itinerary

**Traveler(s)**
SIDNEY MCCRAY

**Frequent flier details**



**Friday, April 26, 2002**

**Spirit 1258**

| | | | Leave |
|---|---|---|---|
| Depart: | 11:00am morning | Fort Lauderdale, FL Fort Lauderdale International (FLL) | |
| Arrive: | 2:00pm afternoon | Detroit, MI Detroit Wayne County (DTW) | |
| | Economy | McDonnell Douglas MD-80 (M80) | 3hr 0min | 1137 miles | |

**Sunday, April 28, 2002**

Return



Orbitz: Past Trips

Page 2 of 3



GRAB YOUR
TICKETS
AND GO!

StubHub!

**Spirit 461**
Depart:  3:00pm    **Detroit, MI**
         afternoon  Detroit Wayne County (DTW)

Arrive:  6:00pm    **Fort Lauderdale, FL**
         evening    Fort Lauderdale International (FLL)

Economy | McDonnell Douglas MD-80 (M80) | 3hr 0min | 1137 miles

**Ticket Information**

paper ticket

Ship to:                    Ship via:
46036 UNIVERSITY DR         FedEx and arrive in 2 to 3 business days.
ASHBURN, VA  20147          Tracking Number: 614898612622

**Important fare notes**
This ticket is non-refundable.*
No changes may be made to this ticket after purchase.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

**Flight cost summary**

Airfare, Adult                  $226.50
Service fee                     $5.00
Paper-tickets processing fees:  $15.00

**Total trip cost**            **$246.50USD**

**Billing Information**

Card holder's Name:    TERRY DAVIS

Card type:             Visa

Card number:           xxxxxxxxxxxx4338

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=8bbb&r=1jh

7/13/2007

Orbitz: Past Trips

Page 3 of 3

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 2005 2004 2003
Online Customer Respect Study

#1 BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=8bbb&r=1jh

7/13/2007

**ORBITZ** *A STEP AHEAD*

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities

**ACTIVITIES**
Find tours, event tickets, top attractions, more

Book now!

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

**Past Trips**

**My Account**

**My Trips**
(you have no trips)
Past trips
Canceled trips
Ticket terms and
conditions

**Birmingham 5/10/02**

Back

**Flight reservation**

Orbitz record locator: OOL3E7
Ticket numbers: 0061526127609
Total flight cost: $274.00 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

Traveler(s)          Frequent flier details
SIDNEY MCCRAY

**Friday, May 10, 2002**

Delta Air Lines 1531

| | | |
|---|---|---|
| Depart: | 6:50am morning | Fort Lauderdale, FL Fort Lauderdale International (FLL) |
| Arrive: | 8:36am morning | Atlanta, GA Atlanta Hartsfield-Jackson ATL (ATL) |

Economy | Boeing 767-400 Passenger (764) | 1hr 46min | 582 miles

Change planes. Time between flights: 1hr 44min

Delta Air Lines 2197

| | | |
|---|---|---|
| Depart: | 10:20am morning | Atlanta, GA Atlanta Hartsfield-Jackson ATL (ATL) |

Leave

Orbitz: Past Trips

Page 2 of 3



GRAB YOUR
TICKETS
AND GO!

StubHub!

[ GO! ]

**Return**

Arrive:  10:05am  **Birmingham, AL**
         morning  Birmingham (BHM)

Economy | Boeing 727-200 Advanced Passenger (72S) | 45min | 134 miles

Total duration: 4hr 15min | Total miles: 716 miles

## Saturday, May 11, 2002

**Delta Air Lines 1958**
Depart:  5:00pm   **Birmingham, AL**
         evening  Birmingham (BHM)
Arrive:  6:51pm   **Atlanta, GA**
         evening  Atlanta Hartsfield-Jackson ATL (ATL)

Economy | Boeing 757 Passenger (757) | 51min | 134 miles

**Change planes. Time between flights: 1hr 34min**

**Delta Air Lines 1079**
Depart:  8:25pm   **Atlanta, GA**
         evening  Atlanta Hartsfield-Jackson ATL (ATL)
Arrive:  10:08pm  **Fort Lauderdale, FL**
         evening  Fort Lauderdale International (FLL)

Economy | Boeing 767-300 Passenger (763) | 1hr 43min | 582 miles

Total duration: 4hr 8min | Total miles: 716 miles

## Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and the ticket terms and conditions for more information.

