**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**     :

**vs.**     :     **Criminal No.   06-193 (RBW)**

**TERRY DAVIS**     :

# NOTICE OF APPEAL

**Name and address of appellant:**     Terry Davis

**Name and address of appellant's attorney:**     Tony Axam, Jr.
Neil Jaffee
Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense:**   18:1344; BANK FRAUD; Bank Fraud. (1s)

18:1344; BANK FRAUD; Bank Fraud. (3s-9s)

22 DC Code 3211(b)(2) and 3212(a) and Section 1805; FEDERAL STATUTES, OTHER;

Theft in the First Degree. (11s)

22 DC Code 3211(a) and 3222(a)(1); FEDERAL STATUTES, OTHER; Fraud in the First Degree.

(12s)

**Concise statement of judgment or order, giving date, and any sentence:**   Count 1 and 3-9: Defendant Sentenced to Fifty-One (51) Months Imprisonment to run concurrent with each other and Counts 11 and 12, followed by Five (5) Years of Supervised Release to run concurrent with each other and Counts 11 and 12; Counts 11 and 12: Defendant Sentenced to Twenty-Four (24) Months Imprisonment to run concurrent with Counts 1 and 3-9 followed by Three (3) Years Supervised Release to run concurrent with Counts 1 and, 3-9; Special Assessment of $100.00 per Count totaling $1,000 and Restitution of $221,000 Imposed to be paid to Phi Beta Sigma Fraternity at a rate of $250.00 per month.

**Name of institution where now confined, if not on bail:** DC Jail

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| 8/29/07 | Terry Davis |
|---|---|
| DATE | APPELLANT |
| CJA, NO FEE | /s/ |
| PAID USDC FEE | ATTORNEY FOR APPELLANT |
| PAID USCA FEE | |

Does counsel wish to appeal on appeal? Yes/No

Has counsel ordered transcripts? Yes/No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

# CRIMINAL APPEAL DOCKETING STATEMENT

## PART I

1. Criminal Docket Number     06-cr-00193 (RBW)

2. Case Name   US. v. Terry Davis

3. Appellant's Name    Terry Davis

3a. Appellant's Defendant No.  1

4. Date of Conviction  May 3, 2007

4a. Date of Sentence    August 17, 2007

5. Name of District Judge  Reggie B. Walton

6. Date Notice of Appeal Filed   August 20, 2007

7. Of what offense(s) was defendant convicted?  Bank fraud in violation of 18 U,S,C. 1344; Theft in First Degree in violation of D.C Code 22-3211 (b) (2), 3212 (a); Fraud in violation of D.C Code 22-3221 (a), 3222 (a) (1)

8. What sentence was imposed? Counts 1 and 3-9: Defendant Sentenced to Fifty-One (51) Months Imprisonment to run concurrent with each other and Counts 11 and 12, followed by Five (5) Years of Supervised Release to run concurrent with each other and Counts 11 and 12; Counts 11 and 12: Defendant Sentenced to Twenty-Four (24) Months Imprisonment to run concurrent with Counts 1 and 3-9 followed by Three (3) Years Supervised Release to run concurrent with Counts 1 and, 3-9; Special Assessment of $100.00 per Count totaling $1,000 and Restitution of $221,000 Imposed to be paid to Phi Beta Sigma Fraternity at a rate of $250.00 per month.

9. How much of the sentence has defendant already served?  Three (3) months

10. Is appellant challenging the conviction?   Yes

11. Is appellant challenging the sentence?   Yes

12. Is defendant currently incarcerated? __Yes__
    If yes, place of incarceration. __DC Jail__
    If no, address and phone number. __n/a__

13. Has defendant moved for release pending appeal? __No__
    If yes, date filed and disposition. __n/a__
    Does defendant intend to file such a motion in the District Court? __Yes__

14. Will appellant file a motion for release pending appeal in Court of Appeals? __Yes__

15. Did appellant have court-appointed trial counsel? __Yes, Federal Public Defender__

16. Does appointed trial counsel wish to petition for appointment as appellate counsel pursuant to the Circuit Plan to Implement Criminal Justice Act?*
    (A "no" indication requires a statement of reasons).

    YES __X__       NO _____

    If NO, Reason: __n/a__

17. Did defendant have retained counsel? __No__

If yes, will case proceed on appeal with retained counsel? __n/a__

**\* In all appeals of sentence of 8 months or less trial counsel is required to prosecute the appeal of sentence.**

If no, will defendant seek appointment of counsel on appeal and has defendant filed motion to proceed in forma pauperis? _____

**PART II-Transcripts**

1. Has counsel ordered transcripts __x__ CJA  ____ PAID
   a. For appeal from conviction? __No__
   b. For Sentencing appeal?* __No__
   c. Other _____

2. If, Yes when will transcripts be completed?  __N/A__

3. Did counsel seek expedited preparation of sentencing transcripts? __No__

**PART III-Sentencing Appeals**

Appellant should only complete the following if appellant intends to challenge the sentence imposed.

1. Appellant Intends to Challenge District Court's Findings of Relevant Fact _____

2. Appellant Intends to Challenge the District Court's Specific Application of the Guidelines __Yes__

3. Appellant contends District Court should have applied the following sentence range (from sentencing table; include also a statement as to which offense level and criminal history category are correct).
__Offense level 12, Criminal History Category I, for guidelines range of 10-16 months__

4. Appellant intends to challenge the validity of the statute or guidelines __No__

5. Appellant intends to challenge denial of Motion to Compel Filing of Departure Motion. __No__

Signature __/s/__                                              Date: __08/29/07__

Name of Counsel or Pro Se Litigant (Print) __Tony Axam, Jr. and Neil Jaffee__
Firm __Office of the Federal Public Defender__
Phone __(202) 208-7500__
Address __625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004__

Counsel for Appellant (Name of Party) __Terry Davis__