## Flight cost summary

Airfare, Adult      $269.00
Service fee         $5.00

**Total trip cost**   **$274.00USD**

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=db92&r=1my

7/13/2007

Orbitz: Past Trips

Page 3 of 3

**Billing Information**

Card holder's Name:     TERRY DAVIS

Card type:     Visa

Card number:     xxxxxxxxxx4338

Back

My Trips | My Account | Flight status | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers   | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds  RSS
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1  BEST IN
BUSINESS TRAVEL
2005  2004  2003
Business Traveler Magazine

#1 | 2005  2004  2003 |
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com

7/13/2007

http://adt.orbitz.com/Secure/ViewOTPDetails?null&retrieveParams=true&z=db92&r=1my

# ORBITZ A STEP AHEAD

**Quick Search** | **Vacation Packages** | **Hotels** | **Flights** | **Cars & Rail** | **Cruises** | **Activities**

## ACTIVITIES
Find tours, event tickets, top attractions, more

**Book now!**

Welcome to Orbitz. Sign out
Site feedback

My Trips | My Account | Deals | Customer Service
MY STUFF

Back

## Past Trips

**My Account**

**My Trips**
(you have no trips)
Past trips
Canceled trips
Ticket terms and conditions

### Columbus 4/24/03

### Flight reservation

**Orbitz record locator:** 9H3LD4SJ
**Ticket numbers:** 0371027322387

**Total flight cost:** $262.50 USD
View billing information

**Trip tools**
Print itinerary
E-mail itinerary

**Traveler(s)**                    **Frequent flier details**
MARCO MCMILLIAN

**Thursday, April 24, 2003**

**US Airways 5824**
Operated by: US AIRWAYS EXPRESS-MESA AIRLINES
Please check in with the operating carrier.

| | | | |
|---|---|---|---|
| Depart: | 4:00pm afternoon | **Jackson, MS** Jackson Intl (JAN) | |
| Arrive: | 6:40pm evening | **Charlotte, NC** Charlotte Douglas (CLT) | |
| | Economy | Embraer RJ135/ RJ140/ RJ145 (ERJ) | 1hr 40min | 570 miles |

Change planes. Time between flights: 1hr 30min

Leave



Orbitz: Past Trips

Page 2 of 3

**US Airways 816**

Depart: 8:10pm    **Charlotte, NC**
evening    Charlotte Douglas (CLT)

Arrive:    9:34pm    **Columbus, OH**
evening    Port Columbus Intl (CMH)

Economy | Boeing 737-400 Passenger (734) | 1hr 24min | 348 miles

Total duration: 4hr 34min | Total miles: 918 miles

**Return**

## Sunday, April 27, 2003

**US Airways 3178**
Operated by: US AIRWAYS EXPRESS-PIEDMONT AIRLINES
Please check in with the operating carrier.

Depart: 11:15am    **Columbus, OH**
morning    Port Columbus Intl (CMH)

Arrive:    1:00pm    **Charlotte, NC**
afternoon    Charlotte Douglas (CLT)

Economy | De Havilland DHC-8 Dash 8 (DH8) | 1hr 45min | 348 miles

**Change planes. Time between flights: 1hr 20min**

**US Airways 5824**
Operated by: US AIRWAYS EXPRESS-MESA AIRLINES
Please check in with the operating carrier.

Depart: 2:20pm    **Charlotte, NC**
afternoon    Charlotte Douglas (CLT)

Arrive:    3:11pm    **Jackson, MS**
afternoon    Jackson Intl (JAN)

Economy | Embraer RJ135/ RJ140/ RJ145 (ERJ) | 1hr 51min | 570 miles

Total duration: 4hr 56min | Total miles: 918 miles

### Ticket Information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
Refunds or changes may not be allowed for this ticket, view change rules and other restrictions.
Please read the fare rules and the ticket terms and conditions for more information.




GRAB YOUR
TICKETS
AND GO!

GO!

StubHub!

Orbitz: Past Trips

**Flight cost summary**

| | |
|---|---|
| Airfare, Adult | $257.50 |
| Service fee | $5.00 |

**Total trip cost**     **$262.50USD**

**Billing Information**

| | |
|---|---|
| Card holder's Name: | TERRY DAVIS |
| Card type: | Visa |
| Card number: | xxxxxxxxxxx2073 |

Back

My Trips | My Account | Flight status | Site map | Contact us | Site feedback | About Orbitz | Investors | Corporate Travel Solutions | Advertise on Orbitz
Become an affiliate | Careers  | Insider Podcasts | Low Fare Promise | Low Price Guarantee | Terms and conditions | Your Privacy Rights

Flights | Hotels | Car Rental | Vacation Packages | Cruises | Activities | Travel Deals | Add Orbitz feeds [RSS]
Travel Guides | Top Travel Destinations | Sports Travel | Orbitz Games

Orbitz guards your privacy and security. We're certified by TRUSTe and Verisign.
© 2001 - 2007, Orbitz, LLC. All rights reserved.
CST 2063530-50; Hawaii TAR-5627; Iowa 644; Nevada 2003-0387; Washington 602-102-724



#1 BEST IN
BUSINESS TRAVEL
2005  2004   2003
Business Traveler Magazine

#1 2005  2004  2003
Online Customer Respect Study

Partner sites: ebookers | HotelClub.com | RatesToGo.com | Needahotel.com | OctopusTravel.com
Travelbag | Trip.com | Away.com | GORP.com | OutsideOnline.